ORIGINAL

FILED
JAN 29 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability Corporation, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-62 C |
| | § | |
| THE UNITED STATES, | § | |
| Defendant. | § | |

**RCFC 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff RKR JOINT VENTURE, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

David F. Barton, Attorney-in-Charge
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com