IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-62C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to our discussions with the Court, the defendant submits the following proposed schedule on behalf of the parties. Counsel has discussed this report with plaintiff's counsel.

1) Defendant would file the administrative record on or before February 4, 2008. Defendant would file the record on CD-ROM, along with two paper courtesy copies for chambers.

2) If the Court is inclined to hear it, plaintiff would file a motion to supplement the administrative record on or before February 11, 2008.

3) If the Court is inclined to hear plaintiff's motion to supplement, defendant would file an opposition to plaintiff's motion to supplement the administrative record on or before February 21, 2008.

5) Oral argument, if necessary, would be set at the Court's convenience.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
Gary R. Allen
Air Force Legal Operations Agency,
Commercial Litigation Division
1501 Wilson Blvd., Suite 600
Rosslyn, VA 22209

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

February 4, 2008

Attorneys for Defendant