# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: February 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RKR JOINT VENTURE, LLC,** *

**Plaintiff,** *

**v.** *

**UNITED STATES OF AMERICA,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

In accordance with the representations of the parties in Defendant's Status Report on Behalf of the Parties, filed February 4, 2008, the Court orders the following:

1. Defendant shall file and serve the administrative record on CD-ROM with two paper courtesy copies by **February 6, 2008**.

2. Plaintiff shall file its motion for leave to supplement the administrative record by **February 11, 2008**.

3. Defendant shall file any opposition to Plaintiff's motion to supplement the administrative record by **February 21, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**