**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES<br>Defendant. | §<br>§ | |

**ORDER ON MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Came on to be considered Plaintiff's Motion to For Leave to Supplement the Administrative Record and Defendant's response thereto (Dkt #s 11 and ____). The Parties appeared by telephone.

Upon consideration of the pleading and argument of counsel the Court finds the Motion meritorious, GRANTS the motion and ORDERS that leave is granted for Plaintiff to notice the following depositions and include their contents in the Administrative Record in this case:

1. Deposition of the Contracting Officer, Mr. Ron Mortag
2. Rule 30(b)(6) deposition of the preparer of Attachment 4 "Analysis of Keesler PRD" to the cancellation decision (to the extent Mr. Mortag is not knowledgeable as to the entire contents and all details of the Attachment)
3. Deposition of the Head of the Administrative Appeal Authority, and Director of AFNetOps, Maj. Gen. John W. Maluda
4. Rule 30(b)(6) deposition of person(s) responsible for providing the "Questions and Answers" to bidders
5. Rule 30(b)(6) deposition of the preparer of the MEO management plan

It is further ORDERED that leave is granted for Plaintiff to serve a request for production of documents and interrogatories on Defendant consistent with its requests for production and requests for identification of documents and persons in Dkt #11. Defendant is ORDERED to fully respond to the requests for production and

interrogatories, producing all responsive documents and making all responsive identifications, within 30 days. Plaintiff is GRANTED leave to supplement the administrative record with the foregoing responses, or to seek further relief from this Court to the extent there is any disagreement over the completeness of Defendant's responses.

IT IS SO ORDERED.

Signed this _____ day of ________, 200_.

________________________________

Judge Mary Ellen Coster Williams