**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**ADVISORY TO THE COURT**

COMES NOW Plaintiff RKR JOINT VENTURE, LLC and files this its Advisory to the Court and states as follows:

Due to an email outage on Wednesday and Thursday at undersigned counsel's offices, see **Attachment 1**, a conferral letter from government counsel sent Wednesday evening was not received, and further conference was unable to occur as previously anticipated regarding Plaintiff's Motion for Leave to Supplement the Administrative Record (Dkt #11). That letter was resent and received today.

The Court is therefore requested to disregard Part IV of the motion to supplement, regarding the conferral process.

The substance of the government's response was largely as anticipated; however, the parties do agree on the use of certain of the documents listed in Part III.B.2 of the motion. RKR will leave it to the government to state the particulars and include a copy of its letter in its response to the motion.

DATED February 12, 2008

Respectfully submitted,

____/s/________________________
David F. Barton

State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 12th day of February, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

______/s/____________________________
DAVID F. BARTON