**Margie D. Gallegos**

---

**From:** Rayel, William (CIV) [William.Rayel@usdoj.gov]
**Sent:** Tuesday, February 12, 2008 1:12 PM
**To:** David Barton
**Subject:** FW: RKR v. U.S. No. 08-62
**Attachments:** 2-6-08 Letter to Barton.pdf

David--FYI, I sent this to you on Wednesday afternoon. Did you not receive it? Please check your inbox. Thanks.

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

---

**From:** Rayel, William (CIV)
**Sent:** Wednesday, February 06, 2008 5:31 PM
**To:** 'David Barton'
**Subject:** RE: RKR v. U.S. No. 08-62

David--Please see our attached response. Thanks.

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

---

**From:** David Barton [mailto:Dfb@tglf.com]
**Sent:** Monday, February 04, 2008 5:57 PM
**To:** Rayel, William (CIV)
**Subject:** FW: RKR v. U.S. No. 08-62

Please see attached correspondence. A complete version of RKR's GAO Appeal is attached for the reasons stated in the letter. Please respond by email by Noon on Thursday.

---

David F Barton

The Gardner Law Firm
A Professional Corporation
745 East Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
Email: dfb@tglf.com

**From:** Mary F. Radicke
**Sent:** Thursday, February 07, 2008 2:48 PM
**To:** Everyone
**Subject:** Email/virus crisis

It looks like the crisis is over. Email is back up, and all computers have been scanned for viruses at least once. There is still a little cleaning up to do, so you may get a visit from me later today or tomorrow, just to double check that your computer is not infected and that all virus software is completely up to date. I will also be monitoring the email server very closely for the next few days, just in case.

Due to email being down, some emails sent to those outside the firm MAY not have reached the recipients. If you have sent any critical email in the 24-36 hours prior to noon today, you may wish to check with the intended recipient(s) to be sure it reached them. If it did not, go ahead and resend. The problem has been resolved, so you mail should now go through. M

Mary F. Radicke
Legal Administrator
The Gardner Law Firm
A Professional Corporation
745 East Mulberry, Suite 100
San Antonio, Texas 78212
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
Email: mailto:mfr@tglf.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.