# ATTACHMENT 2

| Count of POS | | |
|---|---|---|
| MEO? | FAC Name | Total |
| MEO | ADMIN COMM | 2 |
| | BNCC | 62 |
| | COMMUNICATIONS SQU | 5 |
| | INFO PROTECTION | 8 |
| | INFO SYS FLIGHT | 4 |
| | LAND MOBILE RADIO | 1 |
| | MAINT CONTROL | 1 |
| | NONHARD CABLE MNX | 7 |
| | PLAN/IMPLEMENT FLI | 11 |
| | PUBLISHING | 3 |
| | SYSTEMS FLT | 1 |
| | TELE INSIDE MAINT | 8 |
| | TELE OUTSIDE MAINT | 13 |
| | TELECOMM CTR | 10 |
| | VISUAL INFORMATION | 2 |
| MEO Total | | 138 |
| NO | ADMIN COMM | 4 |
| | BNCC | 4 |
| | COMMUNICATIONS SQU | 1 |
| | METNAV MAINT | 7 |
| | PLAN/IMPLEMENT FLI | 2 |
| | SYSTEMS FLT | 1 |
| | SYSTEMS SUPPORT | 2 |
| NO Total | | 21 |
| Grand Total | | 159 |

All Comm

| POS | MEO? | FAC Name | OSC | OSC Name | Total | OFF |
|---|---|---|---|---|---|---|
| 03078550J | NO | COMMUNICATIONS SQU | CC | | 1 | 1 |
| 02188490J | NO | SYSTEMS FLT | SCM | | 1 | 1 |
| 02188110J | NO | METNAV MAINT | SCMG | RADIO | 1 | 0 |
| 02188130J | NO | METNAV MAINT | SCMG | RADIO | 1 | 0 |
| 02188140J | NO | METNAV MAINT | SCMG | RADIO | 1 | 0 |
| 03246780J | NO | METNAV MAINT | SCMG | RADIO | 1 | 0 |
| 02187420J | NO | METNAV MAINT | SCMN | MET/NAV MAINT | 1 | 0 |
| 02638320J | NO | METNAV MAINT | SCMN | MET/NAV MAINT | 1 | 0 |
| 03127130J | NO | METNAV MAINT | SCMN | MET/NAV MAINT | 1 | 0 |
| 02196990J | NO | SYSTEMS SUPPORT | SCMS | SYSTEMS SPT | 1 | 0 |
| 02197390J | NO | SYSTEMS SUPPORT | SCMS | SYSTEMS SPT | 1 | 0 |
| 02197950J | NO | PLAN/IMPLEMENT FLI | SCP | | 1 | 0 |
| 02991250J | NO | PLAN/IMPLEMENT FLI | SCP | | 1 | 0 |
| 01273580J | NO | BNCC | SCBB | BNCC | 1 | 0 |
| 02197930J | NO | BNCC | SCBB | BNCC | 1 | 0 |
| 02743720J | NO | BNCC | SCBB | BNCC | 1 | 0 |
| 03309170J | NO | BNCC | SCBB | BNCC | 1 | 0 |
| 02032690J | NO | ADMIN COMM | SCBA | ADMIN COMM | 1 | 0 |
| 02032710J | NO | ADMIN COMM | SCBA | ADMIN COMM | 1 | 0 |
| 03170850J | NO | ADMIN COMM | SCBA | ADMIN COMM | 1 | 0 |
| 03170860J | NO | ADMIN COMM | SCBA | ADMIN COMM | 1 | 0 |

| ENL | CIV |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 1 | 0 |
| 0 | 1 |
| 1 | 0 |
| 0 | 1 |
| 0 | 1 |
| 0 | 1 |
| 0 | 1 |
| 1 | 0 |
| 0 | 1 |
| 0 | 1 |
| 0 | 1 |

