ATTACHMENT 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-62C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED INDEX TO THE ADMINISTRATIVE RECORD**

**TABS DOCUMENT** **PAGE(S)**


1. Conformed Solicitation No. F41689-02-R-0049 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. GAO Bid Protest by RKR, dated June 7, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 456

3. Air Force Notice of Cancellation to GAO, dated July 2, 2007 . . . . . . . . . . . . . . . . 770

4. RKR Notice of Intent to Reply and Object to Air Force Cancellation, dated July 2, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 771

5. Air Force Response to GAO Oral Request For Information, dated July 9, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772

6. RKR Reply to Air Force's July 2, 2007 and July 9, 2007 Submissions To GAO, dated July 16, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 789

7. GAO Request to Air Force for Additional Information, dated July 30, 2007 . . . . . 938

8. Air Force Response to GAO Request For Additional Information, with Attached Memorandum from Maj. Gen. Lord, dated August 2, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 942

9. Original Signed Memorandum from Maj. Gen. Lord, dated August 2, 2007 . . . . . 948

10. RKR Response To Air Force's August 2, 2007 Response to GAO Request for Additional Information, dated August 13, 2007 . . . . . . . . . . . . . 949

11. GAO Decision in RKR Protest, dated August 29, 2007 . . . . . . . . . . . . . . . . . . . . . 993

12. RKR Request for Recommendation for Costs, dated August 31, 2007 . . . . . . . . . . 998

13. E-mail from GAO Attorney Regarding RKR's Cost Request, dated September 3, 2007 . . . . . 1004

14. Air Force Response to RKR Request for Recommendation for Costs, dated September 7, 2007 . . . . . 1006

15. GAO Decision Denying Costs, dated December 7, 2007 . . . . . 1012

16. Determination and Findings Regarding Cancellation of Solicitation, dated January 7, 2008 . . . . . 1016

17. Attachment 1 to Determination and Findings: Redacted Memorandum from Brig. Gen. Marvin T. Smoot, Jr., dated June 25, 2007 . . . . . 1022

18. Attachment 2 to Determination and Findings: Redacted Memorandum from Brig. Gen. K.C. McClain, dated July 5, 2007 . . . . . 1024

19. Attachment 3 to Determination and Findings: Memorandum from Maj. Gen. Lord, dated August 2, 2007 . . . . . 1344

20. Attachment 4 to Determination and Findings: Analysis on Keesler PRD . . . . . 1345

21. Attachment 5 to Determination and Findings: E-mail from Dale Patenaude, dated November 28, 2007 . . . . . 1596

22. Attachment 6 to Determination and Findings: Letter from David H. Savafian, dated August 23, 2005 . . . . . 1601

23. Attachment 7 to Determination and Findings: Air Force Response to GAO Oral Request For Information, dated July 9, 2007 . . . . . 1602

24. Attachment 8 to Determination and Findings: Air Force Response to GAO Request For Additional Information, dated August 2, 2007 . . . . . 1605

25. Attachment 9 to Determination and Findings: Redacted Sheppard AFB Pre-Solicitation Site Visit Roster, dated July 10, 2007 . . . . . 1609

26. Cancellation Amendment to Solicitation No. F41689-02-R-0049, dated January 25, 2008 . . . . . 1611

27. Keesler AFB Unit Manning Document, dated September 4, 2003 . . . . . 1612

28. Little BOS Position Breakdown . . . . . 1679