# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: March 4, 2008)**

| | |
|---|---|
| **RKR JOINT VENTURE, LLC,** | |
| **Plaintiff,** | |
| **v.** | |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY

On March 3, 2008, Defendant moved for leave to file a sur-reply to Plaintiff's reply to Defendant's opposition to Plaintiff's motion to supplement the administrative record. Defendant's motion for leave to file a sur-reply is **GRANTED**. Defendant's sur-reply is accepted as filed on March 3, 2008.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**