**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**RKR'S MOTION FOR LEAVE TO FILE SURREPLY**

TO THE HONORABLE JUDGE OF THE U.S. COURT OF FEDERAL CLAIMS:

Plaintiff RKR JOINT VENTURE, LLC ("RKR") files this its Motion for Leave to file Surreply to Defendant's Surresponse (Dkt #14) regarding RKR's Motion for Leave to Supplement the Administrative Record (Dkt #11), and would show as follows:

Leave for RKR to file the attached Surreply is requested for the following reasons:

1. The government's argument with respect to the solicitation and its inclusion or exclusion of AFNETOPs as a configuration change continues to evolve, requiring reply. The government now alleges that a significance test as to *effect* can supplant the solicitation itself. That assumes conclusions regarding the solicitation and the *cause* of those effects that the government has not proven, namely, that AFNETOPs is not an anticipated configuration change to occur during the life of the contract under the solicitation, and that the scope of anticipated configuration changes is something narrower. *See* attached Surreply at ¶ 1-4 & n.1-2; *see* Dkt #15-2 at 2, 5, n.2, & n.5.

2. The government introduces additional case law which is not on point, requiring reply. *See* attached Surreply at ¶ 6, Dkt #15 at 8-9.

For the foregoing reasons, RKR requests that the Court grant this motion and deem the attached brief filed. A proposed order is attached.

DATED March 4, 2008

Respectfully submitted,

/s/

David F. Barton, Attorney-in-Charge
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 4th day of March, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

/s/

David F. Barton