**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**ORDER ON RKR MOTION FOR LEAVE TO FILE SURREPLY**

On March 4, 2008, Plaintiff moved for leave to file a sur-reply to Defendant's surresponse regarding Plaintiff's motion to supplement the administrative record. Plaintiff's motion for leave to file a sur-reply is GRANTED. Plaintiff's sur-reply is accepted as filed on March 4, 2008.

IT IS SO ORDERED.

Signed this _____ day of ________, 200_.

______________________________
Judge Mary Ellen Coster Williams