# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: March 5, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **RKR JOINT VENTURE, LLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

---

On March 4, 2008, Plaintiff moved for leave to file a sur-reply to Defendant's sur-response filed on March 3, 2008. Plaintiff's motion for leave to file a sur-reply is **GRANTED**. Plaintiff's sur-reply is accepted as filed on March 4, 2008.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**