# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: March 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RKR JOINT VENTURE, LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER SCHEDULING ORAL ARGUMENT

---

Oral argument on RKR Joint Venture, LLC's Motion to Supplement the Administrative Record is scheduled for **March 19, 2008 at 11:00 a.m. EST**. The oral argument will be conducted telephonically, and the Court will initiate the call.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**