# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**RKR JOINT VENTURE, LLC,** *
**Plaintiff,** *
**v.** *
**UNITED STATES OF AMERICA,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## NOTICE TO THE PARTIES

---

At today's oral argument on RKR Joint Venture, LLC's Motion to Supplement the Administrative Record, the parties represented that AFNETOPS was scheduled to be fully implemented by December 2010. However, according to the document entitled "United States Air Force Network Operations Functional Concept," dated October 12, 2006, "the final step – integration of most airborne and space networks – will occur in the 2012-2020 timeframe." AR at 1359.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**