IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-62C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant the Court's March 19, 2008 oral order, the parties submit the following proposed schedule:

1) Defendant would file the documents with which the Court ordered defendant to supplement the administrative record on or before April 15, 2008. These documents are: 1) documents relied upon by Major General John W. Maluda in deciding plaintiff's administrative appeal; 2) documents relied upon by Major General William Lord in drafting his August 2, 2007 memorandum, AR 948; and 3) questions and answers.[1] Defendant would file the supplemental record on CD-ROM, along with two paper courtesy copies for chambers.

2) Plaintiff would conduct the deposition of General Maluda by video conference on May 2, 2008, at 9 am EDT.[2]

[1] While the Court did not technically order defendant to supplement the administrative record with the questions and answers, if the parties are going to be permitted to cite to them, which appears to be the case, the Government believes they should be a part of the administrative record.

[2] The parties are still trying to confirm the exact logistics of this video conference, but do not foresee any problems at this time.

3) Plaintiff would conduct the deposition of the contracting officer, Ron Mortag, on May 8, 2008, at 10 am CDT, at the offices of the Gardner Law Firm, 745 E. Mulberry Avenue, Suite 100, San Antonio, Texas 78212-3149.

4) Plaintiff would file a partial motion for judgment upon the administrative record regarding the issue of whether the Air Force had a rational basis for cancelling Solicitation No. F41689-02-R-0049, on or before July 3, 2008.[3]

5) Defendant would file a response to plaintiff's partial motion for judgment upon the administrative record, a motion to dismiss, and a cross-motion for judgment upon the administrative record on or before July 31, 2008.

6) Plaintiff would file a reply in support of its partial motion for judgment upon the administrative record and a response to defendant's motion to dismiss and cross-motion for judgment upon the administrative record on or before August 21, 2008.

7) Defendant would file a reply in support of its motion to dismiss and cross-motion for judgment upon the administrative record on or before September 4, 2008.

8) Oral argument would be set at the Court's convenience.

[3] Plaintiff's counsel will be out of the country from May 23, 2008 through June 21, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ David F. Barton
David F. Barton, Attorney-in-Charge
THE GARDNER LAW FIRM
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

April 4, 2008

Attorneys for Defendant