# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: April 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**RKR JOINT VENTURE, LLC,** *
**Plaintiff,** *
**v.** *
**UNITED STATES OF AMERICA,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On March 19, 2008, the Court orally granted in part Plaintiff's motion to supplement the administrative record. On April 4, 2008, the parties filed a Joint Status Report proposing a schedule to conduct depositions, supplement the administrative record, and file motions. In accordance with representations of the parties in the Joint Status Report, the Court orders the following:

1. Defendant shall file the documents supplementing the administrative record on CD-ROM along with two paper copies by **April 15, 2008**;

2. The depositions of Major General Maluda and Mr. Ron Mortag shall be completed by **May 8, 2008**. The deposition of Major General Maluda may be taken by video conference. A telephonic status conference will be held on **May 13, 2008, at 11:00 a.m. EST**;

3. Plaintiff's partial motion for judgment on the administrative record regarding the issue of whether the Air Force had a rational basis for cancelling Solicitation No. F41689-02-R00049 is due by **July 3, 2008**;

4. Defendant's response to Plaintiff's motion for partial summary judgment, its motion to dismiss, and its cross-motion for judgment on the administrative record are due by **July 31, 2008**;

5. Plaintiff's reply in support of its partial motion for judgment on the administrative record, and its response to Defendant's motion to dismiss and cross-motion for judgment on the administrative record are due by **August 21, 2008**;

6. Defendant's reply in support of its motion to dismiss and cross-motion for judgment on the administrative record is due by **September 4, 2008**;

7. Oral argument on pending motions will be conducted via telephone on **September 17, 2008, at 11:00 a.m. EST**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**