IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-62C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING**
**SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, the Court's March 19, 2008 oral order and the Court's April 14, 2008 order, defendant provides this notice that it is filing a supplement to the administrative record in this case on CD-ROM and providing two bound courtesy copies to chambers. Tabs 29-77 are documents related to the administrative appeal decision. Tabs 78-82 are documents relied upon by Major General William Lord in drafting his August 2, 2007, memorandum. Tab 83 is questions and answers related to the solicitation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

April 15, 2008

Attorneys for Defendant