# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed May 13, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **RKR JOINT VENTURE, LLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On May 13, 2008, the Court held a telephonic status conference. Based on the representations of the parties during the status conference, the Court orders the following:

1. Plaintiff shall file, as supplements to the administrative record, the deposition transcripts of Major General Maluda and Mr. Ron Mortag, along with any documents appended to those deposition transcripts, by **June 13, 2008**.

2. Defendant shall file any objections regarding the supplementation of the administrative record by **June 13, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**