**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 08-CV-00062-MCW<br>Judge Williams |
| THE UNITED STATES<br>Defendant. | §<br>§ | |

**ADVISORY TO THE COURT**

COMES NOW Plaintiff RKR JOINT VENTURE, LLC and files this its Advisory to the Court and states as follows:

At the status conference of May 13, 2008, the Court questioned RKR as to the precise contours of the injunctive relief it seeks. Consistent with the representations made in response to the Court's questions, and in the interest of clarity, RKR is amending its complaint pursuant to Fed. R. Civ. P. 15(a) "as a matter of course." Defendant has not submitted a "responsive pleading" (a pleading within the meaning of Fed. R. Civ. P. 7(a)) to date.

RKR's first amended complaint contains no new claims and more precisely defines the injunctive relief sought. No changes to the current scheduling orders in Dkt #s 26 and 29 are necessary. Supplementation and summary judgment briefing on the declaratory judgment issue (unlawful cancellation) can proceed without prejudice to Defendant.

DATED May 16, 2008.

Respectfully submitted,

/s/

David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149

Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 16th day of May, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

_______/s/____________________________
DAVID F. BARTON