**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of RKR's First Amended Complaint has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 16th day of May, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

_______/s/______________________________
DAVID F. BARTON