**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF FILING**
**<u>SUPPLEMENT TO THE ADMINISTRATIVE RECORD</u>**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, the Court's March 19, 2008 oral order, the Court's April 14, 2008 and May 13, 2008 scheduling orders, Dkt #s 26 and 29, and the Court's directive at the May 13, 2008 hearing for Plaintiff to provide any further documents it proposes to supplement the administrative record with that are within the scope of the Court's March 19, 2008 oral order, Plaintiff provides this notice that it is filing a supplement to the administrative record in this case on CD-ROM and DVD, and providing two bound courtesy copies to chambers.

The supplement, being sent by overnight delivery, contains the following materials:

Two printed courtesy copies for chambers (totaling one notebook per copy) of:

Tab 10-A Attachments 8 and 9 to RKR Response To Air Force's August 2, 2007 Response to GAO Request for Additional Information, dated August 13, 2007 (inadvertently excluded by Defendant in its original AR filing of Tab 10, because other attachments numbered 1-7 appeared elsewhere in the AR and would have been duplicated).
Labeled as AR 992.1-992.10

| | |
|---|---|
| Tab 84 | Deposition of Maj. Gen. John W. Maluda, May 2, 2008<br>Errata and Signature Page[1]<br>Reporter's Certificate<br>Word Index<br>Deposition Exhibit 1 |
| Tab 85 | Deposition of Ron Mortag, May 8, 2008<br>Errata and Signature Page<br>Reporter's Certificate<br>Word Index<br>Deposition Exhibits 1-7 |
| Tab 86 | Declaration of Dale Patenaude, Ken Lee, and Charles Wilson |
| Tab 86-1 to Tab 86-5 | Declaration Attachments 1-5 |

and the following electronic materials for filing:

| | |
|---|---|
| 1 CD-ROM | Electronic copy of Tab 10-A and Tabs 84 through 86-5 |
| 1 DVD | Video deposition of Maj. Gen. John W. Maluda 1 of 2 |
| 1 DVD | Video deposition of Maj. Gen. John W. Maluda 2 of 2 |
| 1 DVD | Video deposition of Ron Mortag 1 of 2 |
| 1 DVD | Video deposition of Ron Mortag 2 of 2 |

Defendant is being served with a copy of the CD-ROM and this notice.

DATED June 12, 2008

Respectfully submitted,

/s/

David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

[1] A corrected version of the Maluda signature page received today is e-filed as Exh. 1 to this notice.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 12th day of June, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

/s/
DAVID F. BARTON