WITNESS: JOHN W. MALUDA

DATE: MAY 2, 2008

CASE: RKR JOINT VENTURE v. UNITED STATES

Please note any errors and the corrections thereof on this errata sheet. The rules require a reason for any change or correction. It may be general, such as "To correct stenographic error," or "To clarify the record," or "To conform with the facts."

| PAGE | LINE | CORRECTION | REASON FOR CHANGE |
|---|---|---|---|
| 71 | 5 & 6 | Roblato should be Robledo | (SP) |
| 74 | 2 & 6 | same as Above | |
| 82 | 21 | same as above | |
| 154 | 21 | proscribed should be prescribed | (SP) |

# CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

John W. Maluda
___________________________
JOHN W. MALUDA

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this ________day of______________, 2008, and executed the above certificate in my presence.

___________________________
NOTARY PUBLIC IN AND FOR

___________________________

MY COMMISSION EXPIRES:

_____________________