**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF FILING**
**SECOND SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, the Court's March 19, 2008 oral order, the Court's April 14, 2008 and May 13, 2008 scheduling orders, Dkt #s 26 and 29, and the Court's directive at the May 13, 2008 hearing for Plaintiff to provide any further documents it proposes to supplement the administrative record with that are within the scope of the Court's March 19, 2008 oral order, Plaintiff provides this notice that it is filing a second supplement to the administrative record in this case on CD-ROM, and providing two courtesy copies to chambers in a notebook being sent contemporaneously.

The second supplement, being sent by overnight delivery, contains the following materials:

| | |
|---|---|
| Tab 87 | Second Declaration of Dale Patenaude, with attachments (2 copies) |
| Tab 88 | Second Declaration of Ken Lee (2 copies) |
| 1 CD-ROM | Electronic copy of Tabs 87 and 88 |

Defendant is being served with a copy of the CD-ROM and this notice.

DATED June 13, 2008

Respectfully submitted,

/s/

David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 13th day of June, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

/s/

DAVID F. BARTON