# In the United States Court of Federal Claims

**08-62 C**

**Filed: June 16, 2008**

**RKR JOINT VENTURE, LLC.,**

**v.**

**THE UNITED STATES**

**PLAINTIFF'S SECOND SUPPLEMENT**
**to the ADMINISTRATIVE RECORD**
**(see document [33] for description of content)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.