**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 08-CV-00062-MCW<br>Judge Williams |
| THE UNITED STATES<br>Defendant. | §<br>§ | |

**PLAINTIFF'S NOTICE OF FILING**
**<u>THIRD SUPPLEMENT TO THE ADMINISTRATIVE RECORD</u>**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and this Court's orders, Plaintiff provides this notice that it is filing a third supplement to the administrative record in this case consisting of Exhibit 1, the completed errata and signature page for the Deposition of Ron Mortag, previously submitted in Dkt #32. This errata and signature page was not received from the court reporter until after the Court's June 13 deadline.

DATED July 3, 2008

Respectfully submitted,

/s/

David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 3d day of July, 2008, as follows:

***VIA E-FILING***

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

_______/s/____________________________
DAVID F. BARTON