# CHANGES AND SIGNATURE

PAGE LINE CHANGE REASON

page 11, line 11 (should be "AT" be "IT")

page 44, line 3 (should "CEO" be "CO")

page 67, line 18 ("reengineering" should be "reengineering")

page 117, line 1 (should "ARL's" be "AL's")



d6d10b97-8b15-48bf-8d41-2ee782e3dea8

I, RON MORTAG, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

RON MORTAG

THE STATE OF Texas )
COUNTY OF Bexar )

Before me, Chaun D. Ramon, on this day personally appeared RON MORTAG, known to me or proved to me on the oath of ________________ or through TX DL 10924008 (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this 9 day of June, 2008.

CHAUN D. RAMON
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-27-2010

NOTARY PUBLIC IN AND FOR THE STATE OF Texas

My Commission Expires: 11-27-2010