Administration Clerk. While the Plans Manager has overall responsibility within the section, the senior C-CS Planner provides the detailed day-to-day supervision and work activities of the remaining C-CS Planners and the Plans Admin Clerk. The Senior C-CS Planner provides backup support for the Plans Manager in his/her absence. This section will be staffed between 0700-1700 daily, Monday through Friday, excluding approved federal holidays. The Plans Manager reports directly to the RKR Project Manager.

Air Force Instruction (AFI) 33-104, *Base-Level Planning and Implementation,* is the guidance document for providing plans and implementation services. The Plans and Implementations section manages current and future communications projects, providing support to customer identified requirements and maintaining the current and up-to-date project documentation for projects still not completed and Communication Systems Installation Record (CSIRs) for systems already installed and accepted by the Government. The planners assists the Senior C-CS Planner and the Plans Manager in developing accurate C&IT budgetary information and recommendations, based upon historical usage data, projected programs, and pertinent input from the different sections within RKR.

The source document for future projects is the Base C-4 Blueprint. This document, produced by the Systems Telecommunications Engineer Base-Level (STEM-B) at the 38TH EIG, is the guiding document for telecommunications plans in future years. The Plans Manager regularly reviews the document and recommends changes, as necessary. The 81st TRW leadership is kept abreast of any changes or information that requires higher-level attention and endorsement. The Plans Manager coordinates command approval on an annual basis. Recommendations are IAW with the "Joint Technical Architecture–Air Force" (JTA-AF) and the Air Force COE. This is a key support measure for the configuration management mission, which plays a large role in the protection of sensitive and classified data. The ability to protect these resources rests largely with an enterprise-wide common configuration environment, providing technical and security professionals with fixes and procedures that each site can quickly and efficiently perform. New technologies are controlled in the same manner. These initiatives, such as Voice over IP, must be afforded the same technical research to provide available option recommendations to the government. RKR's recommendations will be based upon the Total Cost of Ownership (initial cost, maintenance and management costs) and highest Return on Investment.

The Plans Manager and C-CS Planners participate in meetings for establishing or renewing Service Level Agreements (SLA), Inter-service Support Agreements (ISSA), Memorandums of Agreements (MOA) and Letters of Agreements (LOA). These formal agreements establish support levels as suppliers and receivers between the KAFB organizations, either locally or those that are geographically separate contain different areas of support. The Plans Manager ensures that identified communications