




# A-76-driven RIF moves to Sept. 30



by Susan Griggs
81 Training Wing Public Affairs

11/19/2007 - **KEESLER AIR FORCE BASE, MISS. --** --
Next year's reduction in force driven by the A-76 competitive sourcing process is being changed from June 30 to Sept. 30.

Assignment eligibility dates for affected military members have moved to Sept. 30, too, but there's no change expected to the Oct. 1 target date for Computer Sciences Corp. to take over a portion of Keesler's support operations.

A separate contract to keep communication services in-house is still in litigation in federal court.

At a town hall meeting Nov. 14, Col. Greg Touhill, 81st Training Wing commander, said that he decided to change the effective date for the RIF after consulting with base leaders and personnel specialists.

"It didn't make sense to me to do the RIF before the transition period concluded," Colonel Touhill explained. "The transition phase involves an incremental assumption of responsibility by CSC from the government work force."

The colonel said that the decision to change the RIF date benefits Keesler's mission as well as its employees.

"We need people for continuity of the mission during the 90-day transition period," he pointed out. "Now both military members and civilians will be available during that time to keep Keesler functioning."

Civilian employees impacted by the RIF now have 90 additional days of employment and 90 more days to find federal employment through the Priority Placement Pro-gram. The date change also helps affected NSPS employees, since now their RIF will be run with performance ratings earned.

The extension gives military members a second opportunity to apply for overseas assignments, according to military personnel flight chief Adrien Augustine.

The enlisted overseas EQUAL listing for October-December 2008 assignments become available Feb. 6, and members have until Feb. 15 to update their preferences via the virtual MPF. Also, Jan. 31 is the deadline to submit three stateside bases for consideration for base of preference assignments.

Deatrice Jimerson of the civilian personnel office gave a briefing on how the date change for the RIF affects the timeline for civilian employees impacted by A-76.

She said the RIF register was requested from the Air Force Personnel Center Sept. 20. The first RIF retention register is expected in February, and the list is forwarded to CSC immediately to offer current employees the right of first refusal for proposed jobs.

Once Voluntary Separation Incentive Pay buyouts are accepted, AFPC runs the final RIF list and forwards the names to Keesler in March or April. RIF notices are issued in April or May in advance of the Sept. 30 date for affected civilians to move, retire or be released from their jobs.

AFPC and Defense Department officials are coming to Keesler in March to assist Keesler's civilian personnel office in enrolling employees for PPP consideration.

Colonel Touhill addressed the concerns of one audience member who asked if having employees in place during the transition period meant that they would be expected to train the contractors who are taking their jobs.

He emphasized CSC employees won't need to be trained by Keesler employees. With the exception of some government-furnished training promised in the performance requirements document, CSC is responsible for showing up with a fully-capable workforce able to perform all duties in the PRD.

The colonel stressed that although the contract has been awarded to CSC, the legal documents are still being finalized and should be signed early next month at Air Education and Training Com-m and headquarters, Randolph AFB, Texas.

Brian Mooers, Keesler's competitive sourcing chief, emphasized the importance of the actual date the contract is signed.

"A lot of civilian personnel actions can't be done until a legal document is signed which binds CSC to perform

the work and binds the government to have CSC do the work," Mr. Mooers said.

In the meantime, Keesler is doing everything it can to ensure a smart, efficient and successful transition, according to Mr. Mooers.

"Col. (Rodney) Croslen (81st Mission Support Group commander) is really leading the way with weekly group meetings with his leaders to make sure every "i" is dotted and every "t" is crossed.

"The reason we stopped updating it was that every time we put in amendment to change a process, it caused extra costs to the bidders when they had to recalculate and restructure their bids," Mr. Mooers continued. "AETC and Keesler made a decision to freeze it so we could get through the process with a level playing field and get the bids on the table."

Mr. Mooers said each bid has a shelf life, "and CSC extended the shelf life on its bid, saying the numbers it gave us in 2005 are still good," he added.

Colonel Touhill intends to meet with CSC officials after the contract is signed to firm up the projected timeline as soon as possible.

"We want to take the guesswork out of this," he remarked. "My guiding principle to our staff is that this is a family affair, and we want to take good care of our Keesler family."