The "AFFECT" of AETC Reengineering Initiative & AFNetOps

- RKR DID NOT bid the NOSC-centric Initiative as the solicitation was based upon a "Snapshot in Time" approach with the Initiative being clearly stated as a “long term goal” that was reasonably anticipated by all offerors.

- If RKR were to reduce their staffing by the factors proposed by the Air Force, what would be the result?

  - Various factors have been put forth by the Air Force. General Lord’s letter stated AFNetOps had a 57% affect (AR 948). The A6’s report from Attachment 4 of the Contracting Officer’s Determination and Findings (AR 1346) stated the affect was 63%.

    - General Lord’s percent: 57 %
    - ATC/A6’s percent: 63 %
    - Average percent: 60 %

    - RKR as Bid: 24.0 FTEs
    - 60% Average Reduction: 14.4
    - Reduced Staffing: 9.6 Before rounding

  - Therefore the actual percentage after rounding to nearest FTE is:

    - RKR as Bid: 24.0 100%
    - Reduction due to AFNetOps: 14.0 **58.33% - Actual %**
    - RKR’s Revised Staffing: 10.0 41.67%

  - It follows that, if the MEO had to bid for the same “Snapshot in Time” requirement that RKR adhered to, then the MEO would have to add an additional 14 FTE’s.
    - The MEO as Bid (Staffed): 10.0 41.67 %
    - Add for “Snapshot in Time”: 14.0 58.33 % *
    - MEO Snapshot in Time Total: 24.0 100.00 %

    * This method uses the very percentages put forth by the Air Force!

**The actual affect upon contract if AETC Reengineering Initiative/AFNetOps Initiative is implimated on Contract Start Date**

| ALL PERIODS | | RKR AS BID | RKR after 58.33% reduction in NCC staffing |
|---|---|---|---|
| TOTAL CONTRACT ESTIMATE | | AMOUNT | AMOUNT |
| 0001-MOBILIZATION & TRANSITION-TOTAL ESTIMATED COST | | $ 1,118,306.59 | $ 1,118,306.59 |
| 0001-MOBILIZATION & TRANSITION - BASE FEE MINIMUM 2%, MAX 3% | 2.00% | $ 22,366.13 | $ 22,366.13 |
| 0002-MOBILIZATION & TRANSITION-AWARD FEE-MINIMUM 10% | 10.00% | $ 111,830.66 | $ 111,830.66 |
| TOTAL CLIN 0001 AND 0002 | | $ 1,252,503.38 | $ 1,252,503.38 |
| TOTAL EVALUATED PRICE (TOTAL PRICE + 65% of AWARD FEE) | MOBILZN & TRANS | $ 1,213,362.65 | $ 1,213,362.65 |
| BASIC PLUS OPTIONS | | | |
| X00301-ALL SERVICES-ESTIMATED COST | | $ 3,981,804.99 | $ 3,981,804.99 |
| X00302-COMMUNICATIONS & IT-ESTIMATED COST | | $ 30,362,941.60 | $ 23,802,011.88 |
| X00303-MULTIMEDIA-ESTIMATED COST | | $ 13,994,270.17 | $ 13,994,270.17 |
| X00304-PUBLISHING-ESTIMATED COST | | $ 716,807.43 | $ 716,807.43 |
| X003-TOTAL ESTIMATED COST | | $ 49,055,824.19 | $ 42,494,894.46 |
| X003-TOTAL BASE FEE-MINIMUM 2%, MAXIMUM 3% | 2.00% | $ 981,116.48 | $ 981,116.48 |
| X004-TOTAL AWARD FEE-MINIMUM 7% | 7.00% | $ 3,433,907.69 | $ 3,433,907.69 |
| TOTAL ESTIMATED COST AND FEE-X003 AND X004 | BASIC PLUS OPTIONS | $ 53,470,848.36 | $ 46,909,918.64 |
| TOTAL EVALUATED PRICE (COST & BASE FEE + 65% of AWARD FEE) | BASIC PLUS OPTIONS | $ 52,268,980.67 | $ 45,708,050.95 |
| X005 GOVT DIRECTED TVL-COST REIMB-NO FEE | NTE | $ 389,127.00 | $ 389,127.00 |
| X006 RESERVED | | | |
| X007 MODERN & MX GF IT EQUIP UNDER $100K-COST REIMB-NO FEE | EST | $ 1,626,419.00 | $ 1,626,419.00 |
| X008 REPLACE GOVT FURN BOS EQUIP <$100K-COST REIMB-NO FEE | EST | $ 7,467,522.00 | $ 7,467,522.00 |
| X009 REQD REPORTS-DATA TO SUPPORT CLINS X003 THRU X008 | NSP | | |
| TOTAL CONTRACT PRICE (Total Price Plus Reimb CLINs) | BASIC PLUS OPTIONS | $ 62,953,916.36 | $ 56,392,986.64 |
| TOTAL ESTIMATED CONTRACT PRICE-MOBILZN & TRANSITION AND BASIC PLUS OPTIONS | | $ 64,167,279.01 | $ 57,606,349.29 |
| TOTAL EVALUATED PRICE-MOBILZN & TRANSITION AND BASIC PLUS OPTIONS | | $ 53,482,343.32 | $ 46,921,413.59 |

This extract, from an Excel spreadsheet, is a facsimile of the "2LittleBosjul04.xls" file which was submitted to the government in electronic form.

| | | |
|---|---|---|
| **TOTAL ESTIMATED CONTRACT PRICE-MOBILZN & TRANSITION AND BASIC PLUS OPTIONS** | **RKR AS BID** | $ 64,167,279.01 |
| | **RKR after reduction** | $ 57,606,349.29 |
| | | $ 6,560,929.72 |
| RKR's reduction equates to a 10.22% reduction in overall contract value in dollars. | **Percent Reduction** | 10.22% |
| **X00302-COMMUNICATIONS & IT-ESTIMATED COST** | **RKR AS BID** | $ 30,362,941.60 |
| RKR reduces staffing in the NCC from 24 FTE's to 10 FTEs, a reduction of 58.33%. | **RKR after reduction** | $ 23,802,011.88 |
| RKR's reduction equates to a 21.61% reduction in dollars for CLIN X00302 | | $ 6,560,929.72 |
| which cover all functions of Communications & IT, not just the NCC. | **Percent Reduction** | 21.61% |

Just as in the Big BOS, no contract modification is required as the contract is awarded on a cost basis and changes to firm fixed price during the third year of the contract.