| | |
|---|---|
| **Zip/Postal Code:** | |
| **Country:** | |
| **U.S. Phone:** | |
| **Non-U.S. Phone:** | |
| **Fax:** | |

| | |
|---|---|
| **Zip/Postal Code:** | |
| **Country:** | |
| **U.S. Phone:** | |
| **Non-U.S. Phone:** | |
| **Fax:** | |

**Electronic Business Primary POC**

| | |
|---|---|
| **Name:** | MICHAEL B. MARAGHY |
| **Address Line 1:** | 1921 GALLOWS ROAD |
| **Address Line 2:** | SUITE 1000 |
| **City:** | VIENNA |
| **State:** | VA |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 22182-4035 |
| **Country:** | USA |
| **U.S. Phone:** | 703-448-7943 |
| **Non-U.S. Phone:** | |
| **Fax:** | 703-748-2775 |

**Electronic Business Alternate POC**

| | |
|---|---|
| **Name:** | EDWARD BRAME |
| **Address Line 1:** | 1921 GALLOWS ROAD |
| **Address Line 2:** | SUITE 1000 |
| **City:** | VIENNA |
| **State:** | VA |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 22182-4035 |
| **Country:** | USA |
| **U.S. Phone:** | 703-448-7932 Ext.3018 |
| **Non-U.S. Phone:** | |
| **Fax:** | 703-748-2775 |

# SBA Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 06/10/2008 |
| Name of Firm: | C2 TECHNOLOGIES INC |
| Trade Name ("Doing Business As ..."): | |
| Main office or branch office?: | Main |
| Address, line 1: | 1921 GALLOWS RD STE 840 |
| Address, line 2: | |
| City: | VIENNA |
| State: | VA |
| Zip: | 22182-3900 |
| Phone Number: | 703-448-7943 |
| Fax Number: | 703-748-2775 |
| E-mail Address: | mmaraghy@c2ti.com |
| WWW Page: | http://www.c2ti.com |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | MICHAEL B. MARAGHY |
| County Code (3 digit): | 059 |
| Congressional District: | 11 |
| Metropolitan Statistical Area: | 8840 |
| DUNS Number: | 807021241 |
| CAGE Code: | 09UJ3 |
| Year Established: | 1989 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-23F-0395K, GS-35F-0470K, GS-07F-5581R |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | Subchapter S Corporation |
| Minority Code: | Subcontinent Asian American |
| Women Owned?: | [X] Yes [ ] No |
| Veteran?: | [ ] Yes [X] No |
| Service Disabled Veteran?: | [ ] Yes [X] No |

**Current Principals:** (Name, Title)
Dolly Oberoi, CEO
Curtis Cox, President

**"Business Development Servicing Office"**
(for certifications):
WASHINGTON DISTRICT OFFICE (SBA office code 0353)

**8(a) Certification:**

| | |
|---|---|
| SBA 8(a) Case Number: | 102631 |
| SBA 8(a) Entrance Date: | 10/19/1995 |
| SBA 8(a) Exit Date: | 10/19/2004 |

**Small Disadvantaged Business Certification:**

| | |
|---|---|
| SDB Entrance Date: | 08/24/1998 |
| SDB Exit Date: | 09/27/2007 |

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [ ] Yes [X] No |
| HUBZone Certification Date: | N/A |

**8(a) Joint Venture Certification:**
8(a) JV Entrance Date:
8(a) JV Exit Date:

**DBE Certifications (and State):**
(none)

**Non-Federal-Government Certifications:**
(none given)

## Products & Services

**Capabilities Narrative:**
Information Technology,Internet Services,Training,E-learning, Multimedia,VTC,Closed Captioning,Graphics, Publishing, Section 508, SCORM, Chemical and Biological Terrorism,Emergency Management,Program Management, Onsite/Computer/ Administrative Support

