| | |
|---|---|
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

| | |
|---|---|
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

**Past Performance Primary POC**

| | |
|---|---|
| **Name:** | CAROLYN PRESLEY |
| **Address Line 1:** | 1031 PROGRESS DRIVE |
| **Address Line 2:** | |
| **City:** | CLARKSVILLE |
| **State:** | TN |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

**Past Performance Alternate POC**

| | |
|---|---|
| **Name:** | JILL WORKMAN |
| **Address Line 1:** | 1031 PROGRESS DRIVE |
| **Address Line 2:** | |
| **City:** | CLARKSVILLE |
| **State:** | TN |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

**Electronic Business Primary POC**

| | |
|---|---|
| **Name:** | CAROLYN N. PRESLEY |
| **Address Line 1:** | 1031 PROGRESS DRIVE |
| **Address Line 2:** | |
| **City:** | CLARKSVILLE |
| **State:** | TN |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

**Electronic Business Alternate POC**

| | |
|---|---|
| **Name:** | JILL WORKMAN |
| **Address Line 1:** | 1031 PROGRESS DRIVE |
| **Address Line 2:** | |
| **City:** | CLARKSVILLE |
| **State:** | TN |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 37040-5359 |
| **Country:** | USA |
| **U.S. Phone:** | 931-552-7044 |
| **Non-U.S. Phone:** | |
| **Fax:** | 931-552-7074 |

# SBA Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 04/01/2008 |
| Name of Firm: | FACILITY SERVICES MANAGEMENT, INC. |
| Trade Name ("Doing Business As ..."): | FSI |
| Main office or branch office?: | Main |
| Address, line 1: | 1031 PROGRESS DR |
| Address, line 2: | |
| City: | CLARKSVILLE |
| State: | TN |
| Zip: | 37040-0000 |
| Phone Number: | 931-552-7044 |
| Fax Number: | 931-552-7074 |
| E-mail Address: | cpresley@facsvcs.com |
| WWW Page: | http://www.facsvcs.com |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | CAROLYN N. PRESLEY |
| County Code (3 digit): | 125 |
| Congressional District: | 08 |
| Metropolitan Statistical Area: | 1660 |
| DUNS Number: | 884999491 |
| CAGE Code: | 05HC6 |
| Year Established: | 1994 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-06F-0048P, GS-25F-0023R |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | Corporation |
| Minority Code: | |
| Women Owned?: | [X] Yes [ ] No |
| Veteran?: | [ ] Yes [X] No |
| Service Disabled Veteran?: | [ ] Yes [X] No |

**Current Principals:** (Name, Title)
CAROLYN N. PRESLEY, PRESIDENT

**"Business Development Servicing Office"**
(for certifications):
TENNESSEE DISTRICT OFFICE (SBA office code 0474)

**8(a) Certification:**
SBA 8(a) Case Number:
SBA 8(a) Entrance Date:
SBA 8(a) Exit Date:

**Small Disadvantaged Business Certification:**
SDB Entrance Date:
SDB Exit Date:

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [ ] Yes [X] No |
| HUBZone Certification Date: | N/A |

**8(a) Joint Venture Certification:**
8(a) JV Entrance Date:
8(a) JV Exit Date:

**DBE Certifications (and State):**
(none)

**Non-Federal-Government Certifications:**
(none given)

## Products & Services

**Capabilities Narrative:**
Military Family Housing Maintenance; Hospital Minor construction and Renovation; Medical Records and Transcription Services; Facilities Maintenance; Utility Systems Maintenance; Base Operations & Maintenance; Transportation Services

**Special Equipment/Materials:**

| | |
|---|---|
| **Business Type Percentages:** | Construction (20 %)<br>Service (80 %) |

