# Exhibit 3-4
# MAT (McLane Advanced Technologies)
# CCR Data
# SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 06/10/2009.

**DUNS:** 141448055
**DUNS PLUS4:**
**CAGE/NCAGE:** 3NMX0
**Legal Business Name:** MCLANE ADVANCED TECHNOLOGIES LLC
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:**

**Physical Street Address 1:** 4001 CENTRAL POINTE PKY
**Physical Street Address 2:**
**Physical City:** TEMPLE
**Physical State:** TX
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 76504-1001
**Physical Country:** USA

**Mailing Name:** MCLANE ADVANCED TECHNOLOGIES, LLC
**Mailing Street Address 1:** P.O. BOX 549
**Mailing Street Address 2:**
**Mailing City:** TEMPLE
**Mailing State:** TX
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 76503-0549
**Mailing Country:** USA

**Business Start Date:** 02/01/2004

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is TX)

**Business Types/Grants**

2X - For-Profit Organization
77 - Service Provider
LJ - Limited Liability Company
VN - Contracts

### GOODS / SERVICES

**North American Industry Classification System (NAICS)**

443120 - Computer and Software Stores
488510 - Freight Transportation Arrangement
493110 - General Warehousing and Storage
493120 - Refrigerated Warehousing and Storage
493190 - Other Warehousing and Storage
511210 - Software Publishers
518210 - Data Processing, Hosting, and Related Services
519120 - Libraries and Archives
519190 - All Other Information Services
541380 - Testing Laboratories
541430 - Graphic Design Services
541511 - Custom Computer Programming Services
541512 - Computer Systems Design Services
541513 - Computer Facilities Management Services
541519 - Other Computer Related Services
541611 - Administrative Management and General Management Consulting Services
541614 - Process, Physical Distribution, and Logistics Consulting Services
541618 - Other Management Consulting Services
541690 - Other Scientific and Technical Consulting Services
611420 - Computer Training
611430 - Professional and Management Development Training
611710 - Educational Support Services

**Standard Industrial Classification (SIC)**

7371 - COMPUTER PROGRAMMING SERVICES
7372 - PREPACKAGED SOFTWARE
7373 - COMPUTER INTEGRATED SYSTEMS DESIGN
7374 - DATA PROCESSING AND PREPARATION
7376 - COMPUTER FACILITIES MANAGEMENT
7378 - COMPUTER MAINTENANCE & REPAIR
7379 - COMPUTER RELATED SERVICES, NEC
7819 - SERVICES ALLIED TO MOTION PICTURES
8243 - DATA PROCESSING SCHOOLS
8742 - MANAGEMENT CONSULTING SERVICES
8748 - BUSINESS CONSULTING, NEC

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 443120 | Computer and Software Stores | Yes | No |
| 488510 | Freight Transportation Arrangement<br>General $6.5m small business size standard: [No]<br>Special $23.5m size standard for Non-Vessel Owing Common Carriers and Household Goods Forwarders: [Yes] | See Description | No |
| 493110 | General Warehousing and Storage | Yes | No |
| 493120 | Refrigerated Warehousing and Storage | Yes | No |
| 493190 | Other Warehousing and Storage | Yes | No |
| 511210 | Software Publishers | Yes | No |
| 518210 | Data Processing, Hosting, and Related Services | Yes | No |
| 519120 | Libraries and Archives | No | No |
| 519190 | All Other Information Services | No | No |
| 541380 | Testing Laboratories | No | No |
| 541430 | Graphic Design Services | No | No |
| 541511 | Custom Computer Programming Services | Yes | No |
| 541512 | Computer Systems Design Services | Yes | No |
| 541513 | Computer Facilities Management Services | Yes | No |
| 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers : [No] | See Description | No |
| 541611 | Administrative Management and General Management Consulting Services | No | No |
| 541614 | Process, Physical Distribution, and Logistics Consulting Services | No | No |
| 541618 | Other Management Consulting Services | No | No |
| 541690 | Other Scientific and Technical Consulting Services | No | No |
| 611420 | Computer Training | No | No |
| 611430 | Professional and Management Development Training | No | No |
| 611710 | Educational Support Services | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** MICHAEL POSVAR
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549

**Government Business Alternate POC**

**Name:** BETH ADAMS
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549

**Country:** USA
**U.S. Phone:** 254-770-6165
**Non-U.S. Phone:**
**Fax:** 254-771-6290

**Country:** USA
**U.S. Phone:** 254-770-6165
**Non-U.S. Phone:**
**Fax:** 254-771-6290

**Past Performance Primary POC**
**Name:** MICHAEL POSVAR
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549
**Country:** USA
**U.S. Phone:** 254-770-6165
**Non-U.S. Phone:**
**Fax:** 254-771-6290

