**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability | § | |
| Corporation | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-CV-00062-MCW |
| | § | Judge Williams |
| THE UNITED STATES | § | |
| Defendant. | § | |

**ORDER ON RKR'S SECOND MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Came on to be considered Plaintiff's Second Motion to For Leave to Supplement the Administrative Record and Defendant's response thereto (Dkt #s 40 and ____). The Parties appeared by telephone.

Upon consideration of the pleading and argument of counsel the Court finds the Motion meritorious, GRANTS the motion and ORDERS that leave is granted for Plaintiff to supplement the Administrative Record in this case with the First and Second Declaration of Dale Patenaude.

IT IS SO ORDERED.

Signed this _____ day of ________, 200_.

_________________________________
Judge Mary Ellen Coster Williams