# Air Education and Training Command

*Sustaining the Combat Capability of America's Air Force*

U.S. AIR FORCE

## NCC Reengineering

**Mr. Randy Coleman**
**HQ AETC/SCXX**
**3 June 2004**

*Integrity - Service - Excellence*

# Overview

## NCC Reengineering

- What is it?
- Why do it?
- Current Status
- Way Ahead

# What Is NCC Reengineering?

AETC

Transfer of responsibility for selected tasks,

and management of selected systems,

from base-level NCCs to the AETC NOSC

AETC/SC Vision:

*"NOSC-centric" enterprise network*

# Functions Transferring

- Centralized at NOSC
  - Network operations
  - Network support
  - Engineering & technical services
  - Information protection operations
  - Help Desk (remote functions / non-duty hours)
- Remaining in NCC
  - Touch maintenance
  - First 400 feet
  - Information assurance
  - Customer support
  - Help Desk (duty hours only)
  - Base Comm Center
  - Unique base-level missions

Resources Follow Workload

# Benefits

- Increased level of service for the bases …
  - After-hours helpdesk for trouble calls
  - 24 x 7 network situational awareness
  - Proactive network performance analysis
- … resulting from
  - Standardized and streamlined network operations
  - Improved operational effectiveness
- Follows best practices identified at other MAJCOMS
  - Web servers - USAFE and AFRC
  - Firewalls - USAFE, PACAF, ACC, and AMC

# Current Status

- Randolph AFB complete
- Laughlin AFB complete
- Columbus AFB in progress
  - NCC Contract
    - Contractor quotes being evaluated
    - Estimate award by 15 July -- 1 Oct start
  - NOSC Contract
    - Need 1 firewall tech and 1 network administrator
    - Have Abacus quote – sending out RFQ
  - Key milestones
    - Phase I cutover 26 Jul
    - Phase II cutover 16 Aug
    - Phase III cutover 6 Sep

# Current Status

Maxwell AFB

- Transferring firewall management to NOSC
- Remainder of NCC Reengineering to be done at later date

- Altus AFB
  - Reviewed draft IPLAN with base Mar 03
    - Sending out for coordination
  - Key milestones
    - Phase I cutover 7 Feb 05
    - Phase II cutover 28 Feb 05
    - Phase III cutover 21 Mar 05

# Way Ahead


2002
2003
2004
2005
2006
2007
Randolph
Laughlin
Columbus *
Maxwell
Altus
Tyndall
Little Rock
Lackland
Schedule TBD (BPR ?)
Goodfellow
Luke
Vance *
Maxwell *
Sheppard **
Schedule TBD
Keesler **
Schedule TBD
* Contracted
** A-76

## *Sustaining the Combat Capability of America's Air Force*

***I n t e g r i t y - S e r v i c e - E x c e l l e n c e***