| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| **Duties Prior to NOSC Reengineering** | **Duties as NOSC-Reengineering Envisioned Them** | **Duties under Draft Nov 2006 AETC Reengineering CONOPS**<br>**Aligned w/AFNetOps** | **Duties under**<br>**AFNetOps**<br>**Projected End State** |
| | | **Duties Moved to I-NOSC (Langley AFB) Remotely Performed:**<br><br><u>Configuration & Maintenance of Core Services</u><br>• DNS<br>• DHCP<br>• File Server Admin<br>• Apps Server Admin<br>• Web Dev Services<br>• E-Mail SVCS<br>• Firewall Admin | **Duties Moved to I-NOSC (Langley AFB) Remotely Performed:**<br><br><u>Configuration & Maintenance of Core Services</u><br>• DNS<br>• DHCP<br>• File Server Admin<br>• Apps Server Admin<br>• Web Dev Services<br>• E-Mail SVCS<br>• Firewall Admin |
| | **AETC NOSC Randolph Remotely Performed:**<br><u>Configuration & Maintenance of Core Services</u><br>• DNS<br>• DHCP<br>• File Server Admin<br>• Apps Server Admin<br>• Web Dev Services<br>• E-Mail Services<br>• Firewall Admin | **AETC NOSC *(Now Called MCCC)***<br>• Coordination and direction to local bases through I-NOSC<br>• Technical Oversight of MAJCOM Unique Systems | **AETC NOSC *(Now Called MCCC)***<br>• Coordination and direction to local bases through I-NOSC<br>• Technical Oversight of MAJCOM Unique Systems |
| **81stCS/SCB (KAFB) Performed Locally:**<br><u>Configuration & Maintenance of Core Services</u><br>• DNS<br>• DHCP<br>• File Server Admin<br>• Apps Server Admin<br>• Web Dev Services<br>• E-Mail Services<br>• Firewall Admin<br>• Customer Support<br>• 24/7 Help Desk<br>• Unique Base-level Missions | **KAFB Personnel:**<br>• Touch Maintenance<br>• First 400 Feet<br>• Customer Support<br>• Help Desk (Normal Duty Hrs)<br>• Unique Base-level Missions | **KAFB Personnel:**<br>• Touch Maintenance<br>• First 400 Feet<br>• Customer Support<br>• Unique Base-level Missions | **KAFB Personnel:**<br>• Touch Maintenance<br>• First 400 Feet<br>• Customer Support<br>• Unique Base-level Missions |
| **Original Proposal Staffed With 24 FTE @ KAFB** | **Projected to be Staffed With 12 FTE @ KAFB** | **Projected to be Staffed with 10 FTE @ KAFB** | **Projected to be Staffed with 10 FTE @ KAFB**<br>***(No Change of Duties or Staffing)*** |