# Exhibit 1
# Sheppard Site Visit List from RFP

| | Company/Agency Name |
|---|---|
| 1 | Acclaim Quality Services |
| 2 | AFGE Local 779 |
| 3 | Betis Group |
| 4 | C2 Technologies |
| 5 | Coastal Services |
| 6 | Creative Contracting |
| 7 | Del-Jen |
| 8 | Diversitech |
| 9 | DOD, DAF |
| 10 | Defense Support Services (DS2) |
| 11 | Farler Group |
| 12 | Facility Services Management, Inc (FSI) |
| 13 | IAP World Services |
| 14 | J&J Maintenance |
| 15 | KIRA, Inc |
| 16 | K-Mar Industries (KMI) |
| 17 | LCI Leader Communications |
| 18 | Local Union 1731 |
| 19 | McLane Advanced Technologies, LLC (MAT) |
| 20 | Most Efficient Organization (MEO) Team |
| 21 | Management and Training Counsultants, Inc. (MTCI) |
| 22 | Phoenix Maintenance Inc. |
| 23 | Raytheon |
| 24 | Rome Research Corp |
| 25 | Rothe Development |
| 26 | Rothe Enterprises |
| 27 | Rohmann Services, Inc (RSI) |
| 28 | Shaw |

# Exhibit 2
# SBA Size Table Excerpts

SBA

# U. S. Small Business Administration

## Table of Small Business Size Standards

## Matched to

## North American Industry Classification System Codes

This table lists small business size standards matched to industries described in the North American Industry Classification System (NAICS), as modified by the Office of Management and Budget in 2007. The latest NAICS codes are referred to as NAICS 2007.

The size standards are for the most part expressed in either millions of dollars (those preceded by "$") or number of employees (those without the "$"). A size standard is the largest that a for-profit concern can be and still qualify as a small business for Federal Government programs. For the most part, size standards are the average annual receipts or the average employment of a firm. How to calculate average annual receipts and average employment of a firm can be found in 13 CFR 121.104 and 13 CFR 121.106, respectively.

SBA also includes the table of size standards in the Small Business Size Regulations, 13 CFR 121.201. This table includes size standards that have changed since the last publication of 13 CFR 121.

For more information on these size standards, please visit *http://www.sba.gov/size*.

If you have any other questions concerning size standards, contact a Size Specialist at your nearest SBA Government Contracting Area Office (list at the end of the table), or contact the Office of Size Standards by email at *sizestandards@sba.gov* or by phone at (202) 205-6618.

*Effective October 1, 2007*

| | | | |
|---|---|---|---|
| **Subsector 532 – Rental and Leasing Services** | | | |
| 532111 | Passenger Car Rental | $23.5 | |
| 532112 | Passenger Car Leasing | $23.5 | |
| 532120 | Truck, Utility Trailer, and RV (Recreational Vehicle) Rental and Leasing | $23.5 | |
| 532210 | Consumer Electronics and Appliances Rental | $6.5 | |
| 532220 | Formal Wear and Costume Rental | $6.5 | |
| 532230 | Video Tape and Disc Rental | $6.5 | |
| 532291 | Home Health Equipment Rental | $6.5 | |
| 532292 | Recreational Goods Rental | $6.5 | |
| 532299 | All Other Consumer Goods Rental | $6.5 | |
| 532310 | General Rental Centers | $6.5 | |
| 532411 | Commercial Air, Rail, and Water Transportation Equipment Rental and Leasing | $6.5 | |
| 532412 | Construction, Mining and Forestry Machinery and Equipment Rental and Leasing | $6.5 | |
| 532420 | Office Machinery and Equipment Rental and Leasing | $23.0 | |
| 532490 | Other Commercial and Industrial Machinery and Equipment Rental and Leasing | $6.5 | |
| **Subsector 533 – Lessors of Nonfinancial Intangible Assets (except Copyrighted Works)** | | | |
| 533110 | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) | $6.5 | |
| **Sector 54 – Professional, Scientific and Technical Services** | | | |
| **Subsector 541 – Professional, Scientific and Technical Services** | | | |
| 541110 | Offices of Lawyers | $6.5 | |
| 541191 | Title Abstract and Settlement Offices | $6.5 | |
| 541199 | All Other Legal Services | $6.5 | |
| 541211 | Offices of Certified Public Accountants | $7.5 | |
| 541213 | Tax Preparation Services | $6.5 | |
| 541214 | Payroll Services | $7.5 | |
| 541219 | Other Accounting Services | $7.5 | |
| 541310 | Architectural Services | $4.5 | |
| 541320 | Landscape Architectural Services | $6.5 | |
| 541330 | Engineering Services | $4.5 | |
| *Except,* | Military and Aerospace Equipment and Military Weapons | $25.0 | |
| *Except,* | Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992 | $25.0 | |
| *Except,* | Marine Engineering and Naval Architecture | $17.0 | |
| 541340 | Drafting Services | $6.5 | |
| *Except,* | Map Drafting | $4.5 | |
| 541350 | Building Inspection Services | $6.5 | |
| 541360 | Geophysical Surveying and Mapping Services | $4.5 | |

