FR - Asian-Pacific American Owned
QF - Service Disabled Veteran Owned Business
VW - Contracts and Grants
XS - S Corporation

## GOODS / SERVICES

### North American Industry Classification System (NAICS)

321920 - Wood Container and Pallet Manufacturing
336120 - Heavy Duty Truck Manufacturing
336212 - Truck Trailer Manufacturing
493110 - General Warehousing and Storage
541330 - Engineering Services
541511 - Custom Computer Programming Services
541519 - Other Computer Related Services
541611 - Administrative Management and General Management Consulting Services
541612 - Human Resources Consulting Services
541614 - Process, Physical Distribution, and Logistics Consulting Services
561210 - Facilities Support Services
561320 - Temporary Help Services
561410 - Document Preparation Services
561720 - Janitorial Services
561990 - All Other Support Services
611430 - Professional and Management Development Training
611710 - Educational Support Services
811111 - General Automotive Repair
811118 - Other Automotive Mechanical and Electrical Repair and Maintenance
811121 - Automotive Body, Paint, and Interior Repair and Maintenance
811198 - All Other Automotive Repair and Maintenance
811310 - Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance

### Standard Industrial Classification (SIC)

2741 - MISCELLANEOUS PUBLISHING
2759 - COMMERCIAL PRINTING, NEC
3549 - METALWORKING MACHINERY, NEC
3559 - SPECIAL INDUSTRY MACHINERY, NEC
7336 - COMMERCIAL ART AND GRAPHIC DESIGN
7361 - EMPLOYMENT AGENCIES
7363 - HELP SUPPLY SERVICES
7371 - COMPUTER PROGRAMMING SERVICES
7376 - COMPUTER FACILITIES MANAGEMENT
7389 - BUSINESS SERVICES, NEC
7532 - TOP & BODY REPAIR & PAINT SHOPS
7537 - AUTOMOTIVE TRANSMISSION REPAIR SHOP
7538 - GENERAL AUTOMOTIVE REPAIR SHOPS
7539 - AUTOMOTIVE REPAIR SHOPS, NEC
8299 - SCHOOLS & EDUCATIONAL SERVICES, NEC
8322 - INDIVIDUAL AND FAMILY SERVICES
8741 - MANAGEMENT SERVICES
8742 - MANAGEMENT CONSULTING SERVICES
8743 - PUBLIC RELATIONS SERVICES

8748 - BUSINESS CONSULTING, NEC

**Product Service Codes (PSC)**

B546 - STUDY/SECURITY (PHYSICAL & PER
J023 - MAINT-REP OF VEHICLES-TRAILERS
J025 - MAINT-REP OF VEHICULAR ,EQ
J038 - MAINT-REP OF CONTRUCT ,EQ
R408 - PROF SVCS/PROGRAM MANAGEMENT-S
R409 - PROF SVCS/PROGRAM REVIEW-DEVEL
R699 - OTHER ADMINISTRATIVE SUPPORT S
R707 - MGT SVCS/CONTRACT & PROCUREMEN
R799 - OTHER MANAGEMENT SUPPORT SERVI
U004 - SCIENTIFIC & MANAGEMENT EDUCAT

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

| Business Types | Expiration Date |
|---|---|
| A4 - SBA Certified Small Disadvantaged Business | 03/06/2011 |
| A6 - SBA Certified 8A Program Participant | 03/06/2011 |

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 321920 | Wood Container and Pallet Manufacturing | Yes | No |
| 336120 | Heavy Duty Truck Manufacturing | Yes | No |
| 336212 | Truck Trailer Manufacturing | Yes | No |
| 493110 | General Warehousing and Storage | Yes | No |
| 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [Yes]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons : [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] | See Description | No |
| 541511 | Custom Computer Programming Services | Yes | No |
| 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers : | See Description | No |

| | | | |
|---|---|---|---|
| | [No] | | |
| 541611 | Administrative Management and General Management Consulting Services | No | No |
| 541612 | Human Resources Consulting Services | No | No |
| 541614 | Process, Physical Distribution, and Logistics Consulting Services | No | No |
| 561210 | Facilities Support Services | Yes | No |
| 561320 | Temporary Help Services | Yes | No |
| 561410 | Document Preparation Services | No | No |
| 561720 | Janitorial Services | Yes | No |
| 561990 | All Other Support Services | No | No |
| 611430 | Professional and Management Development Training | No | No |
| 611710 | Educational Support Services | No | No |
| 811111 | General Automotive Repair | No | No |
| 811118 | Other Automotive Mechanical and Electrical Repair and Maintenance | No | No |
| 811121 | Automotive Body, Paint, and Interior Repair and Maintenance | No | No |
| 811198 | All Other Automotive Repair and Maintenance | No | No |
| 811310 | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** DEBRA BROCK
**Address Line 1:** 1711 EAST CENTRAL TEXAS EXPRESSWAY
**Address Line 2:** ONE KILLEEN CENTER, SUITE 204
**City:** KILLEEN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76541-1946
**Country:** USA
**U.S. Phone:** 254-449-8426
**Non-U.S. Phone:**
**Fax:** 254-616-6900

