Exhibit 3-5
LCI Leader Communications
CCR Data
SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 03/31/2009.

**DUNS:** 046657412
**DUNS PLUS4:**
**CAGE/NCAGE:** 1J7E8
**Legal Business Name:** LEADER COMMUNICATIONS, INC.
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:** http://lcibest.com

**Physical Street Address 1:** 6421 SOUTH AIR DEPOT STE#A
**Physical Street Address 2:**
**Physical City:** OKLAHOMA CITY
**Physical State:** OK
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 73135-5911
**Physical Country:** USA

**Mailing Name:** LEADER COMMUNICATIONS INCORPORATED
**Mailing Street Address 1:** 6421 S. AIR DEPOT SUITE A
**Mailing Street Address 2:**
**Mailing City:** OKLAHOMA CITY
**Mailing State:** OK
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 73135-5911
**Mailing Country:** USA

**Business Start Date:** 02/01/1999

---

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is OK)

**Business Types/Grants**

23 - Minority Owned Business
27 - Self Certified Small Disadvantaged Business
2X - For-Profit Organization
77 - Service Provider
A5 - Veteran Owned Business
OY - Black American Owned
QF - Service Disabled Veteran Owned Business
VN - Contracts

XS - S Corporation

## GOODS / SERVICES

### North American Industry Classification System (NAICS)

237130 - Power and Communication Line and Related Structures Construction
323115 - Digital Printing
493110 - General Warehousing and Storage
511210 - Software Publishers
517110 - Wired Telecommunications Carriers
518210 - Data Processing, Hosting, and Related Services
541219 - Other Accounting Services
541330 - Engineering Services
541511 - Custom Computer Programming Services
541512 - Computer Systems Design Services
541513 - Computer Facilities Management Services
541519 - Other Computer Related Services
541611 - Administrative Management and General Management Consulting Services
561110 - Office Administrative Services
561210 - Facilities Support Services
561320 - Temporary Help Services
561421 - Telephone Answering Services
811212 - Computer and Office Machine Repair and Maintenance
811213 - Communication Equipment Repair and Maintenance

### Standard Industrial Classification (SIC)

3663 - RADIO & TV COMMUNICATIONS EQUIPMENT
7371 - COMPUTER PROGRAMMING SERVICES
7373 - COMPUTER INTEGRATED SYSTEMS DESIGN
7376 - COMPUTER FACILITIES MANAGEMENT
7379 - COMPUTER RELATED SERVICES, NEC
8711 - ENGINEERING SERVICES
8741 - MANAGEMENT SERVICES
8742 - MANAGEMENT CONSULTING SERVICES
8744 - FACILITIES SUPPORT SERVICES

### Product Service Codes (PSC)

AC65 - R&D-ELECTRONICS & COMM EQ-OPSY
AD24 - R&D-SVCS-ENG DEV
AD26 - R&D-SVCS-MGMT SUP
R301 - ADP FACILITY MANAGEMENT
R408 - PROF SVCS/PROGRAM MANAGEMENT-S
R414 - PROF SVCS/SYSTEMS ENGINEERING
R425 - PROF SVCS/ENGINEERING TECHNICA
R701 - MGT SVCS/ADVERTISING
R710 - FINANCIAL SERVICES
S113 - TELEPHONE AND-OR COMMUNICATION

### Federal Supply Classification (FSC)

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

| Business Types | Expiration Date |
|---|---|
| A4 - SBA Certified Small Disadvantaged Business | 08/01/2009 |
| A6 - SBA Certified 8A Program Participant | 08/01/2009 |

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 237130 | Power and Communication Line and Related Structures Construction | Yes | No |
| 323115 | Digital Printing | Yes | No |
| 493110 | General Warehousing and Storage | No | No |
| 511210 | Software Publishers | No | No |
| 517110 | Wired Telecommunications Carriers | Yes | No |
| 518210 | Data Processing, Hosting, and Related Services | No | No |
| 541219 | Other Accounting Services | No | No |
| 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [No]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons : [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] | See Description | No |
| 541511 | Custom Computer Programming Services | No | No |
| 541512 | Computer Systems Design Services | No | No |
| 541513 | Computer Facilities Management Services | No | No |
| 541519 | Other Computer Related Services | No | No |
| 541611 | Administrative Management and General Management Consulting Services | No | No |
| 561110 | Office Administrative Services | No | No |
| 561210 | Facilities Support Services | Yes | No |
| 561320 | Temporary Help Services | No | No |
| 561421 | Telephone Answering Services | No | No |
| 811212 | Computer and Office Machine Repair and Maintenance | No | No |
| 811213 | Communication Equipment Repair and Maintenance | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**
**Name:** ANGELA COLE

