| | |
|---|---|
| Phone: | 405-734-2177 |

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.

Exhibit 3-6
Betis Group
CCR Data
SBA Profile

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 05/09/2009.

**DUNS:** 072260032
**DUNS PLUS4:**
**CAGE/NCAGE:** 1RG30
**Legal Business Name:** BETIS GROUP, INC.
**Doing Business As (DBA):**
**Division Name:** BETIS GROUP, INC.
**Division Number:**
**Company URL:** http://www.betis.com

**Physical Street Address 1:** 6711 LEE HWY UPPR M2
**Physical Street Address 2:**
**Physical City:** ARLINGTON
**Physical State:** VA
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 22205-1940
**Physical Country:** USA

**Mailing Name:** BETIS GROUP, INC.
**Mailing Street Address 1:** 6711 LEE HIGHWAY
**Mailing Street Address 2:** SUITE M-2
**Mailing City:** ARLINGTON
**Mailing State:** VA
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 22205-1940
**Mailing Country:** USA

**Business Start Date:** 02/23/1995

---

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is VA)

**Business Types/Grants**

23 - Minority Owned Business
2X - For-Profit Organization
77 - Service Provider
HQ - DoT Certified Disadvantaged Business Enterprise
PI - Hispanic American Owned
VN - Contracts
XS - S Corporation

## GOODS / SERVICES

### North American Industry Classification System (NAICS)

238210 - Electrical Contractors and Other Wiring Installation Contractors
337214 - Office Furniture (except Wood) Manufacturing
423430 - Computer and Computer Peripheral Equipment and Software Merchant Wholesalers
443120 - Computer and Software Stores
541330 - Engineering Services
541420 - Industrial Design Services
541511 - Custom Computer Programming Services
541512 - Computer Systems Design Services
541513 - Computer Facilities Management Services
541519 - Other Computer Related Services
541611 - Administrative Management and General Management Consulting Services
541614 - Process, Physical Distribution, and Logistics Consulting Services
541618 - Other Management Consulting Services
541690 - Other Scientific and Technical Consulting Services
561110 - Office Administrative Services
561499 - All Other Business Support Services
611710 - Educational Support Services
811212 - Computer and Office Machine Repair and Maintenance

### Standard Industrial Classification (SIC)

1731 - ELECTRICAL WORK
2522 - OFFICE FURNITURE, EXCEPT WOOD
4899 - COMMUNICATION SERVICES, NEC
5045 - COMPUTERS, PERIPHERALS & SOFTWARE
7371 - COMPUTER PROGRAMMING SERVICES
7373 - COMPUTER INTEGRATED SYSTEMS DESIGN
7374 - DATA PROCESSING AND PREPARATION
7376 - COMPUTER FACILITIES MANAGEMENT
7378 - COMPUTER MAINTENANCE & REPAIR
7379 - COMPUTER RELATED SERVICES, NEC
7381 - DETECTIVE & ARMORED CAR SERVICES
7382 - SECURITY SYSTEMS SERVICES
7389 - BUSINESS SERVICES, NEC
8299 - SCHOOLS & EDUCATIONAL SERVICES, NEC
8711 - ENGINEERING SERVICES
8748 - BUSINESS CONSULTING, NEC

### Product Service Codes (PSC)

---

### Federal Supply Classification (FSC)

---

## SMALL BUSINESS TYPES

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

| Business Types | Expiration Date |
|---|---|
| A4 - SBA Certified Small Disadvantaged Business | 08/29/2009 |
| A6 - SBA Certified 8A Program Participant | 08/29/2009 |
| XX - SBA Certified Hub Zone Firm | -- |

