| | |
|---|---|
| Name: | HRC, Inc. |
| Contract: | IDIQ |
| Start: | 02/01/2000 |
| End: | 06/30/2002 |
| Value: | 485,000 |
| Contact: | William VanPelt |
| Phone: | 202-628-4160 |

| | |
|---|---|
| Name: | Diveo, Inc. |
| Contract: | IDIQ |
| Start: | 07/01/2000 |
| End: | 04/01/2002 |
| Value: | 140,000 |
| Contact: | Manuel Lavalle |
| Phone: | 202-274-0040 |

| | |
|---|---|
| Name: | Recording Industry Association of America (RIAA) |
| Contract: | IDIQ |
| Start: | 07/01/1996 |
| End: | |
| Value: | 500,000 |
| Contact: | Howard McCaffrey |
| Phone: | 202-857-9618 |

| | |
|---|---|
| Name: | Federal Aviation Administration |
| Contract: | DTFA01-98-C-00070 |
| Start: | 10/22/2001 |
| End: | 03/31/2002 |
| Value: | 415,800 |
| Contact: | Bill Culver |
| Phone: | 202-493-4131 |

| | |
|---|---|
| Name: | U.S. Department of Labor |
| Contract: | B9A13003 |
| Start: | 07/18/2001 |
| End: | 08/17/2001 |
| Value: | 742,238 |
| Contact: | Carolyn Scott |
| Phone: | 202-219-6451 |

| | |
|---|---|
| Name: | United States Air Force |
| Contract: | F41691-02-F-0342 |
| Start: | 06/11/2002 |
| End: | 07/11/2002 |
| Value: | 461,681 |
| Contact: | Christa Sorrell |
| Phone: | 703-693-2829 |

| | |
|---|---|
| Name: | United States Air Force |
| Contract: | GS07T03BGM120 |
| Start: | 02/11/2003 |
| End: | 07/30/2003 |
| Value: | 2,199,987 |
| Contact: | Jim Cheeks |
| Phone: | |

The structure of this page was last updated 09/24/2007, as part of Small Business Source System 6.4.

# Exhibit 3-7
# Phoenix Management
# CCR Data

# CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 02/14/2009.

**DUNS:** 794617803
**DUNS PLUS4:**
**CAGE/NCAGE:** 0V872
**Legal Business Name:** PHOENIX MANAGEMENT, INC.
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:**

**Physical Street Address 1:** 6101 W COURTYARD DR BLDG 4
**Physical Street Address 2:**
**Physical City:** AUSTIN
**Physical State:** TX
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 78730-5096
**Physical Country:** USA

**Mailing Name:** PHOENIX MANAGEMENT, INC.
**Mailing Street Address 1:** 6101 W. COURTYARD DRIVE, BLDG. 4
**Mailing Street Address 2:**
**Mailing City:** AUSTIN
**Mailing State:** TX
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 78730-5096
**Mailing Country:** USA

**Business Start Date:** 08/04/1992

## CORPORATE INFORMATION

### Type of Organization

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is TX)

### Business Types/Grants

2X - For-Profit Organization
A2 - Woman Owned Business
VN - Contracts
XS - S Corporation

## GOODS / SERVICES

### North American Industry Classification System (NAICS)

488119 - Other Airport Operations
488190 - Other Support Activities for Air Transportation
488991 - Packing and Crating
488999 - All Other Support Activities for Transportation
493110 - General Warehousing and Storage
519120 - Libraries and Archives
541990 - All Other Professional, Scientific, and Technical Services
561110 - Office Administrative Services
561210 - Facilities Support Services
561990 - All Other Support Services
811111 - General Automotive Repair

**Standard Industrial Classification (SIC)**

8744 - FACILITIES SUPPORT SERVICES

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 488119 | Other Airport Operations | No | No |
| 488190 | Other Support Activities for Air Transportation | No | No |
| 488991 | Packing and Crating | No | No |
| 488999 | All Other Support Activities for Transportation | No | No |
| 493110 | General Warehousing and Storage | No | No |
| 519120 | Libraries and Archives | No | No |
| 541990 | All Other Professional, Scientific, and Technical Services | No | No |
| 561110 | Office Administrative Services | No | No |
| 561210 | Facilities Support Services | No | No |
| 561990 | All Other Support Services | No | No |
| 811111 | General Automotive Repair | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**
**Name:** GARY GIARRATANO

**Government Business Alternate POC**
**Name:** DONNA GIARRATANO

**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5663
**Non-U.S. Phone:**
**Fax:** 512-335-5536

**Past Performance Primary POC**
**Name:** DONNA GIARRATANO
**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5536
**Non-U.S. Phone:**
**Fax:** 512-335-5536

**Electronic Business Primary POC**
**Name:** MARINA YEH
**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5663
**Non-U.S. Phone:**
**Fax:** 512-335-5536

**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5663
**Non-U.S. Phone:**
**Fax:** 512-335-5536

**Past Performance Alternate POC**
**Name:** JOHN OSBORN
**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5536
**Non-U.S. Phone:**
**Fax:** 512-335-5536

**Electronic Business Alternate POC**
**Name:** MARJ STRICKLAND
**Address Line 1:** 6101 W COURTYARD DR. BLDG 4
**Address Line 2:**
**City:** AUSTIN
**State:** TX
**Foreign Province:**
**Zip/Postal Code:** 78730
**Country:** USA
**U.S. Phone:** 512-335-5663
**Non-U.S. Phone:**
**Fax:**

# Exhibit 3-8
# Shaw Infrastructure Inc
# CCR Data
# Web Site Information

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 12/12/2008.

