| | | | |
|---|---|---|---|
| **Name:** | PATRICIA OLSON | **Name:** | PATRICIA OLSON |
| **Address Line 1:** | 2790 MOSSIDE BOULEVARD | **Address Line 1:** | 2790 MOSSIDE BOULEVARD |
| **Address Line 2:** | | **Address Line 2:** | |
| **City:** | MONROEVILLE | **City:** | MONROEVILLE |
| **State:** | PA | **State:** | PA |
| **Foreign Province:** | | **Foreign Province:** | |
| **Zip/Postal Code:** | 15146-2792 | **Zip/Postal Code:** | 15146-2792 |
| **Country:** | USA | **Country:** | USA |
| **U.S. Phone:** | 412-380-6208 | **U.S. Phone:** | 412-380-6208 |
| **Non-U.S. Phone:** | | **Non-U.S. Phone:** | |
| **Fax:** | 412-858-3924 | **Fax:** | 412-858-3924 |

| **Electronic Business Primary POC** | | **Electronic Business Alternate POC** | |
|---|---|---|---|
| **Name:** | CURTIS S. HAMILTON | **Name:** | SHERRY HARRIS |
| **Address Line 1:** | 16406 U.S. ROUTE 224 EAST | **Address Line 1:** | 16406 US RT 224 |
| **Address Line 2:** | | **Address Line 2:** | |
| **City:** | FINDLAY | **City:** | FINDLAY |
| **State:** | OH | **State:** | OH |
| **Foreign Province:** | | **Foreign Province:** | |
| **Zip/Postal Code:** | 45840-9761 | **Zip/Postal Code:** | 45840 |
| **Country:** | USA | **Country:** | USA |
| **U.S. Phone:** | 419-427-3978 | **U.S. Phone:** | 419-427-3971 |
| **Non-U.S. Phone:** | | **Non-U.S. Phone:** | |
| **Fax:** | 419-424-4990 | **Fax:** | 419-427-3350 |

# The Shaw Group Inc.

06.02.08 Shaw to Present at Credit Suisse Engineering & Environmental Services Conference

05.29.08 Shaw to Present at JPMorgan Basics & Industrials Conference

05.27.08 Shaw Awarded EPC Contract for Nuclear Power Units by South Carolina Electric & Gas

05.23.08 Shaw to Join the S&P MidCap 400

More News & Events >



**Join the Shaw Team!**
Click Here to view current opportunities

The Shaw Group Inc® A Fortune 500 Company

2007 Shaw Year in Review

Click Here for **IHNC** Subcontractor/ Supplier Registration







© 2006 The Shaw Group Inc. • 4171 Essen Lane Baton Rouge, LA 70809 USA • Forward Looking Statements

# Exhibit 3-9
# Rome Research Corporation
# CCR Data

## CCR Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 01/07/2009.

**DUNS:** 075812966
**DUNS PLUS4:**
**CAGE/NCAGE:** 7L329
**Legal Business Name:** ROME RESEARCH CORPORATION
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:**

**Physical Street Address 1:** 314 S JAY ST
**Physical Street Address 2:**
**Physical City:** ROME
**Physical State:** NY
**Physical Foreign Province:**
**Physical Zip/Postal Code:** 13440-5600
**Physical Country:** USA

**Mailing Name:** ROME RESEARCH CORPORATION
**Mailing Street Address 1:** 314 SOUTH JAY STREET
**Mailing Street Address 2:**
**Mailing City:** ROME
**Mailing State:** NY
**Mailing Foreign Province:**
**Mailing Zip/Postal Code:** 13440-5600
**Mailing Country:** USA

**Business Start Date:** 07/01/1974

### CORPORATE INFORMATION

**Type of Organization**

Corporate Entity, Not Federal Tax Exempt
(State of Incorporation is NY)

**Business Types/Grants**

2X - For-Profit Organization
VW - Contracts and Grants

### GOODS / SERVICES

**North American Industry Classification System (NAICS)**

517110 - Wired Telecommunications Carriers

**Standard Industrial Classification (SIC)**

4813 - TELEPHONE COMMUNICATIONS, EXC.RADIO
8733 - NONCOMMERCIAL RESEARCH ORGANIZATION

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

| North American Industry Classification System (NAICS) | | | |
|---|---|---|---|
| The small business size status is derived from the receipts, number of employees, assets, barrels of oil, and/or megawatt hours entered by the vendor during the registration process. | | | |
| **NAICS Code** | **Description** | **Small Business** | **Emerging Small Business** |
| 517110 | Wired Telecommunications Carriers | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** THOMAS P. HARDING
**Address Line 1:** ROME RESEARCH CORPORATION
**Address Line 2:** 314 SOUTH JAY STREET
**City:** ROME
**State:** NY
**Foreign Province:**
**Zip/Postal Code:** 13440
**Country:** USA
**U.S. Phone:** 315-356-2226
**Non-U.S. Phone:**
**Fax:** 315-356-2203

