| | | | | | |
|---|---|---|---|---|---|
| Courtney, Clemon G. | Courtney Associates<br>4554 Mountain Brook Lane West<br>Jacksonville FL 32224-8682 | 904.564.1995 | clemcourtney@msn.com | Operations and Management of facilities and utilities | SB |
| Cox, Kenneth M. | DNP, Inc.<br>P.O. Box 6399<br>Biloxi MS 39540 | 228.396.1640 | dnp@ms-online.com | Subcontractor | SB |
| Cox, Lisa | Analytical Services, Inc.<br>689 Discovery Drive<br>Hunstville AL | 256.890.0083 | coxl@asi-hsr.com | Education, Trg, marketing | SB |
| Cronin, Andrew T. | T Square Logistics Services Corporation<br>118 North Tejon St.<br>Suite 202<br>Colorado Springs CO 80903 | 719.282.0266 | terry@tsquarelsc.com | Logistics, HR, Supply, Transportation, Weather, Airfield/Transient Alert Services | SB |
| Cruz, Robert | Frontier Technology Inc<br>6785 Hollister Ave<br>Goleta CA 93117 | 805.685.6672 | rcruz@fti-net.com | Little BOS | SB |
| Cunningham, Samuel J. | Spectrum Sciences & Software, Inc.<br>91 Hill Avenue<br>Ft Walton Beach FL 32548 | 850.796.0909 | sam@specsci.com | Little BOS | SB |
| DeBellevue, Chuck | DEL-JEN, INC.<br>28441 Highridge Road<br>Rolling Hills Estates CA 90274 | 405.330.8101 | cdebellevue@dell-jen.com | Prime Contractor | LB |
| DeHaven, Stephen | ITT Industries, Inc.<br>Systems Division<br>4410 E. Fountain Blvd<br>Colorado Springs CO 80916 | 719.637.4153 | steve.dehaven@itt.com | Big BOS, Prime | LB |
| Dogan, Robert | DNP, Inc.<br>P.O. Box 6399<br>Biloxi MS 39540 | 228.396-1640 | dnp@ms-online.com | Subcontractor | SB |

| | | | | | |
|---|---|---|---|---|---|
| Draper, Daniel | Trend Western Technical Corporation<br>4128 W. Commonwealth Ave.<br>Fullerton CA 92833 | 714.525.1719 | trendwcorp@yahoo.com | Supply & Fuels | LB |
| Duncan, Darrell | Anteon Corp<br>294 Thames Avenue<br>Bay St. Louis MS 39520 | 228.467.1533 X200 | dnduncan@anteon.com | Little BOS | LB |
| Estill, David J. | Independent Contractor<br>4643 E. Escondido Avenue<br>Mesa AZ 85206 | 480.641.3354 | theestills@sprintmail.com | Big BOS | SB |
| Farace, Sam V. | Dyncorp Technical Services<br>One Ridgemar Centre<br>6500 West Freeway<br>Suite 600<br>Fort Worth TX 76116-2187 | 817.570.1979 | sam.farace@dyncorp.com | Big BOS | LB |
| Fife, Trevy | GB Tech, Inc.<br>2200 Space Park Drive<br>Suite 400<br>Houston TX 77058 | 281.333.3703 | tfife@gbtech.net | IT Services | SB |
| Fink, Rudolph | BGC Nucleonics Corp<br>102 Arbor Vista<br>P.O. Box 99 Ocean Springs MS 39566 | 228.875.4407 | finkr@datasync.com | Support, electronic maint | SB |
| Flynn, Robin D. | Johnson Controls World Services, Inc.<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 321.784.7739 | robin.d.flynn@jci.com | Base Operations Services | LB |
| Fortner, Thomas A. | T Square Logistics Services Corporation<br>118 North Tejon St.<br>Suite 202<br>Colorado Springs CO 80903 | 719.282.0266 | tom@tsquarelsc.com | Logistics, HR, Supply, Transportation, Weather, Airfield/Transient Alert Services | SB |
| Fountain, Arnold J., Jr. | Selrico Services, Inc.<br>15805 Langley Drive<br>Biloxi MS | 228.392.0616 | fountainj@cableone.net | Housing Maintenance & Recycling | SB |

