# EXHIBIT 6

Sheppard AFB Competitive Sourcing Decision Package
Paragraphs 4.1.2 and 4.1.6, pages 5-6

From http://www.fbo.gov

**Competitive Sourcing Decision Package**

**Base Operations Support Functions**

**82d Training Wing**

**Sheppard Air Force Base, Texas**

Based on our preliminary planning project, we recommend a "Go" decision for Sheppard AFB to conduct a Standard competition for 517 appropriated fund authorizations performing commercial activities supporting the 82d Training Wing and 80th Flying Training Wing missions. This Competitive Sourcing Decision Package provides the basis of our recommendation.

//SIGNED//

JAMES A. WHITMORE
Brigadier General, USAF
Commander

# TABLE OF CONTENTS

1. EXECUTIVE SUMMARY ..... 1
2. METHODOLOGY ..... 2
3. BACKGROUND ..... 3
4. PRELIMINARY PLANNING RESEARCH ..... 4
4.1. SERVICES IDENTIFICATION AND REFINED SCOPE REPORT ..... 4
4.2. PRELIMINARY PLANNING MARKET RESEARCH ..... 6
4.3. PRELIMINARY LABOR MARKET RESEARCH ..... 8
4.4. DATA COLLECTION SYSTEMS DOCUMENTATION ..... 8
4.5. BASELINE COSTS (COMPARE) ..... 8
5. RISK ASSESSMENT ..... 9
6. COMPETITIVE SOURCING RECOMMENDATION ..... 11
APPENDIX 1 REFINED SCOPE DETAILED OSC BREAKDOWN ..... 12
APPENDIX 2 COMMAND IMPLEMENTATION INSTRUCTIONS ..... 14

## LIST OF TABLES

Table 1: Civil Engineering Scope .......... 4
Table 2: Communications Scope .......... 5
Table 3: Logistics Scope .......... 5
Table 4: Services Scope .......... 5
Table 5: Trainer Development Scope .......... 6
Table 6: Instructional Technology Unit Scope .......... 6
Table 7: 3C0 Scope .......... 6
Table 8: Risk Assessment .......... 10
Table 9: 82d Training Wing BOS Scope .......... 11

# 1. EXECUTIVE SUMMARY

On 1 Oct 03 the Competitive Sourcing Office at Sheppard Air Force Base (AFB) began a preliminary planning project (P3) under the new guidelines in the 29 May 03 edition of the Office of Management and Budget's (OMB) *Circular A-76, Performance of Commercial Activities*, and the Department of the Air Force's *Commercial Activities A-76 Preliminary Planning Guidebook.* This project focused on the base operating support (BOS) functions in the 82d Mission Support Group. Additionally, we looked at training support functions throughout the 82d Training Wing for possible inclusion in our scope. This report includes the results of our research and our competitive sourcing recommendation.

Our research indicates competitive sourcing is the optimal strategic sourcing initiative and we recommend the 82d Training Wing conduct a Standard competition. All authorizations in the scope are commercial in nature and lend themselves to the discipline of competition. A Standard competition of these authorizations should produce savings within the historical range of 20 to 50 percent when federal employees and the private sector compete to perform these services. Services identification indicates a myriad of opportunities for increased innovation, efficiency and improved effectiveness.

Air Education and Training Command (AETC) provided Sheppard AFB with an initial scope of 493 authorizations to review. The Sheppard AFB competitive sourcing recommendation includes a majority of those positions and additional functions deemed appropriate for inclusion. Our research led us to exclude authorizations performing inherently governmental or non-separable work and those being reviewed under other strategic sourcing initiatives. The Services Identification and Refined Scope Report section provides specific details. The final scope of the competitive sourcing recommendation includes 517 authorizations.

## 2. METHODOLOGY

The 82d Training Wing Competitive Sourcing Office (82 TRW/CC0) followed the preliminary planning methodology outlined in the Department of the Air Force's *Commercial Activities A-76 Preliminary Planning Guidebook.* The methodology included the development of a project plan, project scoping, services identification (requirements identification), preliminary planning market research, preliminary labor market research, workload data collection systems documentation, and baseline costing.

