# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed: July 18, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**RKR JOINT VENTURE, LLC,** *
**Plaintiff,** *
**v.** *
**UNITED STATES OF AMERICA,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On July 16, 2008, Defendant filed an unopposed motion for a 10-day enlargement of time within which to respond to Plaintiff's second motion for leave to supplement the administrative record. Defendant's motion is **GRANTED**. Defendant's response to Plaintiff's motion shall be due on July 31, 2008.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**