# ATTACHMENT 1

**INTERIM GUIDANCE**

**MARCH 14, 2001** **DOD 4100.XX-M**

# A-76 COSTING MANUAL

**RANDALL A. YIM**
**DEPUTY UNDER SECRETARY OF DEFENSE (INSTALLATIONS)**

**DOD COMPETITIVE SOURCING & PRIVATIZATION OFFICE**
**Crystal Square #4, Suite 105**
**1745 Jefferson Davis Highway**
**Arlington, VA 22202**

POINT OF CONTACT:

Mrs. Annie Andrews (703) 602-2608

# FOREWORD

This Manual is issued under the authority of Department of Defense Directive 4100.15, "Commercial Activities Program," March 10, 1989; DoD Instruction 4100.33, "Commercial Activities Program Procedures," September 9, 1985. It provides policy and procedures to develop the In-house Cost Estimate for the Competitive Sourcing Program.

This Manual applies to the Office of the Secretary of Defense, the Military Departments, the Chairman of the Joint Chiefs of Staff, the Defense Agencies and the DoD Field Activities (hereafter referred to collectively as the "DoD Components"). This Manual is effective immediately and is mandatory for use by all the DoD Components. With prior approval of the Deputy Under Secretary of Defense (Installations), the heads of the DoD Components (or the 9.a. official —see Appendix 1 for definition) may issue supplemental procedures to provide for DoD Component-unique requirements.

Send recommended changes to this Manual to:

Deputy Under Secretary of Defense (Installations)
Attention: Competitive Sourcing and Privatization Office
3340 Defense Pentagon, Room 3E1074
Washington, DC 20301-3340

DoD Components may obtain copies of this Manual via the Internet at http://www.acq.osd.mil/installation/csp/ or through their own publications channels. This Manual is approved for public release, distribution unlimited. Authorized registered users may obtain copies of this publication from the Defense Technical Information Center, Ft. Belvoir, Virginia 22314. Other Federal Agencies and the public may obtain copies from the U.S. Department of Commerce, National Technical Information Service, 5285 Port Royal Road, Springfield, VA 22151.

/SIGNED/
Randall Yim
Deputy Under Secretary of Defense (Installations)

C0.3. DEFINITIONS
Terms used in this Manual are defined in Appendix 1.

C0.4. ACRONYMS
Acronyms used in this Manual are identified in Appendix 2.

C0.5. POLICY

C0.5.1. This Manual implements the policies and procedures of OMB Circular A-76 and its RSH as well as DoDD 4100.15 and DoDI 4100.33 for DoD Components.

C0.5.2. DoD Components shall use the DoD A-76 Costing Manual and win.COMPARE[2] in preparing the IHCE for all cost comparisons. No deviations from this requirement shall be permitted unless prior written approval is received from DUSD(I).

C0.5.3. The costing policies contained in this Manual shall be used to develop the IHCE. Text provided in the "Tip" boxes are not statements of policy, but are best practices and guidance recommended in the development of the IHCE.

C0.5.4. Except as provided in paragraphs C0.5.3.1. and C0.5.3.2., cost comparisons shall be conducted using not less than a total of five years of performance, excluding the phase-in period (if included in the bid schedule), for both Government and contract/ISSA offerors, (e.g., one base period with four one-year options). The base period may be equal to or less than a full year. Government and contract/ISSA prices shall reflect the same periods of performance.

C0.5.4.1. If permitted by statute and the Federal Acquisition Regulation (FAR), performance periods for cost comparisons in excess of these five years may only be approved by a Component's 9.a. Official or their designee. This approval must include a certification that no known cost comparison advantage will be conveyed to the in-house or contract/ISSA offer. Use of a multi-year procurement may provide advantages such as continuity of operations, the possibility of lower prices, and reduced turbulence and disruption. However, compliance with 10 USC Section 2306c is then required for certain service contracts.

C0.5.4.2. Since it is DoD's position to encourage competition and multi-year procurements to maximize the number of potential competitors in a cost comparison, DoD Components who compete based on three or four year performance periods shall obtain the prior approval of the 9.a. Official or their designee who shall make a written determination that limiting the performance periods to three or four years vice five years as stated as stated in paragraph C0.5.3.1. would be in the best interest of the Government.

C0.5.5. DoD Components shall use the DoD developed OMB Circular A-76 Windows-based Cost Comparison Software Program (commonly known as ***win.COMPARE***[2]) to develop the IHCE for all A-76 cost comparisons.