**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 08-CV-00062-MCW<br>Judge Williams |
| THE UNITED STATES<br>Defendant. | §<br>§ | |

**ADVISORY TO THE COURT**

COMES NOW Plaintiff RKR JOINT VENTURE, LLC and files this its Advisory to the Court and states as follows:

In its Reply to Defendant's Opposition to RKR's Motion for Leave to Supplement the Administrative Record, Dkt #48, RKR included a blank citation to the July 1, 2008 hearing in this case, because it had not yet been transcribed. *Id.* at 12. RKR now advises the Court that the completed citation should read: "Transcript of July 1, 2008 hearing at 36-37 (striking without prejudice previously filed declarations)."

In addition, RKR notes that on pages 6-7, the Court acknowledged that its prior supplementation guidance from the May 13, 2008 hearing may have been taken as too broad, and that, from page 9 onward, it was clear that RKR had additional material to supplement that fit within the Court's clarified guidance, which the Court ultimately considered on RKR's oral motion and ruled on. Tr. of July 1, 2008 hearing at 19 and 25 (rulings on depositions and deposition exhibits).

DATED August 25, 2008.

Respectfully submitted,

_____/s/__________________________
David F. Barton

State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 500
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 25th day of August, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

_______/s/_______________________________
DAVID F. BARTON