# In the United States Court of Federal Claims

**No. 08-62C**
**Bid Protest**
**(Filed February 1, 2010)**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
RKR JOINT VENTURE, LLC,                   *
                                          *
                                          *
            Plaintiff,                    *
                                          *
      v.                                  *
                                          *
UNITED STATES OF AMERICA,                 *
                                          *
            Defendant.                    *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

## SCHEDULING ORDER
_____

In accordance with the agreement of the parties, the Court schedules a telephonic conference call for **February 2, 2010, at 12:30pm**. The call will be initiated by the Court.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**