# In the United States Court of Federal Claims

No. 08-62C
(Filed February 2, 2010)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
RKR JOINT VENTURE, LLC,             *
                                    *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
UNITED STATES OF AMERICA,           *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

Pursuant to the oral order of the Court and agreement of the parties during the telephonic status conference on February 2, 2010, the Court hereby orders the following:

1. Defendant shall file any additional installment of the administrative record by **February 12, 2010**.

2. The parties shall file supplemental briefs regarding Plaintiff's entitlement to bid proposal and preparation costs by **March 15, 2010**.

3. The parties shall file any reply briefs by **March 29, 2010**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**