# In the United States Court of Federal Claims

No. 08-62C
Bid Protest
(Filed May 4, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| **RKR JOINT VENTURE, LLC,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **UNITED STATES OF AMERICA,** | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

## ORDER STAYING PROCEEDINGS
_____

On May 3, 2010, Defendant filed an unopposed motion to stay. Good cause having been shown, the Court grants Defendant's motion and stays this matter to facilitate the parties' settlement.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**