Lil BOS

| POS | MEO | PAS | OSC | FAC | AFSC | SEI | API | GRADE | RGR | CEC | MNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02339680J | MEO | FFQJ | CC | 38A000 | 8F000 | | Z | MSGT | MSGT | | AY |
| 02188520J | MEO | FFQJ | CC | 38A000 | 3S271 | | Z | TSGT | TSGT | | AY |
| 02735580J | MEO | FFQJ | CC | 38A000 | 3S051 | | Z | SRA | SSGT | | AY |
| 02201140J | MEO | FFQJ | CC | 38A000 | 3S031 | | Z | A1C | A1C | | AY |
| 02188450J | MEO | FFQJ | CC | 38A000 | 3A051 | | | GS-05 | GS-05 | 10 | AN |
| 03170830J | MEO | FFQJ | SCB | 38D100 | 033S3 | | 0 | CAPT | CAPT | | AY |
| 03246910J | MEO | FFQJ | SCB | 38D100 | 3C000 | | Z | CMSGT | CMSGT | | AY |
| 03246930J | MEO | FFQJ | SCB | 38D100 | 3A051 | | Z | SRA | SRA | | AY |
| 03170820J | MEO | FFQJ | SCB | 38C100 | 3A031 | | | GS-04 | GS-04 | 10 | AN |
| 01421180J | MEO | FFQJ | SCBA | 38DC00 | 3A051 | | Z | SSGT | SSGT | | AY |
| 03170840J | MEO | FFQJ | SCBA | 38DC00 | 3A051 | | Z | SRA | SRA | | AY |
| 02727330J | MEO | FFQJ | SCBB | 38DA00 | 3C071 | | Z | MSGT | MSGT | | AY |
| 03128960J | MEO | FFQJ | SCBB | 38DA00 | 3C271 | | Z | MSGT | MSGT | | AY |
| 03128950J | MEO | FFQJ | SCBB | 38DA00 | 3C271 | | Z | MSGT | MSGT | | AY |
| 03246940J | MEO | FFQJ | SCBB | 38DA00 | 3C071 | | Z | TSGT | TSGT | | AY |
| 03128990J | MEO | FFQJ | SCBB | 38DA00 | 3C071 | | Z | TSGT | TSGT | | AY |
| 03128980J | MEO | FFQJ | SCBB | 38DA00 | 3C071 | | Z | TSGT | TSGT | | AY |
| 03128970J | MEO | FFQJ | SCBB | 38DA00 | 3C071 | | Z | TSGT | TSGT | | AY |
| 03129000J | MEO | FFQJ | SCBB | 38DA00 | 3C271 | | Z | TSGT | TSGT | | AY |
| 02638350J | MEO | FFQJ | SCBB | 38DA00 | 3C271 | | Z | TSGT | TSGT | | AY |
| 03270010J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03129060J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03129050J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03129040J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03129030J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03129010J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 03270090J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 03129110J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 03129100J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 03129090J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 03129080J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 03129070J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | SSGT | | AY |
| 02641230J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | TSGT | | AY |
| 02187750J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SSGT | TSGT | | AY |
| 03270190J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03146120J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03129150J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03129140J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03129130J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03129120J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 03129020J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SSGT | | AY |
| 02727370J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | TSGT | | AY |
| 02727360J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SSGT | | AY |
| 02727350J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 02230520J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SRA | | AY |
| 02198180J | MEO | FFQJ | SCBB | 38DA00 | 3C051 | | Z | SRA | SSGT | | AY |
| 03247020J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03247010J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03246980J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03246970J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03129210J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129200J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129190J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129180J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129170J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129160J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 02641270J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SSGT | | AY |
| 02641250J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SSGT | | AY |
| 02187290J | MEO | FFQJ | SCBB | 38DA00 | 3C251 | | Z | SRA | SRA | | AY |
| 03129280J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03129270J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03129260J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03129250J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03129240J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03129230J | MEO | FFQJ | SCBB | 38DA00 | 3C031 | | Z | A1C | A1C | | AY |
| 03247030J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129340J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129330J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129320J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129310J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129300J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 03129290J | MEO | FFQJ | SCBB | 38DA00 | 3C231 | | Z | A1C | A1C | | AY |
| 02198030J | MEO | FFQJ | SCBB | 38DA00 | 033S3 | | | GS-11 | GS-11 | 10 | AN |
| 00165890J | MEO | FFQJ | SCBB | 38D100 | 3C271 | | | GS-09 | GS-09 | 10 | AN |
| 02727300J | MEO | FFQJ | SCBL | 38DK00 | 3C071 | | Z | TSGT | TSGT | | AY |
| 02641240J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SSGT | SSGT | | AY |
| 02797520J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SRA | SRA | | AY |
| 02797510J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SRA | SRA | | AY |
| 02727310J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SRA | SSGT | | AY |
| 02641260J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SRA | SRA | | AY |
| 02188670J | MEO | FFQJ | SCBL | 38DK00 | 3C051 | | Z | SRA | SSGT | | AY |
| 02727320J | MEO | FFQJ | SCBL | 38DK00 | 3C251 | | Z | SRA | SRA | | AY |
| 02641290J | MEO | FFQJ | SCBL | 38DK00 | 3C031 | | Z | A1C | SSGT | | AY |
| 02641280J | MEO | FFQJ | SCBL | 38DK00 | 3C031 | | Z | A1C | A1C | | AY |
| 01616990J | MEO | FFQJ | SCBS | 38DB00 | 3C071 | | Z | MSGT | MSGT | | AY |
| 02198120J | MEO | FFQJ | SCBS | 38DB00 | 3C051 | 269 | Z | SSGT | SSGT | | AY |
| 02198080J | MEO | FFQJ | SCBS | 38DB00 | 3C031 | | Z | A1C | TSGT | | AY |
| 02198070J | MEO | FFQJ | SCBS | 38DB00 | 3C031 | | Z | A1C | SRA | | AY |
| 02198060J | MEO | FFQJ | SCBS | 38DB00 | 3C031 | | Z | A1C | A1C | | AY |
| 02188630J | MEO | FFQJ | SCBS | 38DB00 | 3C031 | 269 | Z | A1C | SRA | | AY |
| 00873770J | MEO | FFQJ | SCBS | 38DB00 | 3C031 | | Z | A1C | A1C | | AY |
| 02198090J | MEO | FFQJ | SCBS | 38DB00 | 3C051 | | | GS-09 | GS-09 | 10 | AN |
| 02197960J | MEO | FFQJ | SCM | 38A100 | 3A051 | | | GS-04 | GS-04 | 10 | AN |
| 03246840J | MEO | FFQJ | SCMF | 38AL00 | 2E153 | | Z | SSGT | SSGT | | AY |
| 02197090J | MEO | FFQJ | SCMJ | 38AC01 | 2E152 | | Z | SRA | SSGT | | AY |
| 02187930J | MEO | FFQJ | SCMP | 38AI00 | 2E673 | | Z | MSGT | MSGT | | AY |
| 02201000J | MEO | FFQJ | SCMP | 38AJ00 | 2E673 | | Z | TSGT | TSGT | | AY |
| 03246800J | MEO | FFQJ | SCMP | 38AJ00 | 2E653 | | Z | SSGT | MSGT | | AY |
| 02201020J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | 243 | Z | SSGT | SSGT | | AY |
| 03246790J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | Z | SRA | SRA | | AY |
| 03127180J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | Z | SRA | SRA | | AY |