**Special Equipment/Materials:**
Encoders for Closed Captioning, Desk top and Lap top Computers, Wearable computers

**Business Type** Research & Development (20 %)

**Percentages:** Service (80 %)

## Bonding Levels

| | |
|---|---|
| Construction Bonding Level (per contract) | $0 |
| Construction Bonding Level (aggregate) | $0 |
| Service Bonding Level (per contract) | $0 |
| Service Bonding Level (aggregate) | $0 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| Yes | 541511 | Custom Computer Programming Services | | Yes | No |
| | 512110 | Motion Picture and Video Production | | Yes | No |
| | 518210 | Data Processing, Hosting, and Related Services | | Yes | No |
| | 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [No]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons: [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] (5) | | See Description | No |
| | 541512 | Computer Systems Design Services | | Yes | No |
| | 541513 | Computer Facilities Management Services | | Yes | No |
| | 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers: [No] (5) | | See Description | No |
| | 541611 | Administrative Management and General Management Consulting Services | | No | No |

| | | | | | |
|---|---|---|---|---|---|
| | 561110 | Office Administrative Services | | No | No |
| | 561210 | Facilities Support Services | | Yes | No |
| | 611512 | Flight Training | | Yes | No |
| | 611710 | Educational Support Services | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.
(5) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: Program, Onsite, Web, Internet, Administrative, CD-ROM, Information, JAVAScript, Technology, Security Clearance, E-learning, Biological, Terrorism, Crisis, Multimedia, Performance, Services, Software, Succession, Training, Video, Closed Captioning, Section 508, SCORM, Video Conferencing

## Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

# Export Profile (Trade Mission Online)

Exporter?: [ ] Yes [X] No [ ] Wants To Be

- Export Business Activities: (none given)
- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

# Performance History (References)

## References

| | |
|---|---|
| Name: | Office of Personnel Management |
| Contract: | OPM-96-01595VHB |
| Start: | 10/01/2001 |
| End: | 09/30/2006 |
| Value: | $20,000,000 |
| Contact: | Mr. Joe Kennedy |
| Phone: | 202-606-5256 |

| | |
|---|---|
| Name: | Technical Support Services to the National Highway Institute |
| Contract: | DTFH61-99-T-75007 |
| Start: | 01/04/1999 |
| End: | 12/31/2002 |
| Value: | 4,000,000 |
| Contact: | Mr. Rick Murray |
| Phone: | 202-366-4250 |

| | |
|---|---|
| Name: | Bureau of Alcohol, Tobacco, and Firearms |
| Contract: | Tatf-98-19 |
| Start: | 09/19/1998 |
| End: | 09/18/2003 |
| Value: | $3,500,000 |
| Contact: | Ms. Debbie Tyler |
| Phone: | 202-927-7673 |

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.

# Exhibit 3-2
# FSI (Facilities Services Management)
# CCR Data
# SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 04/01/2009.

**DUNS:** 884999491
**DUNS PLUS4:**
**CAGE/NCAGE:** 05HC6
**Legal Business Name:** FACILITY SERVICES MANAGEMENT, INC.
**Doing Business As (DBA):** FSI
**Division Name:**
**Division Number:**
**Company URL:** http://www.facsvcs.com

**Physical Street Address 1:** 1031 PROGRESS DR
**Physical Street Address 2:**
**Physical City:** CLARKSVILLE
**Physical State:** TN
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 37040-0000
**Physical Country:** USA

**Mailing Name:** FACILITY SERVICES MANAGEMENT, INC.
**Mailing Street Address 1:** 1031 PROGRESS DRIVE
**Mailing Street Address 2:**
**Mailing City:** CLARKSVILLE
**Mailing State:** TN
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 37040-5359
**Mailing Country:** USA

**Business Start Date:** 06/10/1994

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is TN)

**Business Types/Grants**

2X - For-Profit Organization
77 - Service Provider
A2 - Woman Owned Business
VN - Contracts