## Bonding Levels

| | |
|---|---|
| Construction Bonding Level (per contract) | $1,000,000 |
| Construction Bonding Level (aggregate) | $3,000,000 |
| Service Bonding Level (per contract) | $1,000,000 |
| Service Bonding Level (aggregate) | $3,000,000 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| Yes | 561210 | Facilities Support Services | | Yes | No |
| | 236220 | Commercial and Institutional Building Construction | | Yes | Yes |
| | 238190 | Other Foundation, Structure, and Building Exterior Contractors | | Yes | No |
| | 238210 | Electrical Contractors and other Wiring Installation Contractors. | | Yes | No |
| | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | | Yes | No |
| | 238290 | Other Building Equipment Contractors | | Yes | No |
| | 238320 | Painting and Wall Covering Contractors | | Yes | No |
| | 238330 | Flooring Contractors | | Yes | No |
| | 238350 | Finish Carpentry Contractors | | Yes | No |
| | 238990 | All Other Specialty Trade Contractors | | Yes | No |
| | 485410 | School and Employee Bus Transportation | | No | No |
| | 485991 | Special Needs Transportation | | No | No |
| | 485999 | All Other Transit and Ground Passenger Transportation | | No | No |
| | 488410 | Motor Vehicle Towing | | No | No |
| | 488999 | All Other Support Activities for Transportation | | No | No |
| | 541350 | Building Inspection Services | | No | No |
| | 541513 | Computer Facilities Management Services | | Yes | No |
| | 561110 | Office Administrative Services | | No | No |
| | 561410 | Document Preparation Services | | No | No |
| | 561499 | All Other Business Support Services | | No | No |
| | 561720 | Janitorial Services | | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| | 561730 | Landscaping Services | | No | No |
| | 811118 | Other Automotive Mechanical and Electrical Repair and Maintenance | | No | No |
| | 811198 | All Other Automotive Repair and Maintenance | | No | No |
| | 811310 | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.

Keywords: construction, finishes, hospital, housing, maintenance, medical facilities, medical records, transportation

### Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

## Export Profile (Trade Mission Online)

Exporter?: [ ] Yes [X] No [ ] Wants To Be

- Export Business Activities: (none given)
- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

## Performance History (References)

### References

| | |
|---|---|
| Name: | Armor Center Support Services - Brown & Root - Utility Systems Maintenance |
| Contract: | 7701-SUBC-S0010 |
| Start: | 06/01/2001 |
| End: | 05/31/2006 |
| Value: | $2,266,645 |
| Contact: | Stephanie Rider, Subcontract Mgr, Bldg 2316 Bandenburg Sta Rd, Ft Knox, KY 40121 |

| | |
|---|---|
| Phone: | 502-624-1468 |

| | |
|---|---|
| Name: | Facility Operations & Maintenance, NARA Southeast Region, Morrow, GA |
| Contract: | NAMA05-F-0040 |
| Start: | 04/01/2005 |
| End: | 03/31/2010 |
| Value: | $1,801,880 |
| Contact: | William Kurtz, 5780 Jonesboro Rd., Morrow, GA |
| Phone: | 770-968-2535 |

| | |
|---|---|
| Name: | Military Family Housing Maintenance, Dyess AFB, TX |
| Contract: | F41652-01-D0001 |
| Start: | 01/01/2001 |
| End: | 09/30/2005 |
| Value: | $7,000,000.00 |
| Contact: | Ron Miller, Contracting Officer |
| Phone: | 915-696-3685 |

| | |
|---|---|
| Name: | Medical Records & Transcription Services, BACH, Ft. Campbell, KY |
| Contract: | DADA08-01-C-0001 |
| Start: | 10/01/2000 |
| End: | 09/30/2004 |
| Value: | $3,200,000.00 |
| Contact: | Ms. Martha B. Conner, POC |
| Phone: | 270-798-8282 |

| | |
|---|---|
| Name: | Various Renovation and Construction Projects |
| Contract: | Various |
| Start: | 01/01/1997 |
| End: | 05/31/2002 |
| Value: | $500,000.00 |
| Contact: | Mr. Charles Callender, FM, 96th Medical Support Squadron, Eglin AFB, FL |
| Phone: | 850-883-9169 |

| | |
|---|---|
| Name: | Facility Operation, Repair & Maintenance, Fairchild AFB, WA |
| Contract: | FA4620-05-C-A001 |
| Start: | 12/01/2001 |
| End: | 09/30/2010 |
| Value: | $3,255,746 |
| | |

| | |
|---|---|
| Contact: | Laurie Whelan, CO, 110 W Ent St, Ste 200, Fairchild AFB, WA 99011 |
| Phone: | 509-247-2234 |

| | |
|---|---|
| Name: | Facility Support, Maint. & Repair MFH and RP, Marine Corps Support Activity, MO |
| Contract: | N68950-03-D-0003 |
| Start: | 12/01/2001 |
| End: | 11/30/2006 |
| Value: | $4,838,717 |
| Contact: | Pamela Wellons, CS, 760 Fed Bldg, 601 E. 12th St., Kansas City, MO 64106 |
| Phone: | 816-983-3802 |