**Past Performance Alternate POC**
**Name:** AMANDA WALDEN
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549
**Country:** USA
**U.S. Phone:** 254-770-6122
**Non-U.S. Phone:**
**Fax:** 254-771-6290

**Electronic Business Primary POC**
**Name:** KAYLYN COBB
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549
**Country:** USA
**U.S. Phone:** 254-771-6391
**Non-U.S. Phone:**
**Fax:** 254-771-6151

**Electronic Business Alternate POC**
**Name:** MICHAEL POSVAR
**Address Line 1:** P.O. BOX 549
**Address Line 2:**
**City:** TEMPLE
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76503-0549
**Country:** USA
**U.S. Phone:** 254-770-6165
**Non-U.S. Phone:**
**Fax:** 254-771-6290

# SBA Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 06/10/2008 |
| Name of Firm: | MCLANE ADVANCED TECHNOLOGIES LLC |
| Trade Name ("Doing Business As ..."): | |
| Main office or branch office?: | Main |
| Address, line 1: | 4001 CENTRAL POINTE PKY |
| Address, line 2: | |
| City: | TEMPLE |
| State: | TX |
| Zip: | 76504-1001 |
| Phone Number: | 254-770-6165 |
| Fax Number: | 254-771-6290 |
| E-mail Address: | michael.posvar@mclaneat.com |
| WWW Page: | |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | MICHAEL J. POSVAR |
| County Code (3 digit): | 027 |
| Congressional District: | 31 |
| Metropolitan Statistical Area: | 3810 |
| DUNS Number: | 141448055 |
| CAGE Code: | 3NMX0 |
| Year Established: | 2004 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-35F-0901P |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | LLC |
| Minority Code: | |
| Women Owned?: | [ ] Yes [X] No |
| Veteran?: | [ ] Yes [X] No |
| Service Disabled Veteran?: | [ ] Yes [X] No |

**Current Principals:** (none given)

**"Business Development Servicing Office"**
(for certifications):
DALLAS / FT WORTH DISTRICT OFFICE (SBA office code 0610)

**8(a) Certification:**
SBA 8(a) Case Number:
SBA 8(a) Entrance Date:
SBA 8(a) Exit Date:

**Small Disadvantaged Business Certification:**
SDB Entrance Date:
SDB Exit Date:

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [ ] Yes [X] No |
| HUBZone Certification Date: | N/A |

**8(a) Joint Venture Certification:**
8(a) JV Entrance Date:
8(a) JV Exit Date:

**DBE Certifications (and State):**
(none)

**Non-Federal-Government Certifications:**
(none given)

## Products & Services

**Capabilities Narrative:**
(none given)

**Special Equipment/Materials:**
(none given)

**Business Type Percentages:** (none given)

**Bonding Levels**

Construction Bonding Level (per contract)

Construction Bonding Level (aggregate)

Service Bonding Level (per contract)

Service Bonding Level (aggregate)

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| | 443120 | Computer and Software Stores | | Yes | No |
| | 488510 | Freight Transportation Arrangement<br>General $6.5m small business size standard: [No]<br>Special $23.5m size standard for Non-Vessel Owing Common Carriers and Household Goods Forwarders: [Yes] (5) | | See Description | No |
| | 493110 | General Warehousing and Storage | | Yes | No |
| | 493120 | Refrigerated Warehousing and Storage | | Yes | No |
| | 493190 | Other Warehousing and Storage | | Yes | No |
| | 511210 | Software Publishers | | Yes | No |
| | 518210 | Data Processing, Hosting, and Related Services | | Yes | No |
| | 519120 | Libraries and Archives | | No | No |
| | 519190 | All Other Information Services | | No | No |
| | 541380 | Testing Laboratories | | No | No |
| | 541430 | Graphic Design Services | | No | No |
| | 541511 | Custom Computer Programming Services | | Yes | No |
| | 541512 | Computer Systems Design Services | | Yes | No |
| | 541513 | Computer Facilities Management Services | | Yes | No |
| | 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers: [No] (5) | | See Description | No |
| | 541611 | Administrative Management and | | No | No |

| | | | | | |
|---|---|---|---|---|---|
| | | General Management Consulting Services | | | |
| | 541614 | Process, Physical Distribution, and Logistics Consulting Services | | No | No |
| | 541618 | Other Management Consulting Services | | No | No |
| | 541690 | Other Scientific and Technical Consulting Services | | No | No |
| | 611420 | Computer Training | | No | No |
| | 611430 | Professional and Management Development Training | | No | No |
| | 611710 | Educational Support Services | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.
(5) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: (none given)

## Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

# Export Profile (Trade Mission Online)

Exporter?: (firm hasn't answered this question yet)

- Export Business Activities: (none given)
- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

# Performance History (References)

## References

(none given)

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.