| | | | |
|---|---|---|---|
| 541370 | Surveying and Mapping (except Geophysical) Services | $4.5 | |
| 541380 | Testing Laboratories | $11.0 | |
| 541410 | Interior Design Services | $6.5 | |
| 541420 | Industrial Design Services | $6.5 | |
| 541430 | Graphic Design Services | $6.5 | |
| 541490 | Other Specialized Design Services | $6.5 | |
| 541511 | Custom Computer Programming Services | $23.0 | |
| 541512 | Computer Systems Design Services | $23.0 | |
| 541513 | Computer Facilities Management Services | $23.0 | |
| 541519 | Other Computer Related Services | $23.0 | |
| ***Except,*** | Information Technology Value Added Resellers[18] | | 150[18] |
| 541611 | Administrative Management and General Management Consulting Services | $6.5 | |
| 541612 | Human Resources Consulting Services | $6.5 | |
| 541613 | Marketing Consulting Services | $6.5 | |
| 541614 | Process, Physical Distribution and Logistics Consulting Services | $6.5 | |
| 541618 | Other Management Consulting Services | $6.5 | |
| 541620 | Environmental Consulting Services | $6.5 | |
| 541690 | Other Scientific and Technical Consulting Services | $6.5 | |
| 541711 | Research and Development in Biotechnology[11] | | 500[11] |
| 541712 | Research and Development in the Physical, Engineering, and Life Sciences (except Biotechnology) [11] | | 500[11] |
| ***Except,*** | Aircraft | | 1,500 |
| ***Except,*** | Aircraft Parts, and Auxiliary Equipment, and Aircraft Engine Parts | | 1,000 |
| ***Except,*** | Space Vehicles and Guided Missiles, their Propulsion Units, their Propulsion Units Parts, and their Auxiliary Equipment and Parts | | 1,000 |
| 541720 | Research and Development in the Social Sciences and Humanities | $6.5 | |
| 541810 | Advertising Agencies[10] | $6.5[10] | |
| 541820 | Public Relations Agencies | $6.5 | |
| 541830 | Media Buying Agencies | $6.5 | |
| 541840 | Media Representatives | $6.5 | |
| 541850 | Display Advertising | $6.5 | |
| 541860 | Direct Mail Advertising | $6.5 | |
| 541870 | Advertising Material Distribution Services | $6.5 | |
| 541890 | Other Services Related to Advertising | $6.5 | |
| 541910 | Marketing Research and Public Opinion Polling | $6.5 | |
| 541921 | Photography Studios, Portrait | $6.5 | |
| 541922 | Commercial Photography | $6.5 | |

# Exhibit 3-1
# C2 Technologies
# CCR Data
# SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 06/11/2009.

**DUNS:** 807021241
**DUNS PLUS4:**
**CAGE/NCAGE:** 09UJ3
**Legal Business Name:** C2 TECHNOLOGIES INC
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:** http://www.c2ti.com