**Government Business Alternate POC**

**Name:** JENNIFER COOPER
**Address Line 1:** 1711 EAST CENTRAL TEXAS EXPRESSWAY
**Address Line 2:** ONE KILLEEN CENTER, SUITE 204
**City:** KILLEEN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 76541
**Country:** USA
**U.S. Phone:** 254-213-5321
**Non-U.S. Phone:**
**Fax:** 254-616-6900

**Past Performance Primary POC**

**Name:** DEBRA BROCK
**Address Line 1:** 1711 EAST CENTRAL TEXAS EXPRESSWAY
**Address Line 2:**
**City:** KILLEEN
**State:** TX
**Foreign Province:**

**Past Performance Alternate POC**

**Name:** JERRY ELLISON
**Address Line 1:** 801 ALABAMA AVE STE 240
**Address Line 2:**
**City:** SELMA
**State:** AL
**Foreign Province:**

| | |
|---|---|
| **Zip/Postal Code:** | 76541 |
| **Country:** | USA |
| **U.S. Phone:** | 254-449-8426 |
| **Non-U.S. Phone:** | |
| **Fax:** | 254-616-6900 |

| | |
|---|---|
| **Zip/Postal Code:** | 36701 |
| **Country:** | USA |
| **U.S. Phone:** | 334-877-0092 |
| **Non-U.S. Phone:** | |
| **Fax:** | 334-877-0093 |

**Electronic Business Primary POC**

| | |
|---|---|
| **Name:** | MELINDA NAY |
| **Address Line 1:** | 1711 EAST CENTRAL TEXAS EXPRESSWAY |
| **Address Line 2:** | ONE KILLEEN CENTER STE 204 |
| **City:** | KILLEEN |
| **State:** | TX |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 76541 |
| **Country:** | USA |
| **U.S. Phone:** | 254-449-8427 |
| **Non-U.S. Phone:** | |
| **Fax:** | 254-616-6900 |

**Electronic Business Alternate POC**

| | |
|---|---|
| **Name:** | SAMUEL KANOUSE |
| **Address Line 1:** | 1711 EAST CENTRAL TEXAS EXPRESSWAY |
| **Address Line 2:** | ONE KILLEEN CENTER, STE 204 |
| **City:** | KILLEEN |
| **State:** | TX |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 76541 |
| **Country:** | USA |
| **U.S. Phone:** | 254-213-5328 |
| **Non-U.S. Phone:** | |
| **Fax:** | 254-616-6900 |

# SBA Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 02/19/2008 |
| Name of Firm: | MANAGEMENT AND TRAINING CONSULTANTS, INC. |
| Trade Name ("Doing Business As ..."): | MTCI |
| Main office or branch office?: | Main |
| Address, line 1: | 1711 E CENTRAL TEXAS EXPRESS WAY STE 204 |
| Address, line 2: | |
| City: | KILLEEN |
| State: | TX |
| Zip: | 76541-9146 |
| Phone Number: | 254-213-5328 |
| Fax Number: | 254-616-6900 |
| E-mail Address: | SAMUEL.KANOUSE@MTCI.US |
| WWW Page: | http://www.mtci.us |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | SAM KANOUSE |
| County Code (3 digit): | 027 |
| Congressional District: | 31 |
| Metropolitan Statistical Area: | 3810 |
| DUNS Number: | 007763258 |
| CAGE Code: | 1SWU1 |
| Year Established: | 1999 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-10F-0154R |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | Subchapter S Corporation |
| Minority Code: | Asian Pacific American |
| Women Owned?: | [ ] Yes [X] No |
| Veteran?: | [X] Yes [ ] No |
| Service Disabled Veteran?: | [X] Yes [ ] No |

**Current Principals:** (Name, Title)
Samuel Y. D. Kanouse, President/CEO

**"Business Development Servicing Office"**
(for certifications):
DALLAS / FT WORTH DISTRICT OFFICE (SBA office code 0610)

**8(a) Certification:**

| | |
|---|---|
| SBA 8(a) Case Number: | 107852 |
| SBA 8(a) Entrance Date: | 03/06/2002 |
| SBA 8(a) Exit Date: | 03/06/2011 |

**Small Disadvantaged Business Certification:**

| | |
|---|---|
| SDB Entrance Date: | 03/06/2002 |
| SDB Exit Date: | 03/06/2011 |

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [ ] Yes [X] No |
| HUBZone Certification Date: | N/A |

**8(a) Joint Venture Certification:**
8(a) JV Entrance Date:
8(a) JV Exit Date:

**DBE Certifications (and State):**
(none)

**Non-Federal-Government Certifications:**
(none given)

## Products & Services

**Capabilities Narrative:**
Administrative Management, Training Programs & Custom-Designed Course Material, Consulting Services, Human Resource Placement, Computer Information Systems Management, Advertising and Marketing, Automotive Manintenance/Body Repair, Logistics,