**Government Business Alternate POC**
**Name:** CHAD WESTFAHL

| | |
|---|---|
| **Address Line 1:** 6421 S. AIR DEPOT SUITE A | **Address Line 1:** 6421 S. AIR DEPOT SUITE A |
| **Address Line 2:** | **Address Line 2:** |
| **City:** OKLAHOMA CITY | **City:** OKLAHOMA CITY |
| **State:** OK | **State:** OK |
| **Foreign Province:** | **Foreign Province:** |
| **Zip/Postal Code:** 73135-5911 | **Zip/Postal Code:** 73135-5911 |
| **Country:** USA | **Country:** USA |
| **U.S. Phone:** 405-622-2200 Ext.109 | **U.S. Phone:** 405-622-2200 Ext.106 |
| **Non-U.S. Phone:** | **Non-U.S. Phone:** |
| **Fax:** 405-622-2208 | **Fax:** 405-622-2208 |

| **Past Performance Primary POC** | **Past Performance Alternate POC** |
|---|---|
| **Name:** VICKY HILTON | **Name:** LIZABETH KUHANECK |
| **Address Line 1:** 6421 S. AIR DEPOT SUITE A | **Address Line 1:** 6421 S. AIR DEPOT SUITE A |
| **Address Line 2:** | **Address Line 2:** |
| **City:** OKLAHOMA CITY | **City:** OKLAHOMA CITY |
| **State:** OK | **State:** OK |
| **Foreign Province:** | **Foreign Province:** |
| **Zip/Postal Code:** 73135-5911 | **Zip/Postal Code:** 73135-5911 |
| **Country:** USA | **Country:** USA |
| **U.S. Phone:** 405-622-2200 Ext.124 | **U.S. Phone:** 405-622-2200 Ext.133 |
| **Non-U.S. Phone:** | **Non-U.S. Phone:** |
| **Fax:** 405-622-2208 | **Fax:** 405-622-2208 |

| **Electronic Business Primary POC** | **Electronic Business Alternate POC** |
|---|---|
| **Name:** MICHAEL O. LYLES | **Name:** CHAD WESTFAHL |
| **Address Line 1:** 6421 S. AIR DEPOT SUITE A | **Address Line 1:** 6421 S. AIR DEPOT SUITE A |
| **Address Line 2:** | **Address Line 2:** |
| **City:** OKLAHOMA CITY | **City:** OKLAHOMA CITY |
| **State:** OK | **State:** OK |
| **Foreign Province:** | **Foreign Province:** |
| **Zip/Postal Code:** 73135-5911 | **Zip/Postal Code:** 73135-5911 |
| **Country:** USA | **Country:** USA |
| **U.S. Phone:** 405-622-2200 Ext.101 | **U.S. Phone:** 405-622-2200 |
| **Non-U.S. Phone:** | **Non-U.S. Phone:** |
| **Fax:** 405-622-2208 | **Fax:** 405-622-2208 |

# SBA Profile

**Privacy Statement**

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 04/01/2008 |
| Name of Firm: | LEADER COMMUNICATIONS, INC. |
| Trade Name ("Doing Business As ..."): | |
| Main office or branch office?: | Main |
| Address, line 1: | 6421 SOUTH AIR DEPOT STE#A |
| Address, line 2: | |
| City: | OKLAHOMA CITY |
| State: | OK |
| Zip: | 73135-5911 |
| Phone Number: | 405-622-2200 x101 |
| Fax Number: | 405-622-2208 |
| E-mail Address: | mike.lyles@lcibest.com |
| WWW Page: | http://lcibest.com |
| E-Mall (electronic mall selling firm's products): | http://www.lcibest.com/ |
| Contact Person: | MICHAEL O. LYLES |
| County Code (3 digit): | 109 |
| Congressional District: | 04 |
| Metropolitan Statistical Area: | 5880 |
| DUNS Number: | 046657412 |
| CAGE Code: | 1J7E8 |
| Year Established: | 1999 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-10F-0238L, GS-35F-0584K, GS-07F-5480P |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | Subchapter S Corporation |
| Minority Code: | Black American |
| Women Owned?: | [ ] Yes [X] No |
| Veteran?: | [X] Yes [ ] No |
| Service Disabled Veteran?: | [X] Yes [ ] No |

**Current Principals:** (Name, Title)
Michael O. Lyles, President/CEO

**"Business Development Servicing Office"**
(for certifications):
OKLAHOMA DISTRICT OFFICE (SBA office code 0680)

**8(a) Certification:**

| | |
|---|---|
| SBA 8(a) Case Number: | 106093 |
| SBA 8(a) Entrance Date: | 08/01/2000 |
| SBA 8(a) Exit Date: | 08/01/2009 |