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 238210 | Electrical Contractors and Other Wiring Installation Contractors | No | No |
| 337214 | Office Furniture (except Wood) Manufacturing | Yes | No |
| 423430 | Computer and Computer Peripheral Equipment and Software Merchant Wholesalers | Yes | No |
| 443120 | Computer and Software Stores | Yes | No |
| 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [Yes]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons : [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] | See Description | No |
| 541420 | Industrial Design Services | No | No |
| 541511 | Custom Computer Programming Services | Yes | No |
| 541512 | Computer Systems Design Services | Yes | No |
| 541513 | Computer Facilities Management Services | Yes | No |
| 541519 | Other Computer Related Services | Yes | No |
| 541611 | Administrative Management and General Management Consulting Services | No | No |
| 541614 | Process, Physical Distribution, and Logistics Consulting Services | No | No |
| 541618 | Other Management Consulting Services | No | No |
| 541690 | Other Scientific and Technical Consulting Services | No | No |
| 561110 | Office Administrative Services | No | No |
| 561499 | All Other Business Support Services | No | No |
| 611710 | Educational Support Services | No | No |
| 811212 | Computer and Office Machine Repair and Maintenance | Yes | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** HERNAN CORTES

**Address Line 1:** 6711 LEE HIGHWAY

**Address Line 2:** SUITE M-2

**Government Business Alternate POC**

**Name:** RONALD HIETALA

**Address Line 1:** 6711 LEE HIGHWAY

**Address Line 2:** SUITE M-2

**City:** ARLINGTON
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22205
**Country:** USA
**U.S. Phone:** 703-532-2008 Ext.27
**Non-U.S. Phone:**
**Fax:** 703-532-6442

**City:** ARLINGTON
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22205
**Country:** USA
**U.S. Phone:** 703-532-2008 Ext.32
**Non-U.S. Phone:**
**Fax:** 703-532-6442

**Past Performance Primary POC**
**Name:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:**
**Foreign Province:**
**Zip/Postal Code:**
**Country:**
**U.S. Phone:**
**Non-U.S. Phone:**
**Fax:**

**Past Performance Alternate POC**
**Name:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:**
**Foreign Province:**
**Zip/Postal Code:**
**Country:**
**U.S. Phone:**
**Non-U.S. Phone:**
**Fax:**

**Electronic Business Primary POC**
**Name:** HERNAN CORTES
**Address Line 1:** 6711 LEE HIGHWAY
**Address Line 2:** SUITE M-2
**City:** ARLINGTON
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22205
**Country:** USA
**U.S. Phone:** 703-532-2008 Ext.27
**Non-U.S. Phone:**
**Fax:** 703-532-6442

**Electronic Business Alternate POC**
**Name:** RONALD HIETALA
**Address Line 1:** 6711 LEE HIGHWAY
**Address Line 2:** SUITE M-2
**City:** ARLINGTON
**State:** VA
**Foreign Province:**
**Zip/Postal Code:** 22205
**Country:** USA
**U.S. Phone:** 703-532-2008 Ext.32
**Non-U.S. Phone:**
**Fax:** 703-532-6442

# SBA Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 05/09/2008 |
| Name of Firm: | BETIS GROUP, INC. |
| Trade Name ("Doing Business As ..."): | |
| Main office or branch office?: | Main |
| Address, line 1: | 6711 LEE HWY UPPR M2 |
| Address, line 2: | |
| City: | ARLINGTON |
| State: | VA |
| Zip: | 22205-1940 |
| Phone Number: | 703-532-2008 x27 |
| Fax Number: | 703-532-6442 |
| E-mail Address: | hcortes@betis.com |
| WWW Page: | http://www.betis.com |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | HERNAN CORTES |
| County Code (3 digit): | 013 |
| Congressional District: | 08 |
| Metropolitan Statistical Area: | 8840 |
| DUNS Number: | 072260032 |
| CAGE Code: | 1RG30 |
| Year Established: | 1995 |
| Accepts Government Credit Card?: | [X] Yes [ ] No |
| GSA Advantage Contract(s): | GS-35F-0239N |