**DUNS:** 085359524
**DUNS PLUS4:**
**CAGE/NCAGE:** 3K9L6
**Legal Business Name:** SHAW INFRASTRUCTURE INC
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:** http://www.Shawgrp.com

**Physical Street Address 1:** 250 W 24TH ST
**Physical Street Address 2:**
**Physical City:** NEW YORK
**Physical State:** NY
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 10011-1703
**Physical Country:** USA

**Mailing Name:** PATRICIA OLSON
**Mailing Street Address 1:** 2790 MOSSIDE BOULEVARD
**Mailing Street Address 2:**
**Mailing City:** MONROEVILLE
**Mailing State:** PA
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 15146-2792
**Mailing Country:** USA

**Business Start Date:** 04/24/2002

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is LA)

**Business Types/Grants**

2X - For-Profit Organization
95 - Research and Development
B1 - Construction Firm
E6 - Architecture and Engineering (A&E)
VW - Contracts and Grants

### GOODS / SERVICES

**North American Industry Classification System (NAICS)**

236115 - New Single-Family Housing Construction (except Operative Builders)
236116 - New Multifamily Housing Construction (except Operative Builders)
236210 - Industrial Building Construction
236220 - Commercial and Institutional Building Construction
237120 - Oil and Gas Pipeline and Related Structures Construction
237310 - Highway, Street, and Bridge Construction
237990 - Other Heavy and Civil Engineering Construction
541330 - Engineering Services
541360 - Geophysical Surveying and Mapping Services
541380 - Testing Laboratories
541420 - Industrial Design Services
541620 - Environmental Consulting Services
541690 - Other Scientific and Technical Consulting Services
541990 - All Other Professional, Scientific, and Technical Services
561210 - Facilities Support Services
562211 - Hazardous Waste Treatment and Disposal
562212 - Solid Waste Landfill
562219 - Other Nonhazardous Waste Treatment and Disposal
562910 - Remediation Services

**Standard Industrial Classification (SIC)**

1521 - SINGLE-FAMILY HOUSING CONSTRUCTION
1522 - RESIDENTIAL CONSTRUCTION, NEC
1541 - INDUSTRIAL BUILDINGS AND WAREHOUSES
1542 - NONRESIDENTIAL CONSTRUCTION, NEC
1611 - HIGHWAY AND STREET CONSTRUCTION
1622 - BRIDGE, TUNNEL, & ELEVATED HIGHWAY
1623 - WATER, SEWER, AND UTILTTY LINES
1629 - HEAVY CONSTRUCTION, NEC
1794 - EXCAVATION WORK
1799 - SPECIAL TRADE CONTRACTORS, NEC
8711 - ENGINEERING SERVICES
8734 - TESTING LABORATORIES
8741 - MANAGEMENT SERVICES
8744 - FACILITIES SUPPORT SERVICES
8748 - BUSINESS CONSULTING, NEC

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

| North American Industry Classification System (NAICS) | | | |
|---|---|---|---|
| The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process. | | | |
| **NAICS Code** | **Description** | **Small Business** | **Emerging Small Business** |
| 236115 | New Single-Family Housing Construction (except Operative Builders) | No | No |
| 236116 | New Multifamily Housing Construction (except Operative Builders) | No | No |
| 236210 | Industrial Building Construction | No | No |
| 236220 | Commercial and Institutional Building Construction | No | No |
| 237120 | Oil and Gas Pipeline and Related Structures Construction | No | No |
| 237310 | Highway, Street, and Bridge Construction | No | No |
| 237990 | Other Heavy and Civil Engineering Construction | No | No |
| 541330 | Engineering Services | No | No |
| 541360 | Geophysical Surveying and Mapping Services | No | No |
| 541380 | Testing Laboratories | No | No |
| 541420 | Industrial Design Services | No | No |
| 541620 | Environmental Consulting Services | No | No |
| 541690 | Other Scientific and Technical Consulting Services | No | No |
| 541990 | All Other Professional, Scientific, and Technical Services | No | No |
| 561210 | Facilities Support Services | No | No |
| 562211 | Hazardous Waste Treatment and Disposal | No | No |
| 562212 | Solid Waste Landfill | No | No |
| 562219 | Other Nonhazardous Waste Treatment and Disposal | No | No |
| 562910 | Remediation Services | No | No |

## CCR POINTS OF CONTACT

**Government Business Primary POC**

**Name:** PATRICIA OLSON
**Address Line 1:** 2790 MOSSIDE BOULEVARD
**Address Line 2:**
**City:** MONROEVILLE
**State:** PA
**Foreign Province:**
**Zip/Postal Code:** 15146-2792
**Country:** USA
**U.S. Phone:** 412-380-6208
**Non-U.S. Phone:**
**Fax:** 412-858-3924

**Government Business Alternate POC**

**Name:** PATRICIA OLSON
**Address Line 1:** 2790 MOSSIDE BOULEVARD
**Address Line 2:**
**City:** MONROEVILLE
**State:** PA
**Foreign Province:**
**Zip/Postal Code:** 15146-2792
**Country:** USA
**U.S. Phone:** 412-380-6208
**Non-U.S. Phone:**
**Fax:** 412-858-3924

**Past Performance Primary POC**

**Past Performance Alternate POC**