**Government Business Alternate POC**

**Name:** SHARON P. MORTON
**Address Line 1:** ROME RESEARCH CORPORATION
**Address Line 2:** 314 SOUTH JAY STREET
**City:** ROME
**State:** NY
**Foreign Province:**
**Zip/Postal Code:** 13440
**Country:** USA
**U.S. Phone:** 315-356-2242
**Non-U.S. Phone:**
**Fax:** 315-356-2203

**Past Performance Primary POC**

**Name:** THOMAS P. HARDING
**Address Line 1:** ROME RESEARCH CORPORATION
**Address Line 2:** 314 SOUTH JAY STREET
**City:** ROME
**State:** NY
**Foreign**

**Past Performance Alternate POC**

**Name:** SHARON P. MORTON
**Address Line 1:** ROME RESEARCH CORPORATION
**Address Line 2:** 314 SOUTH JAY STREET
**City:** ROME
**State:** NY
**Foreign**

| | |
|---|---|
| **Province:** | |
| **Zip/Postal Code:** | 13440 |
| **Country:** | USA |
| **U.S. Phone:** | 315-356-2226 |
| **Non-U.S. Phone:** | |
| **Fax:** | 315-356-2203 |

| | |
|---|---|
| **Province:** | |
| **Zip/Postal Code:** | 13440 |
| **Country:** | USA |
| **U.S. Phone:** | 315-356-2242 |
| **Non-U.S. Phone:** | |
| **Fax:** | 315-356-2203 |

**Electronic Business Primary POC**

| | |
|---|---|
| **Name:** | THOMAS P. HARDING |
| **Address Line 1:** | ROME RESEARCH CORPORATION |
| **Address Line 2:** | 314 SOUTH JAY STREET |
| **City:** | ROME |
| **State:** | NY |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 13440 |
| **Country:** | USA |
| **U.S. Phone:** | 315-356-2226 |
| **Non-U.S. Phone:** | |
| **Fax:** | 315-356-2203 |

**Electronic Business Alternate POC**

| | |
|---|---|
| **Name:** | SHARON P. MORTON |
| **Address Line 1:** | ROME RESEARCH CORPORATION |
| **Address Line 2:** | 314 SOUTH JAY STREET |
| **City:** | ROME |
| **State:** | NY |
| **Foreign Province:** | |
| **Zip/Postal Code:** | 13440 |
| **Country:** | USA |
| **U.S. Phone:** | 315-356-2242 |
| **Non-U.S. Phone:** | |
| **Fax:** | 315-356-2203 |

# Exhibit 4-1
# Keesler Bidders List

| Name of Attendee | Company Name & Address | Phone Number | Email Address | Interest Area | LB/SB |
|---|---|---|---|---|---|
| Alexander, Frank | Phoenix Management, Inc.<br>11825 Buckner Road<br>Austin TX 78726 | 512.335.5663 | leah@pmiaus.com | Supply, Fuels, Airfield, Trans | SB |
| Alford, Brian | AGJ Systems & Network<br>1636 Popps Ferry Road<br>Suite 228<br>Biloxi MS 39532 | 228.392.7133 | balford@agjsys.com | Little BOS | SB |
| Beach, Royce A. | Johnson Controls World Services, Inc.<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 321.784.7184 | royce.a.beach@jci.com | Base Operations Services | LB |
| Bell, David | J&J Maintenance, Inc.<br>3755 Capital of Texas Highway<br>South Suite 355<br>Austin TX 78704 | 512.444.7271 | dbell@jandjmaintenance.com | Prime Contractor - Big BOS | LB |
| Benne, Ron | K-MAR Industries, Inc.<br>10401 Boney Avenue, Suite B<br>D'Iberville MS 39540 | 228.392-4969 | rjb@kmar.com | Little BOS | SB |
| Boone, Ronald | Rohmann Services, Inc.<br>2349 South WW White Road<br>San Antonio TX 78222-1936 | 210.359.1707 | Rsinsarwb@satx.rr.com | Little BOS | SB |
| Brogdon, Tim | GB Tech, Inc.<br>Bldg 1103, Rm 202C<br>Stennis Space Center MS 39529 | 228.688.3265 | tbrogdon@gbtech.net | Little BOS | SB |
| Bruce, Sam | Star<br>Box 1987, 610 Watson Blvd<br>Warner Robins GA 31099 | 478.328.7460 | sbruce@starsoftware.com | Computers | SB |
| Bubenhufer, Fred | TMG, Inc.<br>10802 Burr Oak Way<br>Burke VA 22015 | 703.250.8048 | wcnn@evals.com | Facilities Subcontracting | SB |
| Burkes, R. Eric | EnterComp Solutions<br>601 Drakes Landing<br>Mary Esther FL 32569 | 850.585.0527 | eburkes@hotmail.com | Little BOS | SB |