| | | | | | |
|---|---|---|---|---|---|
| Galindo, Oscar | AGJ Systems & Network<br>1636 Popps Ferry Road<br>Suite 228<br>Biloxi MS 39532 | 228.392.7133 | ogalindo@agjsys.com | Little BOS | SB |
| Gardner, Stephen J. | Information International Associates, Inc.<br>96 MSS/DPE<br>108 N. McCarthy Avenue, Suite 1<br>Eglin AFB FL 32542-8983 | 850.882.8983<br>DSN 872-8983 | stephen.gardner@eglin.af.mil | Education and Training and Military Personnel Flight functions | SB` |
| Gorrie, Roland W. | Symvionics<br>13306 Rexton Circle<br>San Diego CA 92130 | 858.481.1238 | wgorrie@symvionics.com | Housing | SB |
| Griffith, Clark | Consultant<br>2342 Bau Chene<br>Biloxi MS 39532 | 228.388.5657 | ltgenjcgri5th@bellsouth.net | A-76 Process (Information Question and Answer Session Only) | SB |
| Groskreutz, Glenn | Rohmann Joint Venture<br>2349 South W.W. White Road<br>San Antonio TX 78222 | 210.648.3131 | Rohmannjv@yahoo.com | Comm and IT | SB |
| Harper, Gerald W. (Jerry) | The Cube Corporation<br>45665 Willow Pond Plaza<br>Sterling VA 20164 | 703.481.9101 | jharper@cubecorp.com | BOS Services Contract Functions | LB |
| Holtz, Bob | Bob Holtz Services, Inc 178<br>Denargo Market<br>Denver CO 80216-5033 | 303.296.9511 | bholtzinc@aol.com | Large BOS | SB |
| Jinske, Bill | BENE-FIT Fitness & Recreation Counsulting, Inc.<br>625 W. 70th Terrace<br>Kansas City MO | 816.333.5440 | bjinske@kc.rr.com | MWR | SB |
| Johnson, Bill | Ingenium Corp.<br>8001 Mid America Blvd., Suite 300<br>Oklahoma City OK 73135 | 405.610.7777 | bill.johnson@ingeniumcorp.com | All Areas of Little BOS | SB |

| | | | | | |
|---|---|---|---|---|---|
| Jones, Arthur (Bud) | AGJ Systems & Network<br>1636 Popps Ferry Road<br>Suite 228<br>Biloxi MS 39532 | 228.392.7133 | bjones@agjsys.com | Little BOS | SB |
| Jones, Moses | Teximara Corporation<br>P.O. Box 2743<br>Columbus MS 39704-2743 | 662.327.5336 | texi@futuresouth.com | Fuels, Grounds Maintenance | SB |
| Jones, Thomas L. | Cypress Contracting, Inc.<br>778 Water Street<br>Biloxi MS 39530 | 228.202.0797 | cypresscontracting@earthlink.net | Grounds/Site Maintainer | SB |
| Jowers, Eric | OMNI Government Services<br>3269 US HWY 231 South<br>Ste 124<br>Ozark AL 36360 | 334.445.3778 | ericjowers@omnilp.com | Supply SVS, Mktg/Publicity | SB |
| Karnik, Cynthia | National Captioning Institute, Inc.<br>1900 Gallows Road<br>Suite 3000<br>Vienna VA 22182 | 703.917.7682 | ckarnik@ncicap.org | Closed Captioning of Live Boadcast and Videos | SB |
| Kefalas, Jerry | Kefalas and Associates, Inc<br>718 Diane Street<br>Niceville FL 32578 | 850.678.3246 | Jkefalas@aol.com | Little BOS | SB |
| Kenney, Daniel P. | D-Square Logistics Solution<br>110 South Wright Avenue<br>Long Beach MS 39560 | 228.326.7798 | hchief09@prodigy.net | Supply & Fuels | SB |
| Kinnahan, Matthew J. | Dynamic Concepts, Inc.<br>2176 Wisconsin Avenue NW<br>Washington DC 20007 | 202.944.8787 | mkinnahan@dcihq.com | Telecommunications O&M | SB |
| Kyle, Franklin III | Kyle Associates, LCC<br>300 Mariners Plaza Drive<br>Suite 301<br>Mandeville LA 70448 | 985.727.9377 | fkyle@kyleassociates.net | A/E Firm | LB |
| Lampley, Thomas S. | Johnson Controls, Inc.<br>400 N. Capitol Street, N.W.<br>Suite G-100<br>Washington D.C. 2001 | 202.626.3823 | thomas.s.lampley@JCI.com | Prime | LB |