A Competitive Sourcing Steering Group (CSSG) was established to incorporate stakeholder input and make recommendations to the Executive Review Group (ERG). The ERG provided senior leadership input and made a competitive sourcing recommendation to the wing project sponsor (82 TRW/CC).

AETC Contracting conducted preliminary planning market research to assess the availability of companies willing to participate in a possible Standard competition. AETC Civilian Personnel Division conducted preliminary labor market research to determine the availability of civilian skills in the labor market for potential hire and the viability of placing potentially impacted civilians in other government positions within the designated commuting area.

82 TRW/CC0, with assistance from 82 TRW Manpower Office and the contracted consultants, Science Applications International Corporation (SAIC), conducted services identification research to identify all of the services performed by each of the functions under review. After services identification, we assessed the availability and efficiency of workload data collection systems and created or modified systems as required. SAIC, the CC0, and personnel from HQ AETC and HQ AFMA worked with each of the functional areas to collect baseline cost data.

To conclude the final phase of the preliminary planning project, 82 TRW/CC0 will lead the Sheppard AFB preliminary planning close out. This will ensure all data and documents, including points of contact from the preliminary planning project, remain available to the Standard competition facilitators.

## 3. BACKGROUND

In 1996 HQ USAF initiated Project JUMPSTART to accelerate identification of outsourcing and privatization candidates Air Force-wide. Of the 20,174 authorizations identified for review within AETC, command managers determined 2,075 could be outsourced; 4,828 might be outsourced if certain conditions were met; and 13,271 are inherently governmental and can not be outsourced. AETC used a "Pick-a-Base" strategy to select five bases for large-scale, multifunctional studies: Maxwell, Lackland, Keesler, Sheppard, and Randolph. The initial Sheppard BOS cost comparison A-76 study was announced on 21 Sep 99, impacting 540 appropriated authorizations and 28 NAF positions. The number was later trimmed to 493 appropriated fund authorizations. Prior to source selection, revision to A-76 procedures forced AETC to modify the project milestones. These changes would have caused the Sheppard study to exceed the statutory time limit. HQ USAF approved cancellation of the Sheppard A-76 cost comparison with the understanding that Sheppard AFB would conduct a new study in the future.

# 4. Preliminary Planning Research

Preliminary planning research was conducted using OMB's *Circular A-76, Performance of Commercial Activities*, and the Department of the Air Force' *Commercial Activities A-76 Preliminary Planning Guidebook.* All functions studied during preliminary planning are commercial in nature and lend themselves to the discipline of competition. All OPLAN-tasked UTCs were removed from authorizations remaining in the refined scope.

## 4.1. Services Identification and Refined Scope Report

Using the work breakdown structure, tree-diagram and process oriented description tools we researched the functions of each area under consideration. The result is a detailed identification of services performed by each organization. The resulting services identification helped refine the scope and assess availability of workload data collection systems.

After the initial services identification, four additional functions providing training support were considered for inclusion: Trainer Development, Instructional Technology Unit (ITU), supply (2S0) authorizations outside the contracted logistics functions, and communications (3C0) authorizations outside the communications function. Appendix 3 is an overview of the service activities. Complete results of the services identification effort are in Attachment 1. The following paragraphs summarize findings in each area.

### 4.1.1. Civil Engineering

The civil engineering (CE) function operates and maintains public-work type functions on Sheppard AFB. The initial scope included all authorizations in civil engineering except for the fire department and an environmental engineer authorization.

| OSC | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| CC | 1 | 3 | 2 | 6 |
| CEC | 2 | 4 | 35 | 41 |
| CEH | 0 | 1 | 8 | 9 |
| CEO | 3 | 122 | 123 | 248 |
| CER | 0 | 0 | 12 | 12 |
| CEV | 3 | 0 | 8 | 11 |
| CEX | 1 | 9 | 0 | 10 |
| Total | 10 | 139 | 188 | 337 |

Table 1: Civil Engineering Scope

Preliminary planning did not identify any significant issues for competitive sourcing; however the need to retain one authorization to serve as a functional area advisor (FAS) was identified. The FAS provides functional expertise to wing leadership separate and independent from any potential service provider.