Lil BOS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03127170J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | Z | SRA | SRA | | AY |
| 03127160J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | Z | SRA | SRA | | AY |
| 02797480J | MEO | FFQJ | SCMP | 38AJ00 | 2E653 | 033 | Z | SRA | SRA | | AY |
| 02713990J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | 243 | Z | SRA | SRA | | AY |
| 02201010J | MEO | FFQJ | SCMP | 38AJ00 | 2E653 | 033 | Z | SRA | SRA | | AY |
| 02187950J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | Z | SRA | SRA | | AY |
| 02797300J | MEO | FFQJ | SCMP | 38AI00 | 2E633 | | Z | A1C | A1C | | AY |
| 02187960J | MEO | FFQJ | SCMP | 38AI00 | 2E633 | | Z | A1C | A1C | | AY |
| 02187880J | MEO | FFQJ | SCMP | 38AJ00 | 2E633 | | Z | A1C | A1C | | AY |
| 02187990J | MEO | FFQJ | SCMP | 38AI00 | 2E673 | | | WS-09 | WS-09 | 20 | AN |
| 02187900J | MEO | FFQJ | SCMP | 38AJ00 | 2E633 | | | WG-11 | WG-11 | 20 | AN |
| 02797310J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | | WG-11 | WG-11 | 20 | AN |
| 02187970J | MEO | FFQJ | SCMP | 38AI00 | 2E653 | | | WG-11 | WG-11 | 20 | AN |
| 02187920J | MEO | FFQJ | SCMP | 38AJ00 | 2E653 | | | WG-11 | WG-11 | 20 | AN |
| 02187910J | MEO | FFQJ | SCMP | 38AJ00 | 2E653 | | | WG-11 | WG-11 | 20 | AN |
| 02638380J | MEO | FFQJ | SCMW | 38AK00 | 2E652 | | Z | SSGT | SSGT | | AY |
| 03053550J | MEO | FFQJ | SCMW | 38AK00 | 2E652 | | Z | SRA | SRA | | AY |
| 03246830J | MEO | FFQJ | SCMW | 38AK00 | 2E632 | | Z | A1C | A1C | | AY |
| 03246820J | MEO | FFQJ | SCMW | 38AK00 | 2E632 | | Z | A1C | A1C | | AY |
| 03053540J | MEO | FFQJ | SCMW | 38AK00 | 2E632 | | Z | A1C | SRA | | AY |
| 02197320J | MEO | FFQJ | SCMW | 38AK00 | 2E632 | | Z | A1C | A1C | | AY |
| 02188020J | MEO | FFQJ | SCMW | 38AK00 | 2E672 | | | WS-09 | WS-09 | 20 | AN |
| 02197850J | MEO | FFQJ | SCP | 38C100 | 033S3 | | 0 | CAPT | CAPT | | AY |
| 03246870J | MEO | FFQJ | SCP | 38C100 | 3C371 | | Z | MSGT | SMSGT | | AY |
| 02197890J | MEO | FFQJ | SCP | 38C100 | 3C351 | | Z | SSGT | SSGT | | AY |
| 03246880J | MEO | FFQJ | SCP | 38C100 | R3A051 | | Z | SSGT | SSGT | | AY |
| 03246770J | MEO | FFQJ | SCP | 38C100 | 3A051 | | Z | SRA | SRA | | AY |
| 02197860J | MEO | FFQJ | SCP | 38C100 | 3C351 | | Z | SRA | TSGT | | AY |
| 02188460J | MEO | FFQJ | SCP | 38C100 | 3C331 | | Z | A1C | SSGT | | AY |
| 02188470J | MEO | FFQJ | SCP | 38C100 | R3C371 | | | GS-09 | GS-09 | 10 | AN |
| 02991260J | MEO | FFQJ | SCP | 38C100 | 3A031 | | | GS-07 | GS-07 | 10 | AN |
| 02693970J | MEO | FFQJ | SCPP | 38BG00 | 3A051 | | | GS-07 | GS-07 | 10 | AN |
| 00563270J | MEO | FFQJ | SCPP | 38BG00 | 3A051 | | | GS-07 | GS-07 | 10 | AN |
| 01141980J | MEO | FFQJ | SCPP | 38BG00 | 3A051 | | | GS-04 | GS-04 | 10 | AN |
| 01884880J | MEO | FFQJ | SCPV | 38BA00 | 3N052 | | | GS-11 | GS-11 | 10 | AN |
| 01884880J | MEO | FFQJ | SCPV | 38BA00 | 3V051 | | | GS-11 | GS-11 | 10 | AN |
| 02797200J | MEO | FFQJ | SCPV | 38BA00 | 3N052 | | | GS-09 | GS-09 | 10 | AN |
| 02797200J | MEO | FFQJ | SCPV | 38BA00 | 3V051 | | | GS-09 | GS-09 | 10 | AN |
| 02727410J | MEO | FFQJ | SCX | 38C100 | 3A051 | | Z | SRA | SSGT | | AY |
| x | x | x | | | | | | | | | |