### GOODS / SERVICES

**North American Industry Classification System (NAICS)**

236220 - Commercial and Institutional Building Construction
238190 - Other Foundation, Structure, and Building Exterior Contractors
238210 - Electrical Contractors and Other Wiring Installation Contractors
238220 - Plumbing, Heating, and Air-Conditioning Contractors
238290 - Other Building Equipment Contractors
238320 - Painting and Wall Covering Contractors
238330 - Flooring Contractors
238350 - Finish Carpentry Contractors
238990 - All Other Specialty Trade Contractors
485410 - School and Employee Bus Transportation
485991 - Special Needs Transportation
485999 - All Other Transit and Ground Passenger Transportation
488410 - Motor Vehicle Towing
488999 - All Other Support Activities for Transportation
541350 - Building Inspection Services
541513 - Computer Facilities Management Services
561110 - Office Administrative Services
561210 - Facilities Support Services
561410 - Document Preparation Services
561499 - All Other Business Support Services
561720 - Janitorial Services
561730 - Landscaping Services
811118 - Other Automotive Mechanical and Electrical Repair and Maintenance
811198 - All Other Automotive Repair and Maintenance
811310 - Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance

**Standard Industrial Classification (SIC)**

0782 - LAWN AND GARDEN SERVICES
1521 - SINGLE-FAMILY HOUSING CONSTRUCTION
1522 - RESIDENTIAL CONSTRUCTION, NEC
1541 - INDUSTRIAL BUILDINGS AND WAREHOUSES
1542 - NONRESIDENTIAL CONSTRUCTION, NEC
1721 - PAINTING AND PAPER HANGING
1795 - WRECKING AND DEMOLITION WORK
1799 - SPECIAL TRADE CONTRACTORS, NEC
4111 - LOCAL AND SUBURBAN TRANSIT
7349 - BUILDING MAINTENANCE SERVICES, NEC
8744 - FACILITIES SUPPORT SERVICES

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

| North American Industry Classification System (NAICS) | | | |
|---|---|---|---|
| The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process. | | | |
| **NAICS Code** | **Description** | **Small Business** | **Emerging Small Business** |
| 236220 | Commercial and Institutional Building Construction | Yes | Yes |
| 238190 | Other Foundation, Structure, and Building Exterior Contractors | Yes | No |
| 238210 | Electrical Contractors and Other Wiring Installation Contractors | Yes | No |
| 238220 | Plumbing, Heating, and Air-Conditioning Contractors | Yes | No |
| 238290 | Other Building Equipment Contractors | Yes | No |
| 238320 | Painting and Wall Covering Contractors | Yes | No |
| 238330 | Flooring Contractors | Yes | No |
| 238350 | Finish Carpentry Contractors | Yes | No |
| 238990 | All Other Specialty Trade Contractors | Yes | No |
| 485410 | School and Employee Bus Transportation | No | No |
| 485991 | Special Needs Transportation | No | No |
| 485999 | All Other Transit and Ground Passenger Transportation | No | No |
| 488410 | Motor Vehicle Towing | No | No |
| 488999 | All Other Support Activities for Transportation | No | No |
| 541350 | Building Inspection Services | No | No |
| 541513 | Computer Facilities Management Services | Yes | No |
| 561110 | Office Administrative Services | No | No |
| 561210 | Facilities Support Services | Yes | No |
| 561410 | Document Preparation Services | No | No |
| 561499 | All Other Business Support Services | No | No |
| 561720 | Janitorial Services | Yes | No |
| 561730 | Landscaping Services | No | No |
| 811118 | Other Automotive Mechanical and Electrical Repair and Maintenance | No | No |
| 811198 | All Other Automotive Repair and Maintenance | No | No |
| 811310 | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** CAROLYN PRESLEY

**Address Line 1:** 1031 PROGRESS DRIVE

**Address Line 2:**

**City:** CLARKSVILLE

**State:** TN

**Foreign Province:**

**Government Business Alternate POC**

**Name:** JILL WORKMAN

**Address Line 1:** 1031 PROGRESS DRIVE

**Address Line 2:**

**City:** CLARKSVILLE

**State:** TN

**Foreign Province:**