| | |
|---|---|
| Name: | Transportation Services, FLETC, Glynco, Georgia |
| Contract: | TFTC 03-24 |
| Start: | 10/01/2003 |
| End: | 09/30/2008 |
| Value: | 07628840 |
| Contact: | Scott Langston, CO, 1131 Chapel Crossing Rd., Bldg. 93, Glynco, GA 31524 |
| Phone: | 912-267-2330 |

| | |
|---|---|
| Name: | Base Maintenance Services at the U.S. Coast Guard YARD, Baltimore, Maryland |
| Contract: | HSCG40-04-D-40001 |
| Start: | 12/01/2003 |
| End: | 11/30/2008 |
| Value: | 06962604 |
| Contact: | Linda Mannion, CS, Bldg. #58, 2401 Hawkins Point Rd., Baltimore, MD 21226 |
| Phone: | 410-762-6475 |

| | |
|---|---|
| Name: | Heritage Village Family Housing Maintenance, Fort Bragg, North Carolina |
| Contract: | W91247-04-C-0006 |
| Start: | 12/15/2003 |
| End: | 12/31/2008 |
| Value: | 02120361 |
| Contact: | James Mellett, COR, Bldg. 1-1333, Macomb & Armistead, Ft. Bragg, NC 28310 |
| Phone: | 910-875-9263 |

| | |
|---|---|
| Name: | GSA, 03FAC, Facilities Maintenance and Management |
| Contract: | GS-06F-0048P |
| Start: | 05/20/2004 |
| End: | 05/20/2009 |
| | |

| | |
|---|---|
| Value: | N/A |
| Contact: | Elaine Rasmussen, Contracting Officer |
| Phone: | 816-823-1281 |

| | |
|---|---|
| Name: | Columbus AFB, Medical Treatment Facility, HVAC Maintenance |
| Contract: | FA3022-05-F-0005 |
| Start: | 10/01/2004 |
| End: | 09/30/2005 |
| Value: | $128,280.00 |
| Contact: | Jimmy Estes |
| Phone: | 662-434-2203 |

| | |
|---|---|
| Name: | Dormitory Change of Occupancy Maintenance, MacDill AFB, Florida |
| Contract: | FA4814-05-A-0002 |
| Start: | 10/01/2004 |
| End: | 09/30/2009 |
| Value: | $2,000,000.00 |
| Contact: | Valda Gant |
| Phone: | 813-828-0840 |

| | |
|---|---|
| Name: | Vertical Transportation Equiqment Maintenance & Repair, NAVFAC, San Diego, CA |
| Contract: | N68711-05-D-8005 |
| Start: | 04/01/2005 |
| End: | 03/31/2010 |
| Value: | 5,000,000 |
| Contact: | Vincent Thayer, NAVFAC, Southwest Division, 1220 Pacific Hwy., San Diego, CA |
| Phone: | 619-532-4903 |

| | |
|---|---|
| Name: | Armor Center Support Services, Brown & Root - Grounds & Surface Area Maintenance |
| Contract: | 7701-SUBC-S0090 |
| Start: | 07/01/2003 |
| End: | 05/30/2006 |
| Value: | 02532314 |
| Contact: | Stephanie Rider, CO, Bldg. 2316, Brandenburg Station Rd., Fort Knox, KY 40121 |
| Phone: | 502-624-1468 |

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.

# Exhibit 3-3
# MTCI (Management and Training Consultants)
# CCR Data
# SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 02/20/2009.

**DUNS:** 007763258
**DUNS PLUS4:**
**CAGE/NCAGE:** 1SWU1
**Legal Business Name:** MANAGEMENT AND TRAINING CONSULTANTS, INC.
**Doing Business As (DBA):** MTCI
**Division Name:**
**Division Number:**
**Company URL:** http://www.mtci.us

**Physical Street Address 1:** 1711 E CENTRAL TEXAS EXPRESS WAY STE 204
**Physical Street Address 2:**
**Physical City:** KILLEEN
**Physical State:** TX
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 76541-9146
**Physical Country:** USA

**Mailing Name:** MANAGEMENT AND TRAINING CONSULTANTS, INC.
**Mailing Street Address 1:** 1711 E. CENTRAL TEXAS EXPRESS WAY
**Mailing Street Address 2:** ONE KILLEEN CENTER, SUITE 204
**Mailing City:** KILLEEN
**Mailing State:** TX
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 76541-9146
**Mailing Country:** USA

**Business Start Date:** 12/09/1999

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is DE)

**Business Types/Grants**

23 - Minority Owned Business
27 - Self Certified Small Disadvantaged Business
2X - For-Profit Organization
77 - Service Provider
95 - Research and Development
A5 - Veteran Owned Business