**Physical Street Address 1:** 1921 GALLOWS RD STE 840
**Physical Street Address 2:**
**Physical City:** VIENNA
**Physical State:** VA
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 22182-3900
**Physical Country:** USA

**Mailing Name:** C2 TECHNOLOGIES, INC.
**Mailing Street Address 1:** 1921 GALLOWS ROAD
**Mailing Street Address 2:** SUITE 1000
**Mailing City:** VIENNA
**Mailing State:** VA
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 22182-3900
**Mailing Country:** USA

**Business Start Date:** 10/23/1989

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is MD)

**Business Types/Grants**

23 - Minority Owned Business
2X - For-Profit Organization
77 - Service Provider
95 - Research and Development
A2 - Woman Owned Business
QZ - Subcontinent Asian (Asian-Indian) American Owned
VN - Contracts
XS - S Corporation

## GOODS / SERVICES

### North American Industry Classification System (NAICS)

512110 - Motion Picture and Video Production
518210 - Data Processing, Hosting, and Related Services
541330 - Engineering Services
541511 - Custom Computer Programming Services
541512 - Computer Systems Design Services
541513 - Computer Facilities Management Services
541519 - Other Computer Related Services
541611 - Administrative Management and General Management Consulting Services
561110 - Office Administrative Services
561210 - Facilities Support Services
611512 - Flight Training
611710 - Educational Support Services

### Standard Industrial Classification (SIC)

2741 - MISCELLANEOUS PUBLISHING
7371 - COMPUTER PROGRAMMING SERVICES
7374 - DATA PROCESSING AND PREPARATION
7389 - BUSINESS SERVICES, NEC
8243 - DATA PROCESSING SCHOOLS
8299 - SCHOOLS & EDUCATIONAL SERVICES, NEC
8711 - ENGINEERING SERVICES
8712 - ARCHITECTURAL SERVICES
8721 - ACCOUNTING, AUDITING, & BOOKKEEPING
8732 - COMMERCIAL NONPHYSICAL RESEARCH
8741 - MANAGEMENT SERVICES
8742 - MANAGEMENT CONSULTING SERVICES
8748 - BUSINESS CONSULTING, NEC

### Product Service Codes (PSC)

---

### Federal Supply Classification (FSC)

---

## SMALL BUSINESS TYPES

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

### Business Types Expiration Date

--- ---

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 512110 | Motion Picture and Video Production | Yes | No |

| | | | |
|---|---|---|---|
| 518210 | Data Processing, Hosting, and Related Services | Yes | No |
| 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [No]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons : [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] | See Description | No |
| 541511 | Custom Computer Programming Services | Yes | No |
| 541512 | Computer Systems Design Services | Yes | No |
| 541513 | Computer Facilities Management Services | Yes | No |
| 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers : [No] | See Description | No |
| 541611 | Administrative Management and General Management Consulting Services | No | No |
| 561110 | Office Administrative Services | No | No |
| 561210 | Facilities Support Services | Yes | No |
| 611512 | Flight Training | Yes | No |
| 611710 | Educational Support Services | No | No |

## CCR POINTS OF CONTACT

**Government Business Primary POC**

**Name:** WEBSTER SEWELL, ESQ.
**Address Line 1:** 1921 GALLOWS ROAD
**Address Line 2:** SUITE 1000
**City:** VIENNA
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22182-4035
**Country:** USA
**U.S. Phone:** 703-748-2780 Ext.3001
**Non-U.S. Phone:** 000-000-0000
**Fax:** 703-748-2775

**Government Business Alternate POC**

**Name:** JEREMY S. BARRITT
**Address Line 1:** 1921 GALLOWS ROAD
**Address Line 2:** SUITE 1000
**City:** VIENNA
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22182
**Country:** USA
**U.S. Phone:** 703-748-2780 Ext.7946
**Non-U.S. Phone:**
**Fax:** 703-748-2775

**Past Performance Primary POC**

**Name:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:**
**Foreign Province:**

**Past Performance Alternate POC**

**Name:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:**
**Foreign Province:**