**Special Equipment/Materials:**
Conference Room, Computers (Business/Graphics), Web Server, Audio/Visual Projection Equipment, VCR, Digital Camera, Laser Printer, Document Reproduction Equipment, Scanner, Binding Equipment, Recording Equipment, Video Camera, IT Supported Training Lab

**Business Type Percentages:** Research & Development (40 %)
Service (60 %)

## Bonding Levels

| | |
|---|---|
| Construction Bonding Level (per contract) | $0 |
| Construction Bonding Level (aggregate) | $0 |
| Service Bonding Level (per contract) | $0 |
| Service Bonding Level (aggregate) | $0 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| Yes | 561210 | Facilities Support Services | | Yes | No |
| | 321920 | Wood Container and Pallet Manufacturing | | Yes | No |
| | 336120 | Heavy Duty Truck Manufacturing | | Yes | No |
| | 336212 | Truck Trailer Manufacturing | | Yes | No |
| | 493110 | General Warehousing and Storage | | Yes | No |
| | 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [Yes]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons: [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] (5) | | See Description | No |
| | 541511 | Custom Computer Programming Services | | Yes | No |
| | 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers: [No] (5) | | See Description | No |
| | 541611 | Administrative Management and General Management Consulting | | No | No |

| | | | | | |
|---|---|---|---|---|---|
| | | Services | | | |
| | 541612 | Human Resources Consulting Services | | No | No |
| | 541614 | Process, Physical Distribution, and Logistics Consulting Services | | No | No |
| | 561320 | Temporary Help Services | | Yes | No |
| | 561410 | Document Preparation Services | | No | No |
| | 561720 | Janitorial Services | | Yes | No |
| | 561990 | All Other Support Services | | No | No |
| | 611430 | Professional and Management Development Training | | No | No |
| | 611710 | Educational Support Services | | No | No |
| | 811111 | General Automotive Repair | | No | No |
| | 811118 | Other Automotive Mechanical and Electrical Repair and Maintenance | | No | No |
| | 811121 | Automotive Body, Paint, and Interior Repair and Maintenance | | No | No |
| | 811198 | All Other Automotive Repair and Maintenance | | No | No |
| | 811310 | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.
(5) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: management, training, consulting, counseling, executive, personnel, human resources, administrative, placement services, facilitate, career development, professional, strategic planning, marketing, advertising, sales, public relations, web page design, internet, promotional item, graphics design, illustration, security guards, event planner, instruction

## Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

## Export Profile (Trade Mission Online)

Exporter?: [ ] Yes [X] No [ ] Wants To Be

- Export Business Activities: (none given)

- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

# Performance History (References)

## References

| | |
|---|---|
| Name: | Virginia Army National Guard |
| Contract: | Admin Support |
| Start: | 08/25/2005 |
| End: | 09/15/2007 |
| Value: | 387,880.00 |
| Contact: | CW3 Richard Thibeault |
| Phone: | 434-298-6210 |

| | |
|---|---|
| Name: | Illinois Army National Guard |
| Contract: | Family Assist. |
| Start: | 04/01/2007 |
| End: | 09/30/2007 |
| Value: | 257,875.40 |
| Contact: | Laurence Petit |
| Phone: | 217-761-3926 |

| | |
|---|---|
| Name: | Army National Guard Bureau |
| Contract: | ARISS |
| Start: | 10/11/2000 |
| End: | 07/31/2007 |
| Value: | 2,196,245.11 |
| Contact: | MAJ Denise Walker |
| Phone: | 703-607-3576 |

| | |
|---|---|
| Name: | Homeland Security Information Network |
| Contract: | IT training |
| Start: | 12/19/2004 |
| End: | 07/19/2007 |
| Value: | 1,824,741.00 |
| Contact: | Christopher Stamos |
| [illegible] | [illegible] |

| | |
|---|---|
| Phone: | 843-218-5284 |

| | |
|---|---|
| Name: | Army National Guard Bureau |
| Contract: | Consulting |
| Start: | 07/07/2004 |
| End: | 06/30/2007 |
| Value: | 790,910.00 |
| Contact: | MAJ Michael Beardi |
| Phone: | 703-607-7882 |

| | |
|---|---|
| Name: | Army National Guard Bureau |
| Contract: | SME |
| Start: | 07/05/2006 |
| End: | 07/04/2007 |
| Value: | 1,344,865.60 |
| Contact: | MAJ Michael Beardi |
| Phone: | 703-607-7882 |

| | |
|---|---|
| Name: | Red River Army Depot |
| Contract: | Vehicle RESET |
| Start: | 04/17/2007 |
| End: | 04/16/2007 |
| Value: | 1,712,000.00 |
| Contact: | Marilyn Finnemore |
| Phone: | 703-837-8121 |

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.