**Small Disadvantaged Business Certification:**

| | |
|---|---|
| SDB Entrance Date: | 03/03/2000 |
| SDB Exit Date: | 08/01/2009 |

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [ ] Yes [X] No |
| HUBZone Certification Date: | N/A |

**8(a) Joint Venture Certification:**
8(a) JV Entrance Date:
8(a) JV Exit Date:

**DBE Certifications (and State):**
(none)

**Non-Federal-Government Certifications:**
(none given)

## Products & Services

**Capabilities Narrative:**
System Engineering, Program Management, Telecommunications and Logistics Management, antenna installs, Telephone installations, Communications Facilities operations and maintenance, Business Services, Computer related Services

**Special Equipment/Materials:**

**Business Type Percentages:** Service (100 %)

## Bonding Levels

| | |
|---|---|
| Construction Bonding Level (per contract) | $0 |
| Construction Bonding Level (aggregate) | $0 |
| Service Bonding Level (per contract) | $0 |
| Service Bonding Level (aggregate) | $0 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| Yes | 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [No]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons: [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] (5) | | See Description | No |
| | 237130 | Power and Communication Line and Related Structures Construction | | Yes | No |
| | 323115 | Digital Printing | | Yes | No |
| | 493110 | General Warehousing and Storage | | No | No |
| | 511210 | Software Publishers | | No | No |
| | 517110 | Wired Telecommunications Carriers | | Yes | No |
| | 518210 | Data Processing, Hosting, and Related Services | | No | No |
| | 541219 | Other Accounting Services | | No | No |
| | 541511 | Custom Computer Programming Services | | No | No |
| | 541512 | Computer Systems Design Services | | No | No |
| | 541513 | Computer Facilities Management Services | | No | No |
| | 541519 | Other Computer Related Services<br>General $23m small business size standard: [No]<br>Special 150 employees size | | No | No |

| | | | | | |
|---|---|---|---|---|---|
| | | standard for Information Technology Value Added Resellers: [No] [5] | | | |
| | 541611 | Administrative Management and General Management Consulting Services | | No | No |
| | 561110 | Office Administrative Services | | No | No |
| | 561210 | Facilities Support Services | | Yes | No |
| | 561320 | Temporary Help Services | | No | No |
| | 561421 | Telephone Answering Services | | No | No |
| | 811212 | Computer and Office Machine Repair and Maintenance | | No | No |
| | 811213 | Communication Equipment Repair and Maintenance | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.
(5) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: Database development, Engineering, High Frequency, Modeling, Networks, Simulation, Studies, admin services, business services, communications, computer services, facility management, logistics management, program managment, software, strategic planning, telecommunications, training, web site design, technical orders, web site maintenance

## Miscellaneous:

Quality Assurance Standards: ISO-9000 Series

Electronic Data Interchange capable?: [ ] Yes [X] No

## Export Profile (Trade Mission Online)

Exporter?: [ ] Yes [ ] No [X] Wants To Be

- Export Business Activities: (none given)
- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

## Performance History (References)

## References

| | |
|---|---|
| Name: | 552d Computer Systems Services (AWACS) |
| Contract: | F34650-03-C-0003 |
| Start: | 12/01/2002 |
| End: | 11/30/2007 |
| Value: | 13,694,582 |
| Contact: | Moe Summers |
| Phone: | 405-739-3367 |

| | |
|---|---|
| Name: | Payroll and Accounting Support Services |
| Contract: | DTFA-02-02-D14278 |
| Start: | 10/15/2002 |
| End: | 09/30/2004 |
| Value: | 19,375,184 |
| Contact: | Steve Ridgeway |
| Phone: | 405-954-7847 |

| | |
|---|---|
| Name: | Scope Command |
| Contract: | GS09T00BHD0451 |
| Start: | 02/01/2003 |
| End: | 01/31/2004 |
| Value: | 5,898,384 |
| Contact: | Phil Woodring |
| Phone: | 405-734-2308 |

| | |
|---|---|
| Name: | Business and Support Services |
| Contract: | GS1010F0363K F29601 |
| Start: | 06/01/2001 |
| End: | 06/01/2006 |
| Value: | 32,000,000 |
| Contact: | Cisco Tapia |
| Phone: | 505-846-5021 |

| | |
|---|---|
| Name: | Document and Production Services (DAPS) |
| Contract: | T0903BH0303 |
| Start: | 11/01/2002 |
| End: | 10/30/2003 |
| Value: | 589,562 |
| Contact: | Pat Cobain |