## Organization, Ownership & Certifications

| | |
|---|---|
| Legal Structure: | Subchapter S Corporation |
| Minority Code: | Hispanic American |
| Women Owned?: | [ ] Yes [X] No |
| Veteran?: | [ ] Yes [X] No |
| Service Disabled Veteran?: | [ ] Yes [X] No |

**Current Principals:** (Name, Title)

Hernan Cortes, Jr., President

**"Business Development Servicing Office"**
(for certifications):
WASHINGTON DISTRICT OFFICE (SBA office code 0353)

**8(a) Certification:**

| | |
|---|---|
| SBA 8(a) Case Number: | 106120 |
| SBA 8(a) Entrance Date: | 08/29/2000 |
| SBA 8(a) Exit Date: | 08/29/2009 |

**Small Disadvantaged Business Certification:**

| | |
|---|---|
| SDB Entrance Date: | 08/29/2000 |
| SDB Exit Date: | 08/29/2009 |

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [X] Yes [ ] No |
| HUBZone Certification Date: | 05/21/2008 |

**8(a) Joint Venture Certification:**

8(a) JV Entrance Date:

8(a) JV Exit Date:

**DBE Certifications (and State):**

(none)

**Non-Federal-Government Certifications:**

(none given)

## Products & Services

**Capabilities Narrative:**

Betis Group, Inc. is an IT Security, network engineering, and enterprise management firm. □Compliance Audits & Assessments, Implementation □LAN/WAN Implementation and Support, Help Desk □Training & Management Consulting □Hardware/Software Dealer

**Special Equipment/Materials:**

**Business Type Percentages:** (none given)

## Bonding Levels

| | |
|---|---|
| Construction Bonding Level (per contract) | $0 |
| Construction Bonding Level (aggregate) | $0 |
| Service Bonding Level (per contract) | $0 |
| Service Bonding Level (aggregate) | $0 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| Yes | 541519 | Other Computer Related Services<br>General $23m small business size standard: [Yes]<br>Special 150 employees size standard for Information Technology Value Added Resellers: [Yes] (5) | | Yes | No |
| | 238210 | Electrical Contractors and other Wiring Installation Contractors. | | No | No |
| | 337214 | Office Furniture (except Wood) Manufacturing | | Yes | No |
| | 423430 | Computer and Computer Peripheral Equipment and Software Merchant Wholesalers | | Yes | No |
| | 443120 | Computer and Software Stores | | Yes | No |
| | 541330 | Engineering Services<br>General $4.5m small business size standard: [No]<br>Special $17m size standard for Marine Engineering and Naval Architecture: [Yes]<br>Special $25m size standard for Military and Aerospace Equipment and Military Weapons: [Yes]<br>Special $25m size standard for Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992: [Yes] (5) | | See Description | No |
| | 541420 | Industrial Design Services | | No | No |
| | 541511 | Custom Computer Programming Services | | Yes | No |
| | 541512 | Computer Systems Design Services | | Yes | No |
| | 541513 | Computer Facilities Management Services | | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| | 541611 | Administrative Management and General Management Consulting Services | | No | No |
| | 541614 | Process, Physical Distribution, and Logistics Consulting Services | | No | No |
| | 541618 | Other Management Consulting Services | | No | No |
| | 541690 | Other Scientific and Technical Consulting Services | | No | No |
| | 561110 | Office Administrative Services | | No | No |
| | 561499 | All Other Business Support Services | | No | No |
| | 611710 | Educational Support Services | | No | No |
| | 811212 | Computer and Office Machine Repair and Maintenance | | Yes | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) "Pending" means that the firm's size for the NAICS code is pending a manual determination by the SBA.
(5) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: assessment, audit, ca, database, firewall, hardware, help desk, ibm, information security, mgmt. consulting, microsoft, network, novell, software, top secret. issa, training, unix, web database, security, physical security, assurance, cabling

## Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

## Export Profile (Trade Mission Online)

Exporter?: [ ] Yes [X] No [ ] Wants To Be

- Export Business Activities: (none given)
- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

## Performance History (References)

### References