| | | | | | |
|---|---|---|---|---|---|
| Burns, Fred W. | Cypress Contracting, Inc.<br>778 Water Street<br>Biloxi MS 39530 | 228.424.7043 | cypresscontracting@earthlink.net | Grounds/Site Maintainer | SB |
| Calcote, James | DigitalNet Government Solutions<br>600 First Street, Suite 239, Keesler AFB<br>Biloxi MS 39532 | 228.377.7406 | james.calcolte@digitalnet.com | Little BOS | LB |
| Calwell, Tony | W.G. Yates & Sons Construction Co., Inc<br>5050 Poplar Avenue<br>Suite 634<br>Memphis TN 38157-0634 | 901.761.0010 | tcaldwel@wgyates.com | Large BOS | LB |
| Carr, John A. | Johnson Controls World Services, Inc.<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 321.748.7790 | john.a2.carr.jci.com | Base Operations Services | LB |
| Chittick, Catherine G. | Johnson Controls World Services, Inc.<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 321.784.7789 | catherine.chittick@jci.com | Base Operations Services | LB |
| Cleaves, Wesley | TruGreen LandCare<br>5410 Causeway Blvd<br>Tampa FL 33619 | 813.663.7440 | wescleaves@trugreenmail.com | Grounds Maintenance | LB |
| Coates, James R. | ITT Systems<br>4406 Fountain<br>Colorado Springs CO 80916 | 918.298.2502 | jimlindac@sbcglobal.net | Big BOS | LB |
| Condit, Roger | DynCorp Technical Services, a SCS Company<br>One Ridgmar Centre<br>6500 West Freeway<br>Suite 600<br>Fort Worth TX 76116-2187 | 817.570.1979 | conditr@man.com | Big BOS | LB |
| Corson, Ben | Ingenium Corp.<br>8001 Mid America Blvd.,<br>Suite 300<br>Oklahoma City OK 73135 | 405.610.7776 | ben.corson@ingeniumcorp.com | All Areas of Little BOS | SB |

| | | | | | |
|---|---|---|---|---|---|
| Courtney, Clemon G. | Courtney Associates<br>4554 Mountain Brook Lane West<br>Jacksonville FL 32224-8682 | 904.564.1995 | clemcourtney@msn.com | Operations and Management of facilities and utilities | SB |
| Cox, Kenneth M. | DNP, Inc.<br>P.O. Box 6399<br>Biloxi MS 39540 | 228.396.1640 | dnp@ms-online.com | Subcontractor | SB |
| Cox, Lisa | Analytical Services, Inc.<br>689 Discovery Drive<br>Hunstville AL | 256.890.0083 | coxl@asi-hsr.com | Education, Trg, marketing | SB |
| Cronin, Andrew T. | T Square Logistics Services Corporation<br>118 North Tejon St.<br>Suite 202<br>Colorado Springs CO 80903 | 719.282.0266 | terry@tsquarelsc.com | Logistics, HR, Supply, Transportation, Weather, Airfield/Transient Alert Services | SB |
| Cruz, Robert | Frontier Technology Inc<br>6785 Hollister Ave<br>Goleta CA 93117 | 805.685.6672 | rcruz@fti-net.com | Little BOS | SB |
| Cunningham, Samuel J. | Spectrum Sciences & Software, Inc.<br>91 Hill Avenue<br>Ft Walton Beach FL 32548 | 850.796.0909 | sam@specsci.com | Little BOS | SB |
| DeBellevue, Chuck | DEL-JEN, INC.<br>28441 Highridge Road<br>Rolling Hills Estates CA 90274 | 405.330.8101 | cdebellevue@dell-jen.com | Prime Contractor | LB |
| DeHaven, Stephen | ITT Industries, Inc.<br>Systems Division<br>4410 E. Fountain Blvd<br>Colorado Springs CO 80916 | 719.637.4153 | steve.dehaven@itt.com | Big BOS, Prime | LB |
| Dogan, Robert | DNP, Inc.<br>P.O. Box 6399<br>Biloxi MS 39540 | 228.396-1640 | dnp@ms-online.com | Subcontractor | SB |