| | | | | | |
|---|---|---|---|---|---|
| Lanier, Janet | Lanier Environmenral<br>Consultants, Inc.<br>P.O. Box 241562<br>Montgomery AL 36124-1562 | 334.396.4004 | jlanier@lecllc.com | Small BOS | SB |
| Madole, Scott | EG&G<br>15705 Long Vista Drive<br>Austin TX 78728 | 512.498.0304 | smadole@egginc.com | Little BOS | LB |
| Mallini, Dewayne | Coast Asbestos Removal<br>P.O. Box 726<br>Pass Christian MS 39571 | 228.216.1158 | jfszabo@bellsouth.net | Asbestos/Lead<br>Abatement | SB |
| McClain, Erica | Analytical Services, Inc.<br>689 Discovery Drive<br>Hunstville AL | 256.890.0083 | mcclaine@asi-hsv.com | Education, Trg,<br>marketing | SB |
| McMann, Michael | Johnson Controls World<br>Services<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 228.497.8102 | irover@ametro.net | Base Operations<br>Services | LB |
| McQueen, Larry | DynCorp Technical Services,<br>a SCS Company<br>One Ridgmar Centre<br>6500 West Freeway<br>Suite 600<br>Fort Worth TX 76116-2187 | 817.570.1979 | larrycm1027@earthlink.net | Big BOS | LB |
| Meza, Bart | J&J Maintenance, Inc<br>2707 Mason Drive<br>Killeen TX 76549 | 254.532.5603 | bartmeza28@hotmail.com | Maint | LB |
| Mikita, Merritt (Mike) | TekStar, Inc. (TSI)<br>5540 Tech Center Drive<br>Suite 200<br>Colorado Springs CO 809919 | 719.264.0620<br>Ext. 107 | mike.mikita@tekstar-inc.com | Supply/Fuels/Muni<br>tions/Services | SB |
| Morgan, Neal | AGJ Systems & Network<br>1636 Popps Ferry Road<br>Suite 228<br>Biloxi MS 39532 | 228.392-7133 | nmorgan@agjsys.com | Little BOS | SB |

| | | | | | |
|---|---|---|---|---|---|
| Nason, David M. | Johnson Controls World Services, Inc.<br>7315 North Atlantic Avenue<br>Cape Canaveral FL 32920 | 321.784.7194 | david.m.nason@jci.com | Base Operations Services | LB |
| Neilsen, Jens J. | Kyle Associates, LCC<br>300 Mariners Plaza Drive<br>Suite 301<br>Mandeville LA 70448 | 985.727.9377 | jjn@kyleassociates.net | Engineering | SB |
| Nelson, Robert | Biloxi Housing Authority<br>PO Box 447<br>Biloxi MS 39533 | 228.373.7771<br>x 204 | rnelson@datasync.com | Family housing & maintenance | SB |
| Nolte, Greg, Jr. | Davis & Associates, Inc.<br>P.O. Box 6669<br>D'Iberville MS 39540 | 228.396.1177 | davsdavs@aol.com | Subcontracting | SB |
| Oliver, Janet | DEL-JEN, INC.<br>28441 Highridge Road<br>Rolling Hills Estates, CA 90274 | 310.544.2299 | joliver@del-jen.com | Prime Contractor | LB |
| Owens, Richard | Rothe Development, Inc.<br>4535 East Houston Street<br>San Antonio TX 78222 | 210.310.0447 | rowens@rothe-enterprises.com | Computer Supt/Network/ Procurement | SB |
| Palazzo, Steven | Biloxi Housing Authority<br>PO Box 447<br>Biloxi MS 39533 | 228.374.7771<br>x 204 | spalazzo.datasysnc.com | Family housing & maintenance | SB |
| Patenaude, Dale | Rothe Development, Inc.<br>4614 Sinclair Road<br>San Antonio TX 78222 | 210.648.3131 | dale@rothe.com | Comm and IT | SB |
| Percich, Mark | Ingenium Corp.<br>9200 Basil Court, Suite 400<br>Upper Marlboro MD 20774 | 301.883.9800 | mark.percich@ingeniumcorp.com | All Areas of Little BOS | SB |
| Peters, Jerry | Kira, Inc.<br>P.O. Box 5189<br>Biloxi MS 39534 | 228.374.0201 | jpeters@kira.com | Housing Maintenance | SB |
| Peters, Judy | Kira, Inc.<br>P.O. Box 5189<br>Biloxi MS 39534 | 228.374.0201 | judy@kira | Housing Maintenance | SB |

| | | | | | |
|---|---|---|---|---|---|
| Powell, Patricia L. | Information International Associates, Inc.<br>1009 Commerce Park Drive<br>Oak Ridge TN 37830 | 865.481.0388<br>EXT. 113 | ppowell@infointl.com | Services/Library Management | SB |
| Rayburn, Glen | W.G. Yates & Sons Construction Co., Inc<br>5050 Poplar Avenue<br>Suite 634<br>Memphis TN 38157-0634 | 901.761.0010 | rgurner@wgyates.com | Large BOS | LB |
| Ross, Mike | BGC Nucleonics Corp<br>102 Arbor Vista<br>P.O. Box 99 Ocean Springs MS 39566 | 228.875.4407 | | Support, electronic maint | SB |
| Russell, Winston | Environmental Management Services<br>600 N. 26th Avenue<br>Hattiesburg MS 39401 | 601.544.3674 | wrussell@env-mgt.com | Environmental Consulting | SB |
| Savage, Robert | Digital Net Government Solutions<br>1400 S. Lincoln, Suite D<br>O'Fallon IL 62269-2675 | 618.624.2777 | robert.savage@digitalnet.com | All Areas | LB |
| Schmidtman, Michael C. | The Cube Corporation<br>45665 Willow Pond Plaza<br>Sterling VA 20164 | 703.481.9101 | mschmidtman@cubecorp.com | BOS Services Contract Functions | LB |
| Seal, Dale | K-MAR Industries, Inc.<br>10401 Boney Avenue, Suite B<br>D'Iberville MS 39540 | 228.392.4969 | dale@kmar.com | Little BOS | SB |
| Shah, Chandu H. | S4, Inc.<br>40 Mall Road Suite 203a<br>Burlington MA 01803 | 781.273.1600 | Cshah@s4inc.com | Subcontractor/8a | SB |
| Sharp, James | Rothe Enterprises, Inc.<br>4535 East Houston Street<br>San Antonio TX 78220 | 210.310.0447 | jsharp@rothe.com | Comm and IT | SB |
| Smith, David K. | Individual<br>5232 Meadow Lark Drive<br>Bulverde TX | 210.378.5451 | davidksmith@satx.rr.com | Big BOS | SB |

| | | | | | |
|---|---|---|---|---|---|
| Smith, Joseph L. | Embassy Lawn & Landscaping, Inc.<br>P.O. Box 29048<br>Kansas City MO 64152 | 816.436.4194 | jlsmith@embassylandscape.com | Prime Contractor | SB |
| Smith, Paul J. | Smith Logistics Consulting<br>1320 Loretto Road<br>Springfield KY 40069 | 859.336.0885 | psmith@kyol.net | Big BOS, Prime Sub-contracting | SB |
| Smythe, William K. | Crown Health Care Laundry Services, Inc.<br>1501 N. Gullemard St.<br>Pensacola FL 32501 | 850.469.9909 | crownmsi@bellsouth.net | Laundry and Dry Cleaning | SB |
| Snyder, Jerry | J&J Maintenance, Inc.<br>3755 Capital of Texas Highway South Suite 355<br>Austin TX 78704 | 512.444.7271 | jsnyder@jandjmaintenance.com | Prime Contractor - Big BOS | LB |
| Sodeika, Peter | J&J Maintenance Inc 3755 Capital of TX Hwy Austin TX 78704 | 512.444.7271 | psodeika@jandjmaintenance.com | Big BOS | LB |
| Speegle, William L. | WIMSCO, Inc.<br>PO Box 6229<br>Abilene TX 79608 | 915.691.9271 | b.speegle.sbcglocal.net | Grounds Maintenance | SB |
| Stamps, Jim | TruGreen LandCare<br>5410 Causeway Blvd<br>Tampa FL 33619 | 813.917.6319 | jstamps@trugreemail.com | Grounds Maintenance | LB |
| Stewart, James | DigitalNet Government Solutions<br>2525 Network Place,<br>Herndon VA | 703.563.8285 | jim.stewart@digitalnet.com | Large BOS | LB |
| Stowell, Dibrell C. | EMI Services<br>301 A Street<br>Idaho Falls ID 83402-3618 | 208.250.5442 | dib.stowell@emiservices.com | Large BOS subcontractor | SB |
| Street, Donald R. | Transtec Corporation<br>9415 E. Harry<br>Suite 203<br>Wichita KS 67207-5076 | 316.651.0389 | transtecs@transtecs.com | Big BOS (Hr & Community Service) | SB |

| | | | | | |
|---|---|---|---|---|---|
| Tice, Fred | Phoenix Management, Inc.<br>11825 Buckner Road<br>Austin TX 78726 | 512.335.5663 | leah@pmiaus.com | Supply, Fuels, Airfield, Trans | SB |
| Trgovac, Paul F. | Trgovac Consulting Inc.<br>102 Brantley Ct.<br>Yorktown VA 23693 | 757.867.5188 | ptrgovac@visi.net | Logistics | SB |
| Tuggle, Timothy | Trend Western Technical Corporation<br>4128 W. Commonwealth Ave.<br>Fullerton CA 92833 | 714.525.1719 | trendwcorp@yahoo.com | Supply & Fuels | LB |
| Voudouris, Mike | J&J Maintenance, Inc.<br>3755 Capital of Texas Highway<br>South Suite 355<br>Austin TX 78704 | 512.444.7271 | mvoudouris@jandjmaintenance.com | Prime Contractor - Big BOS | LB |
| Walker, Bill | The TrueGreen Companies<br>114 Braintree Ct.<br>Cary NC 25713 | 919.345.4638 | billwalker@truegreemail.com | Grounds, Custodial, Maintenance | LB |
| Walker, Jan L. | Knowledge Tech Inc.<br>P.O. Box 866<br>Brandon FL 33509-0866 | 813.391.1129 | walk421@aol.com | IT Support, Local Area Network BOS | SB |
| Walker, Kathy L. | Knowledge Tech Inc.<br>P.O. Box 866<br>Brandon FL 33509-0866 | 813.848.8427 | comtec2@aol.com | IT Support, Local Area Network BOS | SB |
| Wallus, Martha | Information International Associates, Inc.<br>1009 Commerce Park Dr<br>Suite 150<br>Oak Ridge TN 37830 | 865.481.0388<br>Ext. 101 | mwallus@infoint1.com | Education/Training /Personnel | SB |
| Whaylen, Thomas A | Individual<br>P.O. Box 1523<br>Wichita Falls TX 76307 | 940.224.3677 | | Big BOS | SB |
| Wheeler, Matt | Lear Siegler Services<br>15705 Long Vista Drive<br>Austin TX 78728 | 512.413.6486 | matt_wheeler@learinc.com | Prime Contractor | LB |

| | | | | | |
|---|---|---|---|---|---|
| Williams, James (Ed) | K-MAR Industries, Inc.<br>10401 Boney Avenue, Suite B<br>D'Iberville MS 39540 | 228.392.4968 | edw@kmar.com | Little BOS | SB |
| Wilson, Charles (Jack) | Rohmann Services, Inc.<br>2349 South WW White Road<br>San Antonio TX 78222-1936 | 210.359.1707 | Rsinsarwb@satx.rr.com | Little BOS | SB |
| Wilson, James R. | Parsons Brinckeroff<br>465 Spring Park Place<br>Herndon VA 20170-5227 | 703.742.5892 | wilsonj@pbworld.com | Engineering Support/Space Planning | LB |
| Woodward, Clyde | Environmental Management Services<br>600 N. 26th Avenue<br>Hattiesburg MS 39401 | 601.544.3674 | clyde@env-mgt.com | Environmental Consulting | SB |
| Young, Jerry | Jerry Young & Associates<br>154 Bayou Circle<br>Gulfport MS 39507 | 228.868.7080 | jerryyoung01@hotmail.com | Possible future work with proposal and transition plan | SB |
| Young, John | Dynamic Concepts, Inc.<br>867 Washington Avenue<br>Vandenberg CA 91437 | 805.734.9774 | john.young@vandenberg.af.mil | Telecommunications O&M | SB |