### 4.1.2. Communications

| OSC | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| CC | 0 | 3 | 1 | 4 |
| SCB | 1 | 24 | 12 | 37 |
| SCM | 0 | 11 | 4 | 15 |
| SCS | 1 | 5 | 8 | 14 |
| SCX | 0 | 4 | 4 | 8 |
| Total | 2 | 47 | 29 | 78 |

Table 2: Communications Scope

The communications function plans, operates and maintains Sheppard AFB's computer and network systems, the base telephone switch and switchboard, the telephone schoolhouse, air traffic control and landing systems (ATCALS) maintenance job control and provides audio-visual information support. The initial scope included all authorizations except for the ATCALS equipment maintenance function and five "inherently governmental" Information Protection Officer (IPO) positions in the network control center (NCC). Services identification research discovered that the IPO authorizations were not performing information protection functions and therefore not inherently governmental. However, the Wing Information Assurance Office (WIAO) at Sheppard AFB is the focal point for information protection policy and as such is inherently governmental. Also, some of the NCC functions are scheduled to be transferred to the AETC Network Operations and Security Center (NOSC).

Preliminary planning did not identify any significant issues for competitive sourcing. The refined scope excludes four WIAO. Four of the IPO positions will be transferred to the AETC NOSC. The remaining IPO position will serve as a FAS authorization.

### 4.1.3. Logistics

| OSC | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| LGR | 0 | 4 | 4 | 8 |
| Total | 0 | 4 | 4 | 8 |

Table 3: Logistics Scope

The previously contracted out logistics readiness function provides logistics support to Sheppard AFB including transportation, fuels, and supply. The scope excludes the services provided by the existing contracts and the commander's secretary authorization.

### 4.1.4. Services

| OSC | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| SVMP | 0 | 14 | 5 | 19 |
| Total | 0 | 14 | 5 | 19 |

Table 4: Services Scope

The services function provides morale, welfare and recreational support to Sheppard AFB. The initial scope included the library, fitness centers and scattered authorizations throughout the other functions in the services division.

Preliminary planning identified several authorizations intertwined with other appropriated fund and non-appropriated fund (NAF) positions that were not suitable for competitive sourcing. Because of projected changes to the base library, Sheppard AFB began converting the library and Marketing functions to Non-Appropriated Funding Instrumentality Memorandum of Agreements (NAFI MOA). The Community Activities Center will also be converted to a NAFI MOA.

The scope for the services function includes only the fitness center.

### 4.1.5. Trainer Development

The Trainer Development function develops training aids to enhance existing courses for training squadrons on Sheppard AFB and throughout the Air Force. The function is commercial in nature and preliminary planning did not identify any significant issues for competitive sourcing.

| UNIT | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| 982 MAI SQ | 0 | 0 | 38 | 38 |
| Total | 0 | 0 | 38 | 38 |

Table 5: Trainer Development Scope

### 4.1.6. Instructional Technology Unit (ITU)

The ITU develops computer-based courses and advanced technology insertions to enhance existing courses for training squadrons on Sheppard AFB and throughout the Air Force. The function is commercial in nature and preliminary planning did not identify any significant issues for competitive sourcing.

| UNIT | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| 782 TRG GP | 0 | 10 | 4 | 14 |
| 82 TRG GP | 0 | 17 | 2 | 19 |
| Total | 0 | 27 | 6 | 33 |

Table 6: Instructional Technology Unit Scope

### 4.1.7. Communications (3C0) Authorizations

Four communications authorizations outside the base communications function were not included in the initial scope. Since the rest of the communications function is included in the refined scope, services identification research was conducted on each authorization. A significant portion of the workload for these authorizations involved additional duty type work. The function is commercial in nature and preliminary planning did not identify any significant issues for competitive sourcing.

| UNIT | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| 363 TRG SQ | 0 | 1 | 0 | 1 |
| 373 TRG SQ | 0 | 2 | 0 | 2 |
| 82 TRG WG | 0 | 1 | 0 | 1 |
| Total | 0 | 4 | 0 | 4 |

Table 7: 3C0 Scope

## 4.2. PRELIMINARY PLANNING MARKET RESEARCH

Market Research: In accordance with OMB Circular A-76 May 29, 2003, Atch B, A.2., preliminary research is to be conducted to determine the appropriate grouping of activities as business units.

Background: The 82 TRW/CC0 completed in Nov 2004, a Service Area Relationships, Contract Bundling and Linkage Analysis to determine the linkages between the potential service areas for base operating services to be studied. Seventeen service areas were analyzed but three of the seventeen service areas were not included in this market research due to small business concerns. Therefore, two groupings of 14 total service areas were defined for this market research, Group A and Group B. Group A consists of Space Management, Grounds and Site Maintenance, Operations and Maintenance, Environmental Management, Utilities and Energy Management, Engineering Services, Emergency Management, Housing and Hospitality, Resource Management.

Group B consists of Military Physical Fitness, Publications and Forms Management, Communications and Information Technology, Training Support Services and Visual Information Services and Video Production. Training Support Services had major linkages to groups A and B and 82 TRW/CC0 recommended it remain as a separate third grouping due to the mix of services required. However, since there was linkage to both groups, and slightly larger FTE Savings if linked to the small grouping, it was decided to group Training Support Services with Group B and see if industry had any comments pertaining to the unsuitability of the service area with others in Group B. If so, this would be taken into consideration in the final determination of service area groupings.

A market research inquiry was posted to the Federal Business Opportunities website on 16 Feb 05. Two questions were asked: (1) Are these groupings in line with how industry organizes their business functions and (2) Are there commercial sources capable of providing these services as they are grouped? Nine companies responded to the inquiry, indicating there are numerous capable sources interested in submitting proposals should there be a solicitation.

The companies that responded to the sources sought synopsis are:

| | Company | POC | Business Type | Interested Areas |
|---|---|---|---|---|
| 1 | C.J. Turner Inc | C.J. Turner | SBA 8(a), SDVOSB | Human Resources |
| 2 | Computer Sciences Corp., Applied Technology Division | John Toeplitz | Large | Groups A and B |
| 3 | EG&G Technical Services, Inc. | Bill Larrimer | Large | All |
| 4 | Rothe Development, Inc. Rohmann Services, Inc. Rohmann Joint Venture LLC | Jim Sharp | WOSB | Group B |
| 5 | EMI Services | David Miller, Jr. | Small | Group A or B |
| 6 | Information Systems Support, Inc (ISS) | George Alexander | Large | A-76 Support Services |
| 7 | JANTEC, Inc. | Jonathan Siegel | WOSB | Group A, Group B (K-N) |

| | Company | POC | Business Type | Interested Areas |
|---|---|---|---|---|
| 8 | CH2M HILL | Larry Leens | Large | All |
| 9 | GMSI | Matthew Kinnahan | SDB | Group B<br>K,L,M,N only<br>No Military Fitness |

## 4.3. Preliminary Planning Labor Market Research

AETC Civilian Personnel conducted Labor Market Research to determine whether skills identified in the initial scope are available in the local labor market and evaluated potential impact to current federal civilian employees should a Standard competition be conducted and the agency tender is not selected.

The report indicates overall the recruitment outlook is fair to good. Historically, Sheppard AFB has difficulty filling engineering technicians, human resources specialists, recreation aids, information technology specialists, pipe fitters, plumbers, and telecommunications specialists. In addition the report found engineers, architects, powered support systems mechanics, and high voltage electricians are hard to fill nationwide.

Should Sheppard AFB conduct a Standard competition and not select the agency tender, there are no other DoD and few Federal agencies in the local area. Therefore, the chances of continued Federal employment are poor. The use of separation incentives of up to $25,000 in conjunction with optional and early retirement should be considered to lessen adverse impact should large numbers of civilian positions be abolished.

## 4.4. Data Collection Systems Documentation

In conjunction with services identification, the availability of workload data collections systems was assessed. Approximately 75% of the identified outputs can be collected from existing systems. We established new data collection systems for the remaining outputs.

After receiving approval from AETC/XPMSC, the CC0 conducted an assessment of the workload data collection systems of all functions in the refined scope. The CC0 will continue to assess the existing workload data collection systems and make corrections/enhancements to those systems as required.

Functions included in the refined scope will collect and archive workload data to ensure historical data is available for future use.

## 4.5. Baseline Costs (COMPARE)

Baseline costing was conducted by a team comprised of personnel from the CC0, SAIC, HQ AETC, and HQ AFMA. COMPARE was used to calculate baseline costs. The baseline cost of the functions in the refined scope at Sheppard AFB is $46,595,149.

## 5. Risk Assessment

Any competitive sourcing decision carries inherent risks. Several risk factors could have a negative impact on a Standard competition at Sheppard AFB. This table provides an assessment of each risk.

| Risk | Assessment |
|---|---|
| Lack of regulatory implementation guidance: Neither DoD nor USAF has released updated implementation guidance to reflect the significant changes to the A-76 process implemented in the 29 May 03 edition of OMB's *Circular A-76*. | With no specific implementation guidance from DoD or USAF, proceeding with a Standard competition is risky. However, it is expected that any announcement would be delayed until after the release of appropriate regulatory implementation guidance. Given the open-ended nature of preliminary planning, the publication of official guidance should not invalidate any preliminary planning actions. Updated guidance may direct additional preliminary planning actions be completed prior to a public announcement. |
| National Security Personnel System: DoD is currently in the process of developing a new performance-based civilian personnel system. | Changes to the personnel system could restructure how agency tender costs are calculated and make cost comparison in a Standard competition difficult to do accurately. However, the change in personnel system is not expected to include any significant increase or decrease in civilian personnel costs. The intent is to create a more flexible system that is adaptable to changing needs within DoD. The overall average personnel costs should not change.[1]<br><br>Additionally, there are already many Most Efficient Organizations (MEO) throughout DoD. Any change to the personnel system would have to address these issues DoD-wide and is not a Sheppard AFB unique issue. |

| | |
|---|---|
| Decreased employee morale: An "A-76 cloud" has been hanging over Sheppard since 1999 and affects employee morale and causes increased workforce uncertainty. | Continued delay in resolving the "A-76 question" at Sheppard AFB will only worsen the situation. |
| Difficult to fill term/temporary jobs: Once there is a Standard competition public announcement, all new federal civilian personnel hires at Sheppard AFB must be term appointments or temporary hires until after the competition and completion of any necessary reduction in force actions. | This is an inherent risk during any Standard competition. Aggressive recruiting actions, temporary military fills and flexible contracting support will have to be used wherever manning issues become a problem. |
| Difficult to fill positions: Sheppard historically has had difficulty filling the following types of civilian positions: Engineering Technicians, Human Resources Specialists, Recreation Aids, Librarians, Information Technology Specialists, Pipe fitters, Plumbers, and Telecommunications Specialists. In addition, Engineers, Architects, Powered Support Systems Mechanics, and High Voltage Electricians have been hard to fill nationwide. | This risk is inherent to operations at Sheppard AFB and will impact contract or MEO operations. The process of competition may provide a more flexible approach to addressing this issue. |

Table 8: Risk Assessment

The primary impact of the various risk factors would be a delay in competitive sourcing actions at Sheppard AFB. Any additional delay increases workforce uncertainty and may require the re-accomplishment of previously completed preliminary planning actions.

# 6. COMPETITIVE SOURCING RECOMMENDATION

Based on our preliminary planning project, we recommend a "Go" decision for Sheppard AFB to conduct a Standard competition for 517 appropriated fund authorizations performing commercial activities supporting the 82d Training Wing and 80th Flying Training Wing missions.

Table 10 lists authorizations by service area. Appendix 1 breaks down authorizations by OSC code. Appendix 2 lists position numbers of all authorizations identified in the refined scope.

| SERVICE | OFF | ENL | CIV | Total |
|---|---|---|---|---|
| Civil Engineering | 10 | 139 | 188 | 337 |
| Communications | 2 | 47 | 29 | 78 |
| Logistics | 0 | 4 | 4 | 8 |
| Services | 0 | 14 | 5 | 19 |
| Trainer Development | 0 | 0 | 38 | 38 |
| Instructional Technology Unit | 0 | 27 | 6 | 33 |
| Communications Techs (3C0) | 0 | 4 | 0 | 4 |
| **Grand Total** | **12** | **235** | **270** | **517** |

Table 9: 82d Training Wing BOS Scope

# Appendix 1 REFINED SCOPE DETAILED OSC BREAKDOWN

| SERVICE | UNIT | OSC | OFF | ENL | CIV | Grand Total |
|---|---|---|---|---|---|---|
| Civil Engineering | 82 CEG SQ | CC | 1 | 3 | 2 | 6 |
| | | CEC | 0 | 0 | 2 | 2 |
| | | CECB | 1 | 0 | 3 | 4 |
| | | CECC | 1 | 3 | 26 | 30 |
| | | CECS | 0 | 1 | 4 | 5 |
| | | CEH | 0 | 1 | 1 | 2 |
| | | CEHF | 0 | 0 | 2 | 2 |
| | | CEHH | 0 | 0 | 5 | 5 |
| | | CEO | 1 | 1 | 2 | 4 |
| | | CEOE | 2 | 2 | 14 | 18 |
| | | CEOF0 | 0 | 0 | 1 | 1 |
| | | CEOF1 | 0 | 12 | 8 | 20 |
| | | CEOF2 | 0 | 10 | 7 | 17 |
| | | CEOF3 | 0 | 33 | 15 | 48 |
| | | CEOFA | 0 | 0 | 11 | 11 |
| | | CEOH | 0 | 2 | 5 | 7 |
| | | CEOHH | 0 | 19 | 5 | 24 |
| | | CEOHV | 0 | 7 | 9 | 16 |
| | | CEOI | 0 | 1 | 1 | 2 |
| | | CEOIE | 0 | 23 | 17 | 40 |
| | | CEOIU | 0 | 8 | 19 | 27 |
| | | CEOM | 0 | 4 | 9 | 13 |
| | | CER | 0 | 0 | 12 | 12 |
| | | CEV | 3 | 0 | 8 | 11 |
| | | CEX | 1 | 9 | 0 | 10 |
| Civil Engineering Total | | | **10** | **139** | **188** | **337** |
| Communications | 82 CMN SQ | CC | 0 | 3 | 1 | 4 |
| | | SCB | 1 | 0 | 1 | 2 |
| | | SCBB | 0 | 24 | 11 | 35 |
| | | SCMF | 0 | 0 | 1 | 1 |
| | | SCMJ | 0 | 3 | 0 | 3 |
| | | SCMP | 0 | 7 | 1 | 8 |
| | | SCMT | 0 | 1 | 2 | 3 |
| | | SCS | 1 | 0 | 1 | 2 |
| | | SCSF | 0 | 5 | 0 | 5 |
| | | SCSP | 0 | 0 | 4 | 4 |
| | | SCSV | 0 | 0 | 3 | 3 |
| | | SCX | 0 | 4 | 4 | 8 |
| Communications Total | | | **2** | **47** | **29** | **78** |
| Logistics | 82 LGR SQ | LGRG | 0 | 4 | 1 | 5 |
| | | LGRTV | 0 | 0 | 1 | 1 |
| | | LGRVM | 0 | 0 | 2 | 2 |
| Logistics Total | | | **0** | **4** | **4** | **8** |
| Services | 82 MSQ GP | SVMP | 0 | 14 | 5 | 19 |
| Services Total | | | **0** | **14** | **5** | **19** |
| Trainer Dev | 982 MAI SQ | LGMX | 0 | 0 | 38 | 38 |
| Trainer Development Total | | | **0** | **0** | **38** | **38** |

| SERVICE | UNIT | OSC | OFF | ENL | CIV | Grand Total |
|---|---|---|---|---|---|---|
| 3C0 | 363 TRG SQ | UVAA | 0 | 1 | 0 | 1 |
| | 373 TRG SQ | TXF | 0 | 2 | 0 | 2 |
| | 82 TRG WG | CC | 0 | 1 | 0 | 1 |
| 3C0 Total | | | **0** | **4** | **0** | **4** |
| ITU | 782 TRG GP | TGAO | 0 | 10 | 4 | 14 |
| | 82 TRG GP | TGAO | 0 | 17 | 2 | 19 |
| ITU Total | | | **0** | **27** | **6** | **33** |
| Grand Total | | | **12** | **235** | **270** | **517** |