Lil BOS

| PEC | ART | '08/1' | '08/2' | '08/3' | '08/4' | '09/4' | '10/4' | GRS | 'EF_DT' |
|---|---|---|---|---|---|---|---|---|---|
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00035114W | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 275 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 005 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 108 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00084731H | N | 1 | 1 | 1 | 1 | 1 | 1 | 276 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00035114G | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 269 | 10/31/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 271 | 4/1/1998 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00033129A | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 271 | 8/1/1999 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 276 | 4/1/1999 |
| 00035114W | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 111 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |

Lil BOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 285 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 302 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 302 | 4/1/1998 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 1 | 302 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 302 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 302 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 285 | 4/1/1998 |
| 00084731H | N | 1 | 1 | 1 | 1 | 1 | 0 | 005 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 110 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 112 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 0 | 114 | 10/1/2007 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 271 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 273 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 273 | 4/1/1998 |
| 00085795B | N | 1 | 1 | 1 | 1 | 1 | 1 | 273 | 4/1/1998 |
| 00084731G | N | 1 | 1 | 1 | 1 | 1 | 1 | 276 | 4/1/1998 |
| 00085790A | N | 1 | 1 | 1 | 1 | 1 | 1 | 269 | 10/31/2007 |
| 00085790A | N | 0 | 0 | 0 | 0 | 0 | 0 | 269 | 4/1/1998 |
| 00085790A | N | 1 | 1 | 1 | 1 | 1 | 1 | 271 | 10/31/2007 |
| 00085790A | N | 0 | 0 | 0 | 0 | 0 | 0 | 271 | 4/1/1998 |
| 00084731E | N | 1 | 1 | 1 | 1 | 1 | 0 | 